

UNITED STATES DISTRICT COURT
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: November 18, 2020

**Hart McLaughlin & Eldridge, LLC**
Robert McLaughlin
22 West Washington, Suite 1600
Chicago, Illinois 60602

RE: Donald v. City of Chicago
USDC Case Number: 20cv6815

Dear Counselor:

The records of this office indicate that on 11/17/20 a notice of removal pursuant to 28 USC 1441 et seq. was filed with this court in connection with the above referenced matter. The notice lists the circuit court case number as 20 L 010986. The documents filed with the notice of removal list you as counsel for the plaintiff.

The purpose of this letter is to inform you that the Local Rules of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court. For your convenience, a copy of this form is located on the District Court website at http://www.ilnd.uscourts.gov/OnlineForms.aspx.

                                                Sincerely,
                                                Thomas G. Bruton, Clerk

                                                By: /s/N. Finley
                                                      Deputy Clerk

Enclosure

Rev. 09/23/2016