Exhibit B was marked CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER by City of Chicago.

It is subject to a contemporaneously filed Joint Motion for Leave to File Under Seal.