# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Cynthia Donald

                      Plaintiff,

v.                                                Case No.: 1:20−cv−06815
                                                    Honorable Elaine E. Bucklo

City Of Chicago, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 21, 2022:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion to disqualify the defense attorneys for the City of Chicago from representing Plaintiff's treating healthcare provider [166] is denied. No objection has been filed to Judge Cole's Report and Recommendation [176], in which he recommended that the motion be denied. Accordingly, plaintiff has waived any objection and the court adopts the report and recommendation [176]. Motion for leave to withdraw appearance of John (Jack) Backes Prior [183] is granted. Attorney John Backes Prior is terminated. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.