IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CYNTHIA DONALD, | ) | |
| | ) | |
| Plaintiff, | ) | No. 20 CV 6815 |
| | ) | |
| v. | ) | Judge Elaine E. Bucklo |
| | ) | |
| THE CITY OF CHICAGO, a Municipal Corporation; and EDDIE JOHNSON, individually and as an agent of THE CITY OF CHICAGO, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

KELSEY H. KILLION, one of the attorneys of record for Defendant, EDDIE JOHNSON, pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, respectfully moves this Court for leave to withdraw as counsel for Defendant. Ms. Killion is leaving her current firm, Leonard Trial Lawyers, and seeks to withdraw as counsel for Defendant. Defendant will continue to be represented by the remaining lead attorney of record, Michael I. Leonard of Leonard Trial Lawyers. No party will be prejudiced if Ms. Killion is permitted to withdraw her appearance. Ms. Killion, therefore, respectfully seeks leave of Court to withdraw as counsel for Defendant.

WHEREFORE, counsel respectfully asks the Court to grant this Motion to Withdraw.

Respectfully submitted,

/s/ Kelsey H. Killion
**Kelsey H. Killion**

**LEONARD TRIAL LAWYERS**
Michael I. Leonard
Kelsey H. Killion
120 N La Salle St, Suite 2000 Chicago, IL 60602
(312) 380-6559

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, states that, on October 26, 2022, she caused the foregoing Motion to be served on all counsel of record by e-filing it using this Court's e-filing system.

**RESPECTFULLY SUBMITTED,**

By:    s/Kelsey H. Killion
        **One of the attorneys for Defendant**