

**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

# NOTIFICATION OF CHANGE OF ATTORNEY ADDRESS OR NAME

1. Complete this form and e-file it, using the Notice of Change of Address event, in each case that you list below.
2. Update your contact information in CM/ECF. Click HERE for update instructions.

Name

Firm

Street Address

City/State/Zip Code

Phone Number

Email address

ARDC (Illinois State Bar members, only)

If you have previously filed an appearance with this court using a different name, enter that name.

List all active cases in which you currently have an appearance on file.

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____            _____

Signature of Attorney                                    Date

Rev. 01272016

| Case Number | Case Title | Assigned Judge |
| --- | --- | --- |
| 20-cv-5965 | In Re: Society Insurance Company Covid-19 | Edmond E. Chang |
| 20-cv-4591 | Stacionis v. Office Depot | Unassigned |
| 20-cv-4204 | Johnson v Rockledge Furniture | M. David Weisman |
| 20-cv-2524 | Dunlay's v. Society Insurance | Edmond E. Chang |
| 19-cv-4964 | Lopez-Lewis v. The Boeing Co. | Jorge L. Alonso |
| 19-cv-2170 | In Re Ethiopian Airlines | Jorge L. Alonso |
| 18-cv-6479 | Duron v Loews | Martha M. Pacold |
| 16-cv-8637 | In Re Broiler Litigation | Jeffrey T. Gilbert |
| 15-cv-3467 | Smith, et al. v. City of Chicago | Andrea R. Wood |
| 13-cv-7837 | Kline, et al. v Docs at the Door | Rebecca R. Pallmeyer |