Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

---------------------------------------------------------

Cynthia Donald


          Plaintiff,


     vs.                    Case Number 2020 CV 06815


City of Chicago, et al.,


          Defendants.

---------------------------------------------------------

Video Recorded Deposition of

Claudio Edwardo Salgado Yanez

Thursday

July 14, 2022



-at-



Hart McLaughlin & Eldridge

22 West Washington Street

Suite 1600

Chicago, Illinois 60602

Page 2

```
 1                      APPEARANCES

 2

 3            For the Plaintiff:

 4

 5            Robert John McLaughlin

 6           Hart McLaughlin & Eldridge

 7      22 West Washington Street, Suite 1600

 8            Chicago, Illinois 60602

 9

10       For Defendant City of Chicago:

11

12              Matthew Suhl

13            Kristen Woytowicz

14      City of Chicago Department of Law

15      2 North LaSalle Street, Suite 640

16            Chicago, Illinois 60602

17

18       For Defendant Eddie Johnson:

19

20            Michael I. Leonard

21          Leonard Trial Lawyers, LLC

22      120 North LaSalle Street, Suite 2000

23            Chicago, Illinois 60602

24

25
```

Page 3

1                    EXAMINATION INDEX

2

3    DIRECT           CROSS           REDIRECT        RECROSS

4    5                79,125          99,120          107

5

6

7                     EXHIBIT INDEX

8

9    EXHIBIT                                    PAGE NUMBER

10   NONE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 4

1          THE RECORDER:  Okay, good morning.  We are

2     now on record on Thursday, July 14th, 2022.  The time

3     is 10:15 a.m.  We are located at Hart McLaughlin &

4     Eldridge 22 West Washington Street, Suite 1600,

5     Chicago, Illinois, 60602 for a video recorded

6     deposition in the matter of Cynthia Donald versus City

7     of Chicago et al.  Case number 2020 CV 06815 before the

8     United States District Court for the Northern District

9     of Illinois Eastern Division.

10          This deposition is being reported by In

11     Demand Court Reporting, located to 216 South Washington

12     Street, Chicago, Illinois, 60661 on behalf of the

13     defendant being taken as still defendant.  The witness

14     today is Claudio Edwardo Salgado Yanez.

15          Mr. Salgado Yanez, my name is Christina

16     Kollintzas.  I'm a notary public and video recording

17     device operator this deposition.  At this time, would

18     you please raise your right hand for the oath?

19                    (Witness sworn)

20          THE WITNESS:  Good morning.  I do.

21          THE RECORDER:  Thank you.  Will the

22     attorneys, please state their appearances for the

23     record?

24          MR. LEONARD:  Mike Leonard on behalf of

25     Defendant, Eddie Johnson.

www.InDemandReporting.com                    (773) 239-6008

Page 5

```
 1              MR. MCLAUGHLIN:  Robert McLaughlin for

 2     Plaintiff.

 3              MR. SUHL:  Matthew Suhl for the City of

 4     Chicago.

 5              MS. Woytowicz:  And Kristen Woytowicz for the

 6     City of Chicago.

 7              THE RECORDER:  Thank you, that completes our

 8     record information.  We can now proceed.

 9                      DIRECT EXAMINATION

10     BY MR. LEONARD:

11          Q.   Good morning, sir.

12          A.   Good morning, sir.

13          Q.   As I stated, my name is Mike Leonard.  I

14     represent Eddie Johnson in this lawsuit.  And today

15     we're here to take your deposition.  Have you been

16     deposed before?

17          A.   Yes, sir.

18          Q.   How many times?

19          A.   Approximately two times.

20          Q.   What types of cases were those?

21          A.   Not recalling.

22          Q.   Excuse me?

23          A.   No recalling.

24          Q.   No, what type of lawsuits were those?

25          A.   Narcotics.  I believe there was one in
```

www.InDemandReporting.com                    (773) 239-6008

Page 6

1    narcotics and I don't recall what the other was.  But

2    it was one from narcotics, I believe so.

3         Q.   Okay.  Those were civil lawsuits?

4         A.   Yes, sir.

5         Q.   Okay.  Were you named as a party in the case?

6         A.   Witnesses.

7         Q.   Okay.  And the rules are probably the same.

8    I'll ask you verbal questions.  Have you give verbal

9    responses.  If you don't understand my question or need

10   clarification, please stop me, and let me know.  Okay?

11        A.   Sure.

12        Q.   If you don't do that, we'll assume that you

13   understood the question as asked.  Okay?

14        A.   Okay.

15        Q.   And from time to time, the attorneys may make

16   objections to my questions.  If they do let them make

17   those for the record, unless your attorney tells you

18   not to answer the question, you would then proceed to

19   answer the question.  Okay?  Yes?

20        A.   Yes, sir.

21        Q.   And if you need a break at any time and a

22   question's not pending, we'll certainly accommodate

23   you.  Okay?

24        A.   Thanks, sir.

25        Q.   Any reason you can't give truthful testimony,

Page 7

1    medications, tiredness, lack of preparation?  Any

2    reason whatsoever?

3         A.   No, sir.

4         Q.   Okay.  Did you do anything to prepare to

5    testify here today?

6         A.   Well, meet with the city attorneys.  Yes.

7         Q.   Okay.  And when did you meet with them?

8         A.   Today in the morning.

9         Q.   Okay.  For about how long?

10        A.   Maybe an hour, approximately one hour.

11        Q.   Have you reviewed any documents about the

12   Cynthia Donald lawsuit?

13        A.   No.

14        Q.   Have you read the lawsuit?

15        A.   No.

16        Q.   Okay.  I'm going to ask you first some

17   questions about your own background and we'll talk

18   about the Donald/Johnson issues.  Okay?

19        A.   Sure.

20        Q.   First of all, what's your educational

21   background?

22        A.   My -- I went to the doctoral level in

23   clinical psychology.  I finished the program but didn't

24   finish my residency.  So I graduated with a master's

25   degree in clinical psychology and master's degree in

Page 8

 1    criminal justice at Loyola University.

 2         Q.   Okay.  And that was about what year?

 3         A.   2010, or eight, approximately around there.

 4         Q.   And I never asked you, Christina, when we

 5    were off the record, never asked you to state and spell

 6    your full name for the record.  Can you just do that?

 7         A.   Claudio Edwardo Salgado Yanez.

 8         Q.   And I'm sorry, what year did you say you got

 9    your degree from Loyola?

10         A.   Loyola University for the criminal justice

11    degree was in, I think, 2005 or 2004.  And my master's

12    degree in clinical psychology for Loyola School of

13    Psychology and University was in, I think, 2000.  I'm

14    not sure, but I think 2012 or 10.

15         Q.   And did you grow up in the Chicago area?

16         A.   No, I grow -- where I grow up or?

17         Q.   Yeah.

18         A.   No.  I grown up in Argentina, in Chile, South

19    America.

20         Q.   Two countries that are still on my list to

21    visit.  Someday I'll get there.

22         A.   Very nice.

23         Q.   And what year did you move to the United

24    States?

25         A.   I came to United States in 2001.

Page 9

1     Q.   And then what was your first sort of

2   professional employment?  Was it during the time period

3   you were going to school or is that after?

4     A.   In United State or?

5     Q.   Yeah.

6     A.   In United States, it was -- I came out to --

7   first, I enrolled in college.  I went to Purdue

8   University, Lafayette.

9     Q.   And what year?  What years was that?

10    A.   2001.

11    Q.   Okay.

12    A.   To obtain my Bachelor's Degrees in political

13  science and a Bachelor's Degree in criminal justice.

14    Q.   You're not a boilermakers fan.  Are you?

15    A.   No.

16    Q.   Okay.

17    A.   I like soccer, I like football.

18    Q.   Okay.  And so you got your undergraduate from

19  Purdue?

20    A.   Purdue University.  Yes, sir.

21    Q.   And then did you start your professional

22  employment after that?

23    A.   Yes, I went to -- I worked for almost two

24  years at DCFS.  I was a social worker investigator.

25    Q.   And what was your next job after that?

Page 10

1     A.    Chicago police office.

2     Q.    So you started with CPD in 2005?

3     A.    Seven.

4     Q.    2007.  Okay.  What was your first position?

5  Patrol officer?

6     A.    Patrol officer, yes.

7     Q.    In what district?

8     A.    Six.

9     Q.    And how long were you a patrol officer in the

10  sixth district?

11     A.    During my training, when I was a PBO, my

12  training, I was approximately two years.

13     Q.    And when you were in a sixth district, did

14  you know Eddie Johnson?

15     A.    Yes.

16     Q.    Was he your watch commander?

17     A.    Yes.

18     Q.    And did you know him well?

19     A.    Only for as commander.  He was my supervisor.

20     Q.    Okay.  During that period of time, you didn't

21  socialize with him?

22     A.    He called me approximately maybe two, three

23  times.  I'm very well-known for my language skills

24  because I speak more than 10 languages.  So he called

25  me in the office at the time.  And asking me, Hey, you

Page 11

1    know, different departments, they're always requesting

2    you translate.  You know, I get Russian, French,

3    Italian.  And so he say the viewer detective, they're

4    always looking for you, the other units, narcotics,

5    organized crime, they're looking for you.  So that's

6    how he know me because of my language is skills and

7    they always say, "I never forget you because you're

8    only guy who speak more than 10 languages.' That was

9    the only conversation we had at the time.

10        Q.   Okay.  And then after the sixth district,

11   where did you move next?

12        A.   To the first district.

13        Q.   And was Eddie Johnson in the first district

14   at that point in time?

15        A.   No.

16        Q.   And how long did you stay in the first

17   district?

18        A.   First district, I stayed in the building in

19   the first district for approximately maybe four years.

20   And then I went to Saturation Team Area Central, who

21   was located in the building, in the first district.

22   And I was approximately at Saturation Team Area Central

23   for six years, approximately.

24        Q.   Okay.

25             THE RECORDER:  I'm sorry the?

Page 12

```
 1              MR. LEONARD:  Saturation.

 2              THE WITNESS:  Saturation Team Area Central.

 3   Yes.

 4   BY MR. LEONARD:

 5       Q.   So you were basically in the first district

 6   in two different positions for about 10 years?

 7       A.   Yes, sir.  Approximately.

 8       Q.   And during that period of time, did you have

 9   any continuing, you know, relationship or friendship or

10   contact with Eddie Johnson?

11       A.   No, only contact, brief contact.  He was at

12   the time commander of bureau patrol at the time.  He

13   was on the building too, but I didn't see him too many

14   times; only parking lot and exchange hi and bye, you

15   know?

16       Q.   And during that 10-year time period in the

17   first district, did you know Cynthia Donald at all?

18       A.   Yes.

19       Q.   And do you remember approximately what year

20   you first met her?

21       A.   As soon I finished my probation training at

22   six, 2008 and approximately 2009.

23       Q.   And was that when she was going through the

24   academy or she was assigned to the first district, what

25   was her position when you first became aware of her?
```

www.InDemandReporting.com (773) 239-6008

Page 13

```
 1       A.   She was at the time assigned to the first
 2   district, she was patrol.
 3       Q.   Okay.  And what was your position when she
 4   started in patrol in 2009?
 5       A.   I was a patrol, too.  I was an officer.
 6       Q.   Okay.  Were you ever partners with her?
 7       A.   Yes.
 8       Q.   And what period of time was that?
 9       A.   I didn't was -- we didn't was like a partners
10   like for a long time or period.  It was sometime
11   because when I was there, I was in the third watch and
12   she was sometime day, sometime afternoon, sometime
13   midnight.  So once a while we worked together.
14       Q.   Okay.  So there were -- and how -- and for
15   what period of time did you sometimes work together
16   with her as a partner?  What period?  How many years or
17   months?
18       A.   Approximately, nine, ten, maybe three years.
19       Q.   All right.  And during those three years, how
20   often would you be partnered up with her on a shift?
21       A.   During the week, maybe twice.
22       Q.   And then during those three years, would you
23   say you became friends with her?
24       A.   Acquaintance.
25       Q.   Okay.  During those three years, did you ever
```

Page 14

1    see her outside of work for instance, for a drink or

2    have dinner or anything like that?

3         A.   No.

4         Q.   Okay.  Did you ever outside of work, during

5    those three years, would you guys ever talk to each

6    other or text each other, anything like that?

7         A.   No.

8         Q.   All right.  And then after those three years,

9    then, did you continue to see her or encounter her

10   professionally while you were in the first district?

11        A.   No.

12        Q.   So when you became a member of the saturation

13   team, your contact with her, certainly as a partner

14   would've stopped, right?

15        A.   Yes.

16        Q.   And then would you see her around the

17   building, that type of thing?

18        A.   Yes, yes.  Okay.  Parking lot occasionally.

19        Q.   Okay.  And just say hi and stuff like that?

20        A.   Yep.

21        Q.   Did you ever socialize with her when you were

22   on the saturation team and no longer her partner, but

23   she worked in the first district.  Did you ever

24   socialize with her?

25        A.   No.

Page 15

1        Q.    All right.  And then after the saturation

2    team, what year did your work on the saturation team

3    end, approximately?

4        A.    2019.

5        Q.    And then at that point, what was your next

6    position?

7        A.    I was assigned to narcotics, organized crime

8    narcotics.

9        Q.    Where were you located?

10       A.    At the Homan Square Building.

11       Q.    Okay.  And at that, during the time period

12   from beginning of the saturation team, up until

13   narcotics in 2019, did you have any continuing

14   professional or personal relationship with Eddie

15   Johnson?

16       A.    2019, yes.

17       Q.    Okay.

18       A.    In the year, 2019.

19       Q.    Before 2019?

20       A.    No, no.

21       Q.    Okay.

22       A.    Not all.

23       Q.    And then what happened in 2019, that sort of

24   re-brought your relationship together with Mr. Johnson?

25   What was the event?

Page 16

1        A.   2019 in January, every year in January, I

2    drop my tuition reimburse form and my student

3    forgiveness loan form.  So I got to proceed to go to

4    the headquarters to drop all these documents.  And at

5    the time I saw Cynthia Donald in the building and we

6    exchange words, we say hi.  And she asked where I am

7    now, what I'm doing.  And I asked him, what are you

8    doing?  And she told me that she was assign to a

9    bodyguard for the superintendent details.  And I said,

10   oh, congratulations.  That's very nice.  And we

11   exchanged phone numbers.  And she stated that Eddie

12   Johnson, you know, it's highly, highly talking good

13   things about you.  That you're a very smart guy, very

14   intelligent, very dress nice and very polite, very well

15   in knowledge.  And I said, oh yeah, I know him for a

16   long time.  And she, at the time, I didn't even know

17   that.  Yeah, he was my commander at six.  And, then she

18   said, well, he's highly good spoken about you.  He's

19   your very gentleman.  And that was it.  And then --

20       Q.   Okay, we'll stop you there.  Do you remember

21   what, approximately, what month in 2019 that --

22       A.   January.

23       Q.   January.  Okay.

24       A.   Because every January I dropped my form for

25   tuition reimbursement and student forgiveness loan.

Page 17

1      Q.    Okay.  So you hadn't seen Donald in a number

2   of years?

3      A.    Yeah.

4      Q.    And then did that conversation last, say 10

5   minutes or more?

6      A.    Maybe a half hour.

7      Q.    Half hour.  Okay.

8      A.    Talk about family, travel, my family, et

9   cetera.

10     Q.    Kind of catching up with each other.

11     A.    Exactly, yeah.

12     Q.    Did she talk about her marital status when

13  you saw her?

14     A.    No.

15     Q.    Okay.  Did she talk about her children?

16     A.    No.

17     Q.    Did she indicate to you that she was happy

18  and was enjoying the job working for Eddie Johnson?

19     A.    Definitely, yes.

20     Q.    Very happy, right?

21     A.    Very.

22     Q.    Did she say anything specific about why she

23  liked the job or why she liked Mr. Johnson?

24     A.    Because she stated, at the time, the

25  superintendent, it was a very, very nice person.  He

www.InDemandReporting.com                    (773) 239-6008

Page 18

```
 1   was a very good person.  And I remember, too, and I
 2   say, yes, he's a very good man.  And I stated to her,
 3   learn as much you can, get in as much experience you
 4   can and you are blessing.  It's a great opportunity for
 5   you know, to be here and working for the superintendent
 6   because he is a good guy.
 7        Q.   Did she tell you how long she had been in the
 8   job?
 9             THE RECORDER:  I'm sorry.
10             MR. LEONARD:  I'm sorry.
11             THE RECORDER:  She's a -- the end of your
12   answer.
13             THE WITNESS:  Oh, because I stated to her.
14   He's a great guy.  He's a good guy.  He's a good
15   mentor.
16   BY MR. LEONARD:
17        Q.   Did she tell you how long she'd been in that
18   position?
19        A.   No.
20        Q.   Did you have any idea how long she'd been in
21   it?
22        A.   No.
23        Q.   Okay.  But she -- so some of the things you
24   remember, she said to you that he was a good man as
25   well?
```

Page 19

1        A.   Yes.

2        Q.   That she enjoyed working for him?

3        A.   Yes.

4        Q.   That she's very happy working for him?

5        A.   Yes.

6        Q.   That she thought it was a good opportunity.

7        A.   Yes.

8        Q.   And that she had a lot of respect for Eddie

9   Johnson?

10       A.   Yes.

11       Q.   So you guys exchanged phone numbers that day?

12       A.   Yes.

13       Q.   And then how long was it until you next heard

14   from her?  Either you called her or she called you?

15       A.   It was approximately in March of same year,

16   February/March of the same year.  I was in a Korean

17   restaurant in the north side, having dinner with my

18   Korean friends at San Soo Gab San.  A Korean

19   Restaurant.  We have a --

20       Q.   I'm sorry, what was the name of the

21   restaurant?

22       A.   San Soo Gab San.

23       Q.   Where's that one located?

24       A.   At Western Avenue in Peterson in Western,

25   North side.

Page 20

```
 1        Q.   Okay.
 2        A.   So we have a dinner with my friends.  I speak
 3   a little bit of Korean.  So we are all Korean friends
 4   at the time we had a barbecue and Cynthia called me and
 5   she say, "What are you doing?  How is everything?" I
 6   say, oh, I'm having dinner, and I invite her.  I invite
 7   her to come to enjoy with us.  And --
 8        Q.   So you say just, why don't you come on over?
 9        A.   Yeah, invite her.
10        Q.   Do you remember what time of night it was?
11        A.   Oh, it was late in the afternoon.
12        Q.   Sorry?
13        A.   Late in the afternoon, yes.  Yeah.
14        Q.   Late in the afternoon.  Okay.  And did she
15   indicate whether she was, where she was, whether she's
16   working or not?
17        A.   No.
18        Q.   Okay.
19        A.   Not at all.  The only thing, which she stated
20   that I would bring a guest that maybe you would like
21   it.
22        Q.   Okay.
23        A.   And I say, bring it, no problem.  You're
24   welcome.  And then she arrived with superintendent
25   Eddie Johnson.
```

Page 21

1          Q.    Okay.  So she -- you tell her, Hey, why don't

2     you come join us?  And she says, okay, I'm going to,

3     and I'm going to bring basically a mystery guest,

4     right?

5          A.    It was.  Yeah.

6          Q.    Okay.  And had you seen Eddie in a while

7     before that?

8          A.    No, at all.  I mean, I was very surprised.  I

9     was very happy to see him.  I was very, very excited

10    and I told her, I say, thank you.  That was a great

11    day.  And I'm very happy to see him.  And we have a

12    good -- we have a dinner that night.

13         Q.    And you think that was either February or

14    March of 2019?

15         A.    It was in a winter time.  It was

16    February/March.  March, it was colder because we even

17    barbecued at the time.  And I'd say cold, it was a cold

18    time.

19         Q.    Any recollection of what time they arrived?

20    Ms. Donald and Mr. Johnson?

21         A.    No, not recalling.  Not recalling.

22         Q.    Okay.  So they come in, obviously you're

23    happy to see Cynthia.  You're happy to see Eddie.

24         A.    Yes.

25         Q.    And then how many people were you with that

Page 22

1    weren't them?

2         A.    One.  John?  Three people.  More, three more.

3         Q.    Your friends, three?  You plus three?

4         A.    Three, yes.

5         Q.    Okay.  And about how long were Eddie and

6    Cynthia there that night for the dinner?

7         A.    Definitely the place at the time before

8    pandemic, the place close around three in the morning.

9    We stayed until three, but Eddie and Cynthia left

10   around 11 o'clock, 23:00 hours.

11        Q.    Okay.  So Eddie and Cynthia left together

12   about 11:00 p.m.?

13        A.    Yes.

14        Q.    Do you have sort of your best estimate what

15   time they arrived?

16        A.    No, not recalling it.

17        Q.    But in the evening hours?

18        A.    It was in evening hours.

19        Q.    So they might have been there two or three

20   hours?

21        A.    It was really dark, too.  It was really dark.

22        Q.    Okay.  Would you estimate they were there for

23   maybe two or three hours?

24        A.    Two.  At least two hours, yes,

25        Q.    Okay.

Page 23

1        A.    Yes.

2        Q.    Just stepping back for a minute, when you

3    knew Cynthia back in the old days.

4        A.    Yes.

5        Q.    Do you know how much she drank back in the

6    old days in terms of drink, her alcohol consumption?

7        A.    No.

8        Q.    But did you know whether she drank back in

9    the old days or not?

10        A.    Rumors, yes.

11        Q.    Rumors?

12        A.    Yeah.

13        Q.    Okay.  Meaning that in the old days, when you

14    were sometimes partnered up or you heard rumors that

15    she drank a lot?

16        A.    Yes.

17        Q.    From your fellow officers?

18        A.    Yes.

19        Q.    Did you ever experience that yourself?

20        A.    No.

21        Q.    Did she have a reputation as someone who

22    drank too much?

23        A.    Yes.

24        Q.    Okay.  Did you ever talk to her about that?

25        A.    No.

Page 24

1      Q.   Did she ever appear drunk during work during

2   that time?

3      A.   No.

4      Q.   Okay.  Now let's go back to this dinner in

5   February or March of 2019.  Did Cynthia sit next to

6   Eddie?

7      A.   Yes.

8      Q.   Was there any physical contact between them?

9      A.   Not at all.

10      Q.   Okay.

11      A.   Anything inappropriate, nothing at all.  No

12   hands touch, kiss, hold.  Anything at all.  Nothing at

13   all.

14      Q.   Were they dressed in civilian clothes?

15      A.   Yes.

16      Q.   And she seemed very happy?

17      A.   Yes.

18      Q.   Was it fair to say she was very talkative?

19      A.   Yes.

20      Q.   And was he seemed in a good mood as well?

21      A.   Oh, yes.

22      Q.   And talkative, is that is right?

23      A.   Yes, right.

24      Q.   Okay.  And you saw how he treated her, right?

25      A.   Yes.  Very well.

Page 25

1      Q.   And you observed how he treated her for
2   several hours?

3      A.   Yes.

4      Q.   And he treated her very well.

5      A.   With respect.

6      Q.   He treated her respectfully, like a man
7   should treat a woman?

8      A.   With respect and very professional.

9      Q.   Okay.  And she seemed very happy to be there?

10     A.   Exactly.

11     Q.   And it was her idea to bring Eddie there, not
12  your idea?

13     A.   Exactly.

14     Q.   In fact, you didn't even know that he was
15  going to be there?

16     A.   At that time.  I thought that she was
17  enacting like a bodyguard.  She was -- so it was very
18  professional, very polite, and very respectful.

19     Q.   Okay.  Do you remember any of the subjects
20  that she talked about that night?  I know it's a long
21  time ago and maybe hard to remember, but any subjects
22  that she was talking about?

23     A.   The subject regarding about this one?

24     Q.   No, that night when she was there for the two
25  or three hours for the dinner, any subject matters, you

Page 26

1    can remember that she was talking about that night?

2        A.   No.  The only thing with, I think, with I'm

3    the kind of person that I like to talk about, travel,

4    music, languages.  So the subject was about travel,

5    food, you know, around the world, clothes, you know,

6    that was the main, nothing really about work.

7        Q.   Okay.

8        A.   I don't like to talk about work when I had my

9    day.  Definitely.

10       Q.   Yeah.  Okay.

11       A.   So she know me the way I am so that the

12   subject was in general about travel, food, and have a

13   good time, yeah.

14       Q.   Okay.  And so and she drank alcohol that

15   night?

16       A.   Yes.

17       Q.   And do you remember what she was drinking?

18       A.   Sake?

19       Q.   Was everyone drinking sake?

20       A.   Not Eddie, because the time that he was, I

21   think, sick.  He got the problem with the --

22       Q.   He was sick when he was there?

23       A.   No, his health problem.  He got healthy

24   problems at the time.  Very well.  So he was very

25   cautious with no alcohol at that time.

Page 27

```
 1      Q.   Okay.  So Eddie wasn't drinking, but she was?

 2      A.   Yes.

 3      Q.   Any recollection of how many sakes she drank?

 4      A.   Not too many, because she don't like sake.

 5      Q.   Okay.  Did she drink other things too?

 6      A.   No.  That one, that was it.

 7      Q.   Okay.  But that night she didn't seem

 8  intoxicated?

 9      A.   No, not at all.

10      Q.   Okay.  So you-all had a good time that night.

11      A.   Very good.

12      Q.   And then when was the next time that you got

13  together either with Cynthia or with Eddie or with

14  Eddie and Cynthia?

15      A.   The next location was, I don't remember if it

16  was the third time or the fourth time, but there was,

17  we have before his birthday, it was, I think before or

18  after his birthday, we have a party with Italians.  We

19  have a banquet dinner with Italians in the north side.

20  And it was huge, around maybe 500 people was there at

21  the time.

22      Q.   500?

23      A.   Yes.

24      Q.   Okay.

25      A.   It was all Italians from north, south, north
```

Page 28

1   east.  They were meeting there and there were two

2   banquet halls full of people.

3       Q.   And that was also in 2019?

4       A.   Yes.  I invite Eddie Johnson because at the

5   time when we went to the Korean restaurant, we

6   exchanged phone numbers.

7       Q.   Okay.

8       A.   So I invite Cynthia and Eddie to enjoy with

9   Italians in the north side.

10      Q.   What's that event called?  Is there name or

11  something?

12      A.   You know, the building is not anymore there.

13  It's nexus, but I think was -- they would celebrate,

14  they celebrate some few saints, like St Rocco Saint,

15  Saint Joseph Saint.  And so there was a dinner

16  celebration for the celebrated Saint, you know, they

17  celebrate somebodies from the south of Italy, Calabria,

18  or the north side of Rome.  The north side, yeah.

19      Q.   Do you remember --

20           THE RECORDER:  I'm sorry, the ending --

21           MR. LEONARD:  The north side?

22           THE RECORDER:  No, the end was a little

23  mumbled.

24           THE WITNESS:  I'm sorry, what?

25           THE RECORDER:  After Calabria.

Page 29

```
 1   BY MR. LEONARD:

 2        A.   Calabria and from the north, the people from

 3   Rome, Italy, they were there celebrating.

 4        Q.   Do you remember what the name of the

 5   restaurant was?

 6        A.   No, I don't recall it.

 7        Q.   Do you remember what street or what area it's

 8   near?

 9        A.   North side around Harlem and Irving Park

10        Q.   Okay.  Like a big banquet hall type of place?

11        A.   Oh, yes.  It was huge.  I don't remember the

12   town on --

13        Q.   On the west side of the street?

14        A.   The west side of the street, yeah.

15        Q.   Okay.

16        A.   I don't remember the town next to area north.

17        Q.   So when you saw Eddie and Cynthia at the

18   Korean barbecue outing, you invited him to this

19   upcoming Italian event?

20        A.   Yes.

21        Q.   And do you remember what month the upcoming

22   Italian event was held in?

23        A.   No, I don't remember if it was before or

24   after his birthday.

25        Q.   Okay.
```

Page 30

1      A.   But I was -- his birthday's in July 28 and we

2   got another event in July.  And so definitely was after

3   or before then.

4      Q.   Okay.  Let's just talk about the Italian

5   event first.

6      A.   Yes, sir.

7      Q.   So did you three go there together or they

8   just meet you there at the Italian event?

9      A.   No, I arrived first and they arrived

10  separately.

11     Q.   Any recollection of what time they arrived?

12     A.   The event was started approximately five.  So

13  they arrived at six, seven o'clock.

14     Q.   Okay.  Do you remember, were they dressed in

15  civilian clothes?

16     A.   Yes.

17     Q.   And do you know whether their -- your

18  assumption would be their off duty?

19     A.   Yes.

20     Q.   Okay.  And about how many hours did they

21  stay?

22     A.   I think, the banquet, they stayed all night

23  until I think midnight.

24     Q.   Okay.

25     A.   Because they closed and we leave all, you

Page 31

1    know, at the same time.

2         Q.    Did you sit at the same table?

3         A.    Yes.

4         Q.    Who else was seated at your table besides

5    you, Cynthia, and Eddie?

6         A.    All the Italian fellows.  They were all

7    Italian families.  And --

8         Q.    Like how big of a table are you sitting at?

9         A.    Each table is approximately 12 people

10        Q.    Okay.  And Cynthia, based on your

11   observations was having a very fun time?

12        A.    Very good.  Yeah.  Very good.

13        Q.    She was very talkative?

14        A.    Yes.

15        Q.    Was she seated next to Mr. Johnson?

16        A.    Yes.

17        Q.    Do you remember who was seated on the other

18   side of her?  Was that you on the other side?

19        A.    Sometime it was me and sometime it was

20   Franco, Gino, Luigi, CiCi.  They were all the Italians.

21        Q.    Do you remember any specific gentleman by

22   first and last name who were at your table that night?

23        A.    I'm sorry.  I got lost.

24        Q.    It's okay.

25        A.    I'm sorry, what?

Page 32

1       Q.    Do you remember the first and last names of

2  any gentleman who were at the table with you that

3  night?

4       A.    Oh, they were Gino Fantucci, Tony Aielo,

5  Luigi Anasticia.  They were all Italians.

6       Q.    Okay.  Was Eddie a speaker that night or just

7  a guest?

8       A.    No, he was a guest.  He was invited.

9       Q.    Okay, he didn't speak or anything like that?

10      A.    He didn't.  I translated for them.

11      Q.    Okay.

12      A.    Because I speak Italian, so I translated for

13 the community.  He wanted to give a speech to say,

14 thank you for the invitation.  It's in an honor for me

15 to be here.  So I was translated for Eddie Johnson.

16      Q.    Did he get up and speak to the whole group?

17      A.    Yes.

18      Q.    Or just to the -- okay, so, and how long did

19 he speak for?

20      A.    Maybe two, three minutes.

21      Q.    Okay.  So Eddie and Cynthia are at your same

22 table with you for four or five hours?

23      A.    Yes, yes.

24      Q.    And Cynthia drank alcohol?

25      A.    Yes.

Page 33

1      Q.   Do you remember what she was drinking that

2  night?

3      A.   Vino, wine.

4      Q.   Okay.  Did she drink a lot of wine?

5      A.   We all drank wine that night, so.

6      Q.   You weren't noticing one way or the other how

7  much?

8      A.   Yeah, I didn't notice how much because we

9  were all drinking wine.

10     Q.   But it was fair to say, she seemed very

11 happy?

12     A.   Yes.

13     Q.   Happy to be there?

14     A.   Yes.

15     Q.   Happy to be with Mr. Johnson?

16     A.   Yes.

17     Q.   And you watched their interactions, right?

18     A.   Yes.

19     Q.   And their interactions seemed very

20 appropriate?

21     A.   Yes.

22     Q.   Cordial?

23     A.   Yes.

24     Q.   Professional?

25     A.   Yes.

Page 34

1        Q.    Lot of mutual respect back and forth?

2        A.    Yes.

3        Q.    Okay.  Any public affection between the two

4    of them?

5        A.    Not at all.  Not -- no -- no handshake,

6    holding, kiss or anything.  Nothing.  Anything.

7        Q.    Okay.  But they did seat next to each other

8    the whole night?

9        A.    Yes.

10        Q.    All right.  And then did you folks go

11    anywhere after the event together?  Did you go any --

12        A.    No.  No.

13        Q.    No after party, nothing like that?

14        A.    Not -- not at all.

15        Q.    Okay.  And then you do remember attending

16    Eddie Johnson's birthday party?

17        A.    Yes.  In July.

18        Q.    In 2019.  July.

19        A.    Yes.

20        Q.    Was that the one that Cynthia threw for him?

21        A.    Yes.

22        Q.    Okay.  Did she -- during this time period,

23    were you starting to text with her more often?

24        A.    Yes.  She's starting getting in contact with

25    me to plan -- to plan, to -- to celebrate the -- Eddie

Page 35

1    Johnson's birthday.

2        Q.   Okay.

3        A.   So and she asked me that, you know, "Do you

4    know all these people who own restaurants, business,

5    and -- you are party guy." So I told her, I said, "You

6    let me know, what do you want to do?" I mean, say, "Can

7    we say something with Italian restaurants or the

8    Italian banquet?  Because I want -- I don't want Eddie

9    know, but I'm -- I'm preparing a birthday party for

10   him." And all of a sudden then I -- I -- I suggest the

11   Italian place.  I suggest a French place because I have

12   -- I speak French and I have French friends.  And she

13   said, "Ah, French is too expensive, too high, and we

14   don't want to get something -- we wanted something that

15   everyone can eat it." And I said, "Well, Italian, you

16   can -- if they don't eat meat, they can eat pasta.  If

17   you don't want to eat pasta, they can eat salad." You

18   know, it's -- so everything was -- everything was good

19   and -- but then she changed her mind and then did it,

20   birthday party, the building across the street of Navy

21   Pier.

22       Q.   Okay.  So --

23       A.   I forgot the name of the building.

24       Q.   So you had a number of texts with her about

25   her wanting to plan a party for Eddie.

Page 36

```
 1        A.   Yes, she did it.  She was planning and -- and
 2   -- and -- and she said at least, maybe hundred people.
 3   It's just for the party.
 4        Q.   And did she explain why she wanted to throw
 5   this party for him?
 6        A.   She say, because Eddie's a good guy.  He's a
 7   special supervise -- boss, you know?
 8        Q.   Okay.
 9        A.   It's a -- and she used the word friend.  He's
10   a good friend.
11        Q.   Okay.  So she made it clear it was her idea.
12        A.   Yes.  It was her idea.
13        Q.   And -- and she really wanted this to be
14   special.
15        A.   Yes.
16        Q.   And she was saying positive things about
17   Eddie.
18        A.   All.  Every time.
19        Q.   Okay.  And how many -- about how many texts
20   do you think you had with her leading up to the event?
21        A.   No texts, just conversations.
22        Q.   Oh, these are phone calls.
23        A.   Phone conversation.
24        Q.   Okay.  And how many phone calls do you think
25   you had with Cynthia leading up to Eddie's birthday
```

Page 37

```
 1   party that she threw for him?

 2         A.    Approximately three or four calls.  Yeah.

 3         Q.    Okay.  And during that period of time up to

 4   the party, were -- did you also -- when you had

 5   conversations with Cynthia, did you talk about things

 6   other than the birthday party?  For instance, your own

 7   personal lives?  Things like that?

 8         A.    Yes.  Yes.  Yeah.

 9         Q.    Did she -- during that period of time, summer

10   of 2019, did she tell you anything about the status of

11   her marriage or her children?  Anything like that?

12         A.    Not at all.

13         Q.    Not at all.

14         A.    Not at all.

15         Q.    What would she -- when you weren't talking

16   about the birthday party, what were the types of things

17   she would talk about during those phone calls?

18         A.    Same conversation.  Travel, food, have a good

19   time.

20         Q.    And she seemed -- during that period of time,

21   seemed very happy.

22         A.    Yes.

23         Q.    And very satisfied with her job.

24         A.    Very well.  Yeah.

25         Q.    And very happy working for Eddie Johnson.
```

Page 38

```
 1        A.    Yes.

 2        Q.    And very satisfied with her job.

 3        A.    Yes.

 4        Q.    And never claiming that there was anything

 5   that she was being forced to do, correct?

 6        A.    No.  No, not at all.  Not at all.

 7        Q.    Okay.  All right.  And so then did you -- you

 8   attended the birthday party?

 9        A.    Yes.  Yes.

10        Q.    Okay.  And you're not sure if the Italian

11   dinner we talked about was before or after that event.

12        A.    Yes.  I tried -- I don't remember exactly.

13        Q.    The birthday party --

14              THE RECORDER:  I'm so sorry.

15   BY MR. LEONARD:

16        Q.    Go ahead.

17        A.    No, I no -- I no recorded when it was before

18   or after the birthday.

19        Q.    Okay.  The birthday party itself, were you

20   there for -- for a number of hours?

21        A.    Yes.

22        Q.    About how many hours?

23        A.    At least four hours.

24        Q.    Did you go to -- I understand from some of

25   the -- some of the testament, there was, like, a after
```

Page 39

1   party after the birthday party.  Did you go to that

2   too?

3        A.   No.

4        Q.   Okay.  And you were that night, again, able

5   to observe and observe Cynthia interacting with Eddie?

6        A.   Yes.

7        Q.   And Cynthia seemed extremely happy that

8   night?

9        A.   Yes.

10       Q.   Smiley?

11       A.   Yes.

12       Q.   Happy that she had put this event together?

13       A.   Yes.

14       Q.   Happy that Eddie was happy about it?

15       A.   Yes, definitely.  Yeah.

16       Q.   Have you ever seen her happier than that

17   night?

18       A.   No.  I mean, everyone was happy.

19       Q.   Yeah.

20       A.   Everyone.  Myself, Eddie, Cynthia, and

21   everyone, including the mayor, was there.

22       Q.   Did you sit with -- with Johnson and Donald

23   that night?

24       A.   No, I was not on the table.  I was on the

25   table with the -- Cynthia Donald's parents.  The -- the

Page 40

1    mother.

2         Q.   Okay.  So Cynthia had her mother there?

3         A.   Yes.

4         Q.   And were there other members of her family

5    that were sitting at your table?

6         A.   The sister.

7         Q.   Okay.  Do you remember which sister?

8         A.   No.

9         Q.   Okay.

10        A.   I don't recall.

11        Q.   So you leave that night, and then if it -- if

12   it -- if the Italian event occurred afterwards, then --

13   then we already covered that.  But going forward, after

14   the birthday party, did you continue to have regular

15   phone contact with Cynthia?

16        A.   After that, few calls, but no, we didn't --

17   we didn't meet at -- at all after -- after -- after the

18   -- the -- the birthday party.  Not at all.

19        Q.   Okay.  You didn't get together for dinner

20   with her?

21        A.   No.  Not at all.

22        Q.   Okay.

23        A.   Not at all.

24        Q.   So for what period of time did she continue

25   to have phone contact with you?  Like, how many --

Page 41

1    after the birthday party, did you talk to her, for

2    instance, in August and September on the phone from

3    time to time?

4         A.   Yes.  A few calls.  Yeah.

5         Q.   How often would you talk to her on the phone

6    during that period of time?

7         A.   Maybe four times.  If that.

8         Q.   Okay.

9         A.   It was a few calls after that.

10        Q.   Okay.

11        A.   Few calls.

12        Q.   Would sometimes she would call you and

13   sometimes you would call her?

14        A.   Yes.

15        Q.   Do you remember what you would talk about?

16        A.   Same thing.  Food, travel, and all.

17        Q.   Okay.  But you didn't get to --

18        A.   I -- sorry.  That -- that time was also, too,

19   my -- my furlough coming up.  So during my furlough,

20   it's in September, I take a 45-day full furlough, so I

21   lost completely contact.  So I'm sure that I don't talk

22   to her --

23        Q.   Okay.

24        A.   -- for that period of time.

25        Q.   So you kind of went off the map during your

Page 42

1    furlough?

2         A.   I like travel.  I want -- I get out overseas

3    for sure.

4         Q.   Good.  Good.  Okay.  And then during the

5    months of August and then leading -- what was the date

6    of your furlough?  You remember?

7         A.   September.

8         Q.   Do you remember what date in September?

9         A.   I'm a 10 period.  So September 12, 15,

10   probably, that year.

11        Q.   Okay.

12        A.   Yeah.

13        Q.   So you would've had phone contact with her

14   from late July after the birthday party up until the

15   time of your furlough?

16        A.   Yes.  Yeah, yeah.

17        Q.   Okay.  And during that period of time, when

18   you had phone calls with her, is it fair to say she

19   continued to seem extremely happy?

20        A.   Yes.  Yeah.

21        Q.   Happy with her -- how her life was going?

22        A.   No complaints at all.

23        Q.   Happy working for Eddie?

24        A.   Yes.

25        Q.   Would she talk about her work at all during

Page 43

```
 1   those calls?  What she was doing?  That kind of thing?
 2        A.   Not at all.
 3        Q.   Okay.  And she continued to say good,
 4   positive things about Eddie?
 5        A.   Yes.
 6        Q.   Gave you the impression she was extremely
 7   happy still to be working with him?
 8        A.   Yes.
 9        Q.   All right.  So then you do the furlough and
10   you're kind of off the map for 45 days.
11        A.   Yes.
12        Q.   And that takes us to -- does that take us to
13   early November or late October?
14        A.   November.
15        Q.   November.
16        A.   Because it's 45 days.  So I'm back for --
17   where -- I -- I think I -- I went to China that year.
18   And Japan, Korea, too.  I went to there, too.  So I'm
19   back, like, by the end of October.
20        Q.   Okay.
21        A.   Beginning of November.  Yeah.
22        Q.   All right.  And when you come back, then, do
23   you have any contact in 2019, the rest of the year,
24   with Cynthia or Eddie or the -- or the both of them?
25        A.   Not at all.
```

Page 44

1        Q.    Okay.  Any particular reason why you weren't

2    talking to Cynthia?

3        A.    I tried to get in contact with them after

4    November, because in -- they announced -- I -- I

5    watched -- I was watching the news and they announced

6    that Eddie Johnson was demoted.

7        Q.    Okay.  So you saw the whole thing where

8    Lightfoot said that --

9        A.    Yes.

10       Q.    -- he was no longer the superintendent.

11       A.    Exactly.  Yes.

12       Q.    Okay.  In response to that, did you call both

13   Eddie and Cynthia?

14       A.    Both.

15       Q.    Okay.  But you didn't end up talking to them.

16       A.    No.

17       Q.    All right.  And then we turned the page to

18   calendar year 2020.  Did you have any communications

19   with Cynthia Donald?

20       A.    The next communication I had with Eddie, it

21   was approximately in February -- February 2020.

22       Q.    Okay.

23       A.    I was in an Italian restaurant having dinner

24   with my friends at Macello's restaurant in the Lake

25   Street in Racine, and I call Eddie and I invite him for

Page 45

1    dinner.  And I told him, I said, "Let's go celebrate.

2    You retired." Because I think at the time he retired

3    that time.  He -- he came.

4         Q.   Okay.

5         A.   He came to the party.

6         Q.   Did Cynthia show up at all that night?

7         A.   No.

8         Q.   Okay.  Did you guys talk about his

9    relationship with Cynthia at all that night?

10        A.   No.

11        Q.   Okay.  And then did there come a time in 2020

12   when Cynthia reached out to you?

13        A.   Well, I called -- the -- they had dinner in

14   the Italian restaurant.  I called Cynthia.  I invite

15   first Eddie, then Eddie came, and there was my Italian

16   friends, and then I called Cynthia.

17        Q.   Okay.  Nobody asked you to call Cynthia.

18        A.   No.

19        Q.   You decided.  You decided to call.

20        A.   I called -- I called Cynthia.

21        Q.   Okay.  And what were -- why did you want to

22   have her come out that night?

23        A.   Because I -- Eddie was there, I was there,

24   and I was the impression everything was okay.  So I

25   invite.  I invite her and she stated -- she answered,

Page 46

1    like, the open-ended questions.  Like, okay.  Yes.  No.

2    "Are you there?" "Yes." "Is Eddie here -- there?"

3    "Yes." And I -- and I told her, "You want to come?  You

4    want to enjoy with us?" And she say, "I'm -- I'm -- I'm

5    not -- right now I -- I -- I need to find a babysitter

6    for my -- my baby." So she asked me, "Is Eddie there?"

7    And I said yes.  "Can I talk to him?" And I say, "Yeah,

8    no problem." So I -- I pass my phone to Eddie and Eddie

9    excuse himself for at least maybe three minutes and --

10   and talked to her.

11        Q.   Okay.  So on that night, you called Cynthia

12   on your own.  No one asked you to.

13        A.   No.

14        Q.   Okay.  And Cynthia said she wanted to come

15   out and meet you, but she had to get a babysitter.

16        A.   Find -- exactly.  Yes.

17        Q.   Okay.  She didn't say, "I don't want to

18   come."

19        A.   No, no.  She wanted to come to talk to Eddie.

20        Q.   Yeah.  Got you.  What I was saying is -- and

21   -- and I know we've kind of covered this, but she did

22   -- she doesn't say to you, "Oh, no, I don't want to

23   come there because Eddie's there."

24        A.   No.

25        Q.   Right?

Page 47

```
 1        A.   Not at all.  No.

 2        Q.   It was the opposite.

 3        A.   The opposite.

 4        Q.   She's asking, "Is he there?"

 5        A.   Yes.

 6        Q.   And then she's asking, "Can I talk to him?"

 7        A.   Yes.

 8        Q.   And then she does talk to him.

 9        A.   And -- and then when Eddie come back, I

10   asking him, "Is -- is she coming around?" And he say,

11   "No, because she doesn't know --" sorry.  "She doesn't

12   know because she -- she need to look for a babysitter."

13        Q.   Okay.

14        A.   So she was willing to come if he would find a

15   babysitter.

16        Q.   Yeah.  So no negative statements by her about

17   Eddie?.

18        A.   No.

19        Q.   And in fact just the opposite.  She said she

20   wanted to come.

21        A.   Yes.

22        Q.   Okay.  But she couldn't make it because the

23   babysitter.

24        A.   Yes.

25        Q.   Okay.  Now, going forward, did you continue
```

Page 48

1    to have some communications with Cynthia in 2020 after

2    that?

3         A.   Yes.

4         Q.   And do you remember when the next one was

5    approximately?

6         A.   I don't recall exactly the date.  It was in

7    March or April.  Between March or April.  She called me

8    and she asking me a favor, if I can set a meeting with

9    Eddie Johnson, and talk to about something.  Something

10   very seriously.  So I told her, and I say, "You want me

11   to call him to set a meeting when you -- you used to

12   work for him?  Why you no -- you no call him?  You got

13   --" so, "Oh, I cannot tell you.  I cannot tell you on

14   the phone what it's about, but I need to talk to him."

15   So I -- I noticed it was weird, you know?  So I told

16   her, I say, "Okay, let me set out a meeting.  See if he

17   -- if he's willing to set a meeting." And I --

18        Q.   Do you remember -- do you remember what month

19   that was when she called you and asked you that?

20        A.   Approximately, I think it was in March.

21        Q.   Okay.

22        A.   March that year, yeah.

23        Q.   Okay.  So did you -- did she -- and she

24   wouldn't tell you why?

25        A.   No.

www.InDemandReporting.com                    (773) 239-6008

Page 49

```
1        Q.   Okay.  Did you eventually agree to see if you
2   could set up a meeting?
3        A.   Yes.
4        Q.   So did you contact Eddie that same day?
5        A.   He didn't respond.
6        Q.   Okay.
7        A.   I left a -- he didn't respond.
8        Q.   Did you leave him a phone message or a text?
9        A.   No, calls.  Phone.
10       Q.   And what'd you say in your calls?
11       A.   No.  I didn't leave a message.  Only calls.
12  Yeah.  Yeah.
13       Q.   Oh, okay.  Okay.  So you didn't leave him a
14  message.
15       A.   No.  Leave a message, no.
16       Q.   Did you ever get the meeting set up?
17       A.   No.  That -- that time, no.
18       Q.   Okay.  So did you go back -- did you call
19  back Cynthia and said, "I couldn't get ahold of him"?
20       A.   Yes.
21       Q.   And what'd she say?
22       A.   "Try." Said, "Give him more calls.  Find
23  out."
24       Q.   She wants you to try more.
25       A.   Yeah.
```

Page 50

```
1        Q.   Okay.  But you --

2        A.   SO I told her again, I remarked, I said, "You

3   got his cellular.  Why you no call him?"

4        Q.   Yeah.  And what'd she say?

5        A.   Say, "I cannot tell you.  It's -- it's

6   something very serious I cannot tell you about."

7        Q.   Okay.  So did you ever get that meeting

8   together?

9        A.   That time, no.

10        Q.   Okay.  What about -- what about in the

11   future?

12        A.   So then in -- it happened now with everything

13   in March and April.  Like, three -- three more calls.

14   Cynthia called me again and -- and she say, "Can you

15   call Eddie again?" And I say, "For what?" And she say,

16   "I need to set a meeting with him." And I say,

17   "Cynthia, you know, you got the cellular.  You got to

18   tell me what's going on." And, "No, I cannot tell you.

19   So can you set a meeting in Indiana?"

20        Q.   In Indiana?

21        A.   Yes.  So I -- I -- I thought it was Indiana

22   Street, because I live in Chinatown, in Wentworth

23   Street.

24        Q.   Yeah.

25        A.   And go to a dinner, to Italian -- in any one
```

Page 51

```
1    Italian, in any restaurant in Indiana.  So I say,
2    "Indiana?  There's no good restaurants in Indiana
3    Street." So she stated -- and I'm apologizing.  I'm --
4    I will curse.  She say, "No, fucking idiot.  I'm
5    talking about Indiana state."
6         Q.   Okay.  So she tells you she wants to set up a
7    meeting with -- with Eddie Johnson in the state of
8    Indiana.
9         A.   Yes.
10        Q.   Did she explain why she doesn't want it to be
11   in Illinois or in Chicago?
12        A.   I asking and she say -- she stated that,
13   "It's just very serious.  I need to talk to him in
14   Indiana state, that nobody know who we are.  Nobody
15   will asking questions while we are there." And -- and
16   -- and she told me, "And I know for sure that you know
17   some people who own restaurants in Indiana." And I say,
18   "Yeah, Café Borgia in Indiana, in Munster, Indiana.
19   That's my friends, too.  They're all Italians there,
20   too." "Okay.  Try to set the meeting in Indiana, in
21   Indiana state.  Indiana state," she remarked.
22        Q.   Yeah.  Yeah.
23        A.   And I say, "Okay." And I tried to contact
24   Eddie and -- and -- and he responded to me and he was
25   like, "Indiana.  Why Indiana?" "I don't have no idea.
```

www.InDemandReporting.com                                    (773) 239-6008

Page 52

```
1   This is between you guys.  So I don't have no idea
2   why."
3        Q.   And did -- did they have the meeting?
4        A.   Nope.  They didn't have it.
5        Q.   Okay.  So did Eddie tell you he didn't want
6   to go to Indiana or -- or did he give you a reason or
7   what happened?
8        A.   No.  No reason.  He was like, "Something is
9   going on." But Eddie is, to me, he's my supervise.  He
10  was my superintendent.  So he -- to me, it's like the
11  -- the figure of my -- my -- my supervisor leave and I
12  retired.  So I respect his decision.  I never question
13  him.
14       Q.   Yeah.
15       A.   And I say, "Yes, sir.  No, sir." You know.
16       Q.   Yeah.  So did you go back and then --
17       A.   And he did it with me, too, because probably
18  he treat me like I was a, you know, you know, a kind of
19  P.O. or, you know, subordinary (sic), you know what I
20  mean?
21       Q.   So did you have to go back and call Cynthia
22  and say, "Eddie doesn't want to meet in the state of
23  Indiana"?
24       A.   No, he didn't respond.
25       Q.   Okay.
```

Page 53

1       A.   That's what I told her.  And I say -- and I

2   say, "Why not?" And she say, "I don't know." She got to

3   ask him.

4       Q.   Wait, so did you actually -- you told Eddie

5   that she wanted to meet in the state of Indiana, right?

6       A.   Yes.

7       Q.   And then was he supposed to get back to you?

8       A.   Yes.

9       Q.   Okay.  But he just didn't.

10      A.   He didn't.  Yeah, yeah.

11      Q.   Okay.  So when you told -- when you called

12  Cynthia and said, "Eddie didn't get back to me," what

13  did she say?

14      A.   She got upset.

15      Q.   Okay.

16      A.   She got very upset.

17      Q.   Like mad?  Loud?

18      A.   Very, very upset.

19      Q.   Okay.

20      A.   Very frustrated.

21      Q.   So this call with her when she got upset,

22  would that have been in March or April of 2020?

23      A.   Yes.  The -- the April.

24      Q.   Okay.  So you said, "Eddie hasn't responded

25  about meeting in the state of Indiana." And just tell

Page 54

```
 1   me her tone of voice.  Was it anger?

 2        A.    She was angry.

 3        Q.    Okay.

 4        A.    She was -- she was very frustrated.

 5        Q.    And did she say --

 6        A.    She was very upset.

 7        Q.    Did she say why she was upset or angry?

 8        A.    Yeah.  She -- I -- I ask and I say, "Okay, we

 9   got to, you know, finish this -- this -- this -- this

10   drama," I told her.  I said, "Because I don't like

11   getting involved with this." So --

12        Q.    Did you say, "finish this drama?"

13        A.    Yeah.

14        Q.    Yeah.

15        A.    The you call me, the I call you, the you want

16   me get involved with this and that.  So she got upset

17   and she stated, "You don't have no idea what all the

18   shit I'm going through right now." And I said, "I don't

19   understand.  What do you mean?" And -- and she stated,

20   "You don't have no fucking idea what I'm going

21   through." And -- and -- and she say, "I'm very fucking

22   --" sorry, I'm apologizing, but that's the way -- I'm

23   not curse at all.  I apologize.  Yeah.  "You don't have

24   no fucking idea what I'm going through with this

25   situation." And, "What situation you're talking about?"
```

Page 55

1  And she say the -- the -- the -- that she got a hard

2  time.  They tried to meet Eddie for something very

3  serious happened.  And -- and -- and -- and she start

4  talking me, "I want to talk to him and I want to sit

5  down and discuss about this -- this problem and this

6  situation." And I say, "Okay.  You don't want to tell

7  me what it's about." So I told her, and I say, "So what

8  are you -- what are you planning to do?  What do you

9  want to do?" And she stated that to me, that -- she was

10  so upset, and she used the word compensation.  She say,

11  "I should get compensated for all the shit I'm go

12  through for." Compensated.

13      Q.   Wait, so she said -- Cynthia now said she

14  wanted you to get compensated?

15      A.   No, her.

16      Q.   Okay.

17      A.   Right?  I'm talking in first person so I'm

18  telling you.

19      Q.   Okay.  So she says, "I want to get

20  compensated."

21      A.   Yeah.

22      Q.   Okay.

23      A.   "I should get compensated for all the shit

24  that I'm going through." And I stated, "Compensated?"

25  "Yeah.  I should be getting some compensation.  I

Page 56

 1    should get some six figure numbers for what I'm all

 2    going through."

 3         Q.   Okay.  Did she --

 4         A.   Didn't mentioned the money --

 5         Q.   Okay, hold on --

 6         A.   Didn't mentioned there word money, but she

 7    said six figure.

 8         Q.   So -- so -- hold on.  So she said -- so she

 9    said -- "I should be --" Cynthia now says, "I should be

10    getting six figure compensation for what I'm going

11    through."

12         A.   Yes.

13         Q.   And was she telling you who she thought

14    should pay her the six figure compensation?

15         A.   No.  No.

16         Q.   Okay.

17         A.   She didn't say that.

18         Q.   Did you -- did it seem like she was saying it

19    was Eddie Johnson that should pay her?

20         A.   No.

21         Q.   Okay.  Did she tell you what the problem was

22    that she should be compensated for?

23         A.   Not at all.

24         Q.   Okay.  Did she say that you should get

25    compensated if you help her?

www.InDemandReporting.com                    (773) 239-6008

Page 57

1      A.   No, not to me, no.  No.

2      Q.   Okay.  Okay.  And so when you -- when she

3  tells you that -- on -- during this phone call, that "I

4  should get six figure compensation for what I'm going

5  through," did you say, "For what?"

6      A.   Yes.

7      Q.   And what --

8      A.   And she didn't go too in details.  And then

9  -- and I -- I -- I -- I -- I told her, I said, "You're

10  -- you're losing your mind.  You really -- are you

11  seriously or are you -- are you joking with this?"

12      Q.   Yeah.

13      A.   And -- and she stated that, you know, "I, you

14  know, I would -- I -- I want to make sure that if you

15  help me, I will take care of you, because you're a good

16  guy.  But they're taking advantage of you.  You don't

17  have no family here.  They're always calling you an

18  immigrant.  They don't give a shit about your

19  education.  They don't give a shit about all you

20  language you speak.  So I'm planning to, you know, for

21  sure to get it promoted -- a promotion to meritorious

22  sergeant." And I say -- I say, "What?" And I --

23      Q.   She -- she said that she wants to get

24  promoted or she wants you --

25      A.   Yes.

Page 58

```
 1      Q.   Okay.

 2      A.   No, she want to get her.

 3      Q.   Okay.

 4      A.   "I will make sure that we'll get it promoted,

 5  a meritorious sergeant.  And I'm going too far to make

 6  it's a lieutenant meritorious promotion." And I say,

 7  "Cynthia, you're losing your mind.  Why are you doing

 8  this?  What are -- what -- what are you talking about?"

 9  And she went to, "You don't have no idea what the fuck

10  is going on.  And -- and believe me, it will be enough

11  -- enough money for everyone." That's exactly what she

12  say.  And she say, "I know your father is very sick.  I

13  know your father got Alzheimer and it will be enough

14  money for take care of him."

15      Q.   Okay.  So let's just break that down.  So

16  first of all, she's telling you that she should get six

17  figure compensation for what she's been through, right?

18      A.   Yes.

19      Q.   But she's not telling you what she's been

20  through.

21      A.   Yes.

22      Q.   Okay.  Then she's telling you that she should

23  also become a sergeant and a lieutenant because of what

24  she's gone through.

25      A.   Meritorious.  Yeah.
```

Page 59

1       Q.   And you're saying that's --

2       A.   She was seeking to promoted meritorious for

3   sergeant.

4       Q.   Yeah.

5       A.   As far as lieutenant.

6       Q.   Yeah.  So -- and she's saying that she should

7   be promoted those positions because of what she's been

8   through.

9       A.   Yes.

10      Q.   And you're saying, "That's crazy."

11      A.   "You lose your mind."

12      Q.   Yeah.  Okay.

13      A.   That's what I -- exactly what I say to her.

14      Q.   Okay.  And then she's saying to you that if

15  you help her, she's going to take care of you.

16      A.   Take care of my father.

17      Q.   Yeah.  Okay.

18      A.   Because my father is suffer Alzheimer.

19      Q.   But she -- but she starts off by saying if

20  you help her --

21      A.   There will be enough money --

22      Q.   Yeah.  Hold on.  Hold on.  Which we're going

23  to go through.  I know you already said this.  I got to

24  break it down.  But she starts by saying that if you

25  help her, she's going to take care of you, right?

Page 60

```
 1       A.   Yes.

 2       Q.   And then she says the things about your

 3  father and says she's going to get enough money that

 4  she can pay for your father's care.

 5       A.   Yes.

 6       Q.   Okay.  Did she tell you how much money she

 7  might want to give you?

 8       A.   No.

 9       Q.   Okay.  So in your mind, she's clearly making

10  an offer to you that if you help her in whatever this

11  endeavor is -- you don't even know what it is yet --

12  she's going to see that money goes to you for your

13  benefit, money out of her pocket, to care for your

14  father.

15       A.   Absolutely.  Yeah.

16       Q.   Okay.  Did she tell you how much she might

17  give you to care for your father?

18       A.   No.

19       Q.   Okay.  Sort of like -- not sort of like, but

20  basically a bribe to help her with something.  Right?

21       A.   Well, she -- she continued the conversation

22  and say the -- "If I make lieutenant meritorious," her,

23  I'm talking about first person, "I will take care of

24  you.  I will -- I will helping you to go promoted." And

25  I say, "I don't need it.  I mean, I don't know what are
```

Page 61

1    you talking about."

2         Q.   Okay.  So hold -- I'm going to stop you

3    there.  Okay.  So she tells you that if she gets these

4    promotions for herself, not only will she give you

5    money to care for your father, but she'll get you

6    promoted, too.

7         A.   Yes.

8         Q.   Okay.  So basically, even though you don't

9    know what she's going to -- what the purpose is, she's

10   essentially trying to bribe you with a promotion and

11   money for your father, right?

12        A.   That's right.

13        Q.   Okay.  And then what did she say next?

14        A.   So I -- I told her -- she got frustrated and

15   more angry because I told her and say, "I'm not getting

16   involved with this.  I don't want you to call me for

17   this." And then she started, "You're a stupid fucking

18   idiot.  You are like an old school guy, loyal and

19   honor, honor to the dead.  You are too loyal to him."

20   And I say, "No, that's not -- that's not about loyalty

21   and honor.  It's about the truth." I told her and I

22   say, "This is not right.  This is not right what are

23   you doing." And I -- and she said, "You're a fucking

24   idiot.  You will be in the bottom for the rest of your

25   career because you are a fucking idiot that you don't

Page 62

1   want it.  This is the change, the opportunity for make

2   changes in your life.  They're treating you like a

3   shit.  They're treating you with no respect.  They're

4   treating you like a fucking immigrant.  And again, I

5   told you, nobody give a shit about your education.

6   Nobody give a shit about you, your training, your

7   experience, your -- nothing at all.  And this is the

8   opportunity you make changes in your life." And I told

9   her and say, "I'm not going to do anything you now say

10  about, talking about, because this is not right.  You

11  understand that?  This is not right.  This is -- this

12  is all lines," I told her and I say.  "This is all

13  about lines, you know?" And -- and then she hang it up.

14      Q.   Okay.  So is it fair to say when she offered

15  you the bribe of giving you money to care for your

16  father in exchange for helping her, you were offended?

17      A.   Oh, yes.  Definitely.

18      Q.   And when she offered you a bribe --

19      A.   Broken.

20      Q.   Yeah.  When she --

21      A.   I was broken.

22      Q.   Yeah.

23      A.   Broken heart.

24      Q.   And when she offered you a bribe of a

25  promotion to a higher position within CPD, you were

Page 63

1    likewise offended?

2         A.   It is.  Yeah.

3         Q.   And you also thought she's a little bit crazy

4    thinking that she can give out promotions to people.

5         A.   Well, she stated -- I don't remember if it

6    was that conversation or later.  I got one more

7    conversation.  She stated the -- the -- the -- I told

8    her and I said, "Where do you get this idea that you

9    will get promoted meritorious?" And she stated, word by

10   word, she stated, she say, "The city always do that.

11   The city always settle and make promoted people for do

12   the cover.  All the -- the shit's going on.  So sooner

13   or later I will settle this with the promotion

14   meritorious because the city always do that.  It

15   happened before in the past, and it will happen today,

16   and it will happen tomorrow." That -- that -- that's

17   exactly what she said.

18        Q.   Okay.  So either that -- during the

19   conversation we're just talking about, or a subsequent

20   telephone conference, she tells you that she'll settle

21   whatever claim she has, and they're going to promote

22   her to these positions, and therefore she'll be able to

23   promote you.

24        A.   That's exactly what she said.

25        Q.   Okay.  So during the first call, she said all

Page 64

1　those mean and angry things to you.  Did you end up

2　hanging up?  How'd the call end when she said all that

3　--

4　　　　A.　She hanging up when she called me the -- the

5　-- I was an old school honor and loyalty fucking idiot.

6　Even, you know, there was too loyalty to "him".

7　　　　Q.　Yeah.

8　　　　A.　She didn't mention the name.

9　　　　Q.　Yeah.

10　　　　A.　To "him".

11　　　　Q.　Yeah.

12　　　　A.　I assume that was Eddie.

13　　　　Q.　Yeah.  So when --

14　　　　A.　"You're too loyalty to him that you have this

15　honor, this co-honor and loyalty." Exactly that word.

16　"You have this old school co-honor or loyalty.  You are

17　too honored to him, too loyalty to him.

18　　　　Q.　Okay.  So even though you didn't know what

19　she was going to ask you to do, from what she was

20　saying, it was clear to you that she was meaning you

21　needed to do something against Eddie Johnson?

22　　　　A.　Yes.

23　　　　Q.　Okay.  And you obviously turned her down?

24　　　　A.　Definitely, yeah.

25　　　　Q.　Yeah.  Then did she try again?  Did she call

Page 65

1    you and try again?

2         A.   Yeah, she did.

3         Q.   Okay.  And when did she try to bribe you on

4    the second occasion?  How many days went by?

5         A.   February, March.  Maybe around April.

6         Q.   Okay.  So we're in April --

7         A.   April, yeah.

8         Q.   -- of 2020.

9         A.   April, yeah.

10        Q.   And then you've already turned down her

11   bribe, how much -- how many days or weeks had gone by

12   since you had turned down her bribe?

13        A.   Okay.  This is -- and I don't know if it's

14   important or not, but in April she -- she called me

15   four or five times from different phone numbers.

16        Q.   Okay.

17        A.   Okay.  How I found that, because I normally

18   -- I never answer the phones that I don't recognize.  I

19   let people leave a message or send me a text.  So I

20   didn't recognize this phone number.  So finally, one

21   day I answered one these calls.  And I say, "Cynthia,

22   why do you call me with all these different phone

23   numbers?" I challenged.  "Oh, you don't have no idea.

24   They -- they're -- they're watching me, they're

25   checking me, they're follow me." And I say, "Who's

Page 66

1    watching you?  Who's checking you?  Who's following

2    you?" I told her, I say --

3         Q.   What -- what -- when you asked her that

4    question, what'd she say?  Did she -- did she say who

5    it was that was allegedly following her or watching?

6         A.   No.  No.

7         Q.   Okay, no.

8         A.   She never stated.  I told her, I said, I was

9    disappointed and upset that you call me five, four --

10   four or five different phone numbers.  And I don't

11   recognize the number and you know the way I am.  And

12   then she stated that "They're following me, they're

13   checking me." And -- and then I told her and I said,

14   "so what happened with your phone?  The original

15   phone?" And she said, "I destroy it."

16        Q.   Okay.  So --

17        A.   She used that word, "I destroy it".

18        Q.   Okay, so hold on.  I'm going to break that

19   down.  So you know, you told us in detail about her

20   attempt to bribe you with money for your father and

21   this promotion she was going to get you.  The -- the --

22   the various calls, where she's using the different

23   numbers, did they all occur before the call where she

24   made the bribe offer?  Like what -- what -- these --

25   these calls she's making to you know, from the four or

Page 67

1    five different numbers, were they before she offered

2    you the bribe or after?

3         A.   After.

4         Q.   Okay.  All right, so --

5         A.   Because she changed the phone number.

6         Q.   Okay --

7         A.   Yeah.

8         Q.   -- so let's look at this timing.  So -- so

9    you have the call where she makes the bribery attempt

10   on you turn down, she says all the mean things to you,

11   and then after that is when she starts calling you from

12   different phone numbers?

13        A.   Yes.

14        Q.   Okay.  What number was she calling -- what

15   number did you have that she was calling?

16        A.   No -- no recall.

17        Q.   Do you have the same cellphone as you did

18   back then?

19        A.   Yes -- yes.  Always.

20        Q.   Same number?

21        A.   Yes.

22        Q.   Can -- can I ask you what -- we can put this

23   in protected status on the deposition.  What's that

24   number?

25        A.   My --

Page 68

1      Q.   Yeah.

2      A.   REDACTED REDACTED REDACTED

3      Q.   Is that a personal cellphone or --

4      A.   Yes.

5      Q.   -- is that a -- that's not a CPD?

6      A.   No.

7      Q.   Okay.  And so when she'd make calls to you

8   to, text you or phone call you, is it fair to say she

9   would always call that number?

10     A.   To my numbers, yes.

11     Q.   Who's your -- who's your carrier?  Sprint or

12  who -- who is your --

13     A.   Oh, I have a Chinese, British corporation.

14  It's -- it's -- so it's a --

15     Q.   Is it -- is your -- is your phone number

16  under your name or a company's name?

17     A.   My name.  My name.  Yeah.

18     Q.   Okay.  And, we can put this under protective

19  status, for -- for -- if we tried to get a subpoena to

20  get those phone calls to show how many times she called

21  you, is that -- is it under your name?  Like, does it

22  say "Claudio Salgado" and your address?

23     A.   Yes.  On the phone, yeah.  I believe so,

24  yeah.

25     Q.   Okay.  And what address is listed with that

Page 69

1    account?

2        A.   The -- the only thing is, my -- the account

3    is in China or British account, because I ordered when

4    I was in Europe.

5        Q.   Okay.  Meaning -- but when you get a bill for

6    that account, is it -- is it electronic, with the log

7    in, you see all the call --

8        A.   Yes.  Yeah.  With the name, my name, yeah.

9        Q.   Okay.  Can you get those old phone bills, do

10   you think?

11       A.   Well, that's when the thing like me travel

12   around the world, that will be taking a long time to

13   get all that maybe.

14       Q.   Okay.  Okay.  But you have --

15       A.   I not a common, regular guy with AT&T and --

16       Q.   That's okay.  Okay, well, let's just break

17   this down.  So you have the call where she tries to

18   bribe you say no, she says all the horrible things

19   against you, and then she starts calling you from four

20   or five different numbers?

21       A.   Yes.

22       Q.   And then you ultimately have the conversation

23   with her where you answer and it's her.  And you ask

24   her why she's been calling you from these different

25   numbers.

Page 70

1        A.    Yeah, because she stated, "they follow me,

2    they're checking me, they're looking for me" and I say,

3    "who is looking for you?"

4        Q.    And what'd she say?

5        A.    And she say, "No, I don't want to tell you."

6        Q.    Okay.  Now, during this call, does she again,

7    try to bribe you?

8        A.    No.  At the time -- the only thing which she

9    said at the time -- no, at that time, no.  The -- the

10   -- I asking about her phone number, her phone, the

11   original phone.  She said, "I destroyed the phone".

12   Destroyed.  And used the word, "destroyed".

13       Q.    Okay, hold on.  So she's calling you from

14   these different numbers.  You eventually answer, she

15   tells you that people are "watching me, following me,"

16   right?  And then you say, "what happened to your old

17   phone?"

18       A.    Yes.

19       Q.    And what'd she say?

20       A.    "I destroyed it."

21       Q.    Okay.  Did she tell you why she destroyed it?

22       A.    Nope.  She said -- I asked it and say, "Who

23   -- why you did it?  Who tell you to do it?" "Nobody.  I

24   destroyed it."

25       Q.    Okay.

Page 71

```
 1       A.    It's a quote, that's what she says, "It's a
 2   lot of shit in that phone."
 3       Q.    That's what she said?
 4       A.    That's what she say.
 5       Q.    Okay.  So she said she destroyed her phone,
 6   herself, intentionally, right?
 7       A.    That's what she said.
 8       Q.    And she said, "There's a lot of shit on that
 9   phone"?
10       A.    Yes.
11       Q.    Meaning that she doesn't want anyone to see
12   it?
13       A.    I guess.  Yeah.
14       Q.    Okay.  And this call, this would've been, you
15   think April of 2020?
16       A.    Yes, I remember, yeah.
17       Q.    Okay.  And then what was the purpose of the
18   call?  What she's -- is she asking you to do something?
19   She, again, trying to bribe you?
20       A.    If I had changed my mind.  This was the
21   words.
22       Q.    She asked you if you changed your mind.
23       A.    Yeah.
24       Q.    Okay.
25       A.    If I gave a -- if I give a second thought.
```

Page 72

1        Q.    Okay, so she's calling you again.  She had

2    called you on numerous phones, and you would finally

3    answer?

4        A.    Yeah.

5        Q.    Okay.  And then she asked you, had you

6    changed your mind about the bribery she had suggested

7    before?

8        A.    Yes.

9        Q.    Okay.  And you -- what'd you say?

10       A.    No, I say, "I'm not change my mind.  You're

11   lying." And I told her, I say, "You're not telling the

12   truth."

13       Q.    Okay.  Did -- by that point in time, did you

14   -- by the time you had this call where she had called

15   you from these different numbers, and then you finally

16   answer and you discussed how she had destroyed her own

17   phone and all that, by that time, was it already public

18   knowledge that she was claiming that Eddie Johnson had

19   done something to her?

20       A.    No, I think it came out in October or

21   November that year.

22       Q.    Okay.  So you still didn't know.

23       A.    The allegation of mixed -- no.

24       Q.    Even though she's trying to bribe you don't

25   know what she wants you to say?

Page 73

```
1       A.    Yes.

2       Q.    Okay.  But you want no part of this?

3       A.    Not at all.

4       Q.    Yeah.  And you're still offended by her?

5       A.    Of course.  Yeah.

6       Q.    Okay.  And when you say "No, I haven't

7  changed my mind," what did she say?

8       A.    Same thing that "You are fucking idiot.

9  Stupid."

10      Q.    Okay.  She again calls you a fucking idiot.

11      A.    Yeah.  Yeah.

12      Q.    And saying you're stupid for not going into

13 whatever scheme it was, not doing her scheme.

14      A.    Cynthia like to curse a lot when she's upset.

15      Q.    Okay.

16      A.    It's the truth.

17      Q.    But she's yelling at you again.

18      A.    So she's yelling me and treat me like yeah...

19      Q.    Okay.  And she wouldn't tell you what the

20 scheme entailed?

21      A.    No.

22      Q.    Okay.  Was that the last conversation or were

23 there more?

24      A.    No, she called me again another different

25 phone number.
```

Page 74

```
 1        Q.   Okay.  And when was that?
 2        A.   Well, she -- she -- she warned me, she say,
 3   "Listen -- " she say, "Listen, idiot." Because she just
 4   got to call me idiot.
 5        Q.   Okay.  So she calls you again and says -- are
 6   we now into May or is it later?
 7        A.   Yeah, she -- she say, "Listen, idiot."
 8        Q.   No, hold on.  I just want to figure out what
 9   month this call --
10        A.   I would say in-between April and May.  May,
11   May.  It was close to my birthday.  May 7th.
12        Q.   Okay.
13        A.   Now I remember, yeah.
14        Q.   Was it on your birthday?
15        A.   No, no, no.  It was close to my birthday.
16        Q.   And so she calls your cellphone again?
17        A.   Yes.
18        Q.   And you -- did you know what -- did you know
19   it was her calling?
20        A.   No.  But she -- she -- she wanted me before,
21   that, "Listen -- " now I'm idiot, she call me call
22   idiot.  "I will call you with different phones.  So
23   answer the fucking phone because it's me."
24        Q.   Okay.
25        A.   So I assume that was her at the time.
```

www.InDemandReporting.com                    (773) 239-6008

Page 75

1      Q.   Okay.  So you -- so it's around sometime

2   before your birthday in early May of 2020?

3      A.   Yes.

4      Q.   You pick up.

5      A.   Yes.

6      Q.   What'd she say?

7      A.   She asking me if I can find a place for rent

8   at Chinatown.

9      Q.   Okay.  So she asks you if you can find

10  somewhere she can rent in Chinatown.

11     A.   Yes.

12     Q.   Does she say why?

13     A.   Well, I live in Chinatown.  I live at 2414

14  South Princeton in Chinatown.  So I know the

15  neighborhoods, I know the area.  So she say that she

16  would like to find a place in Chinatown because Chinese

17  people they're very private.  They don't get involved

18  with anything.  So she want to find a place that she

19  can have privacy.  That nobody follow her or looking

20  for her or asking for her.  And -- and I say, "I'm not

21  sure if he -- I can found a place for you here, for the

22  cost of the money." Rent in Chinatown is very high.

23     Q.   Does she say what all happened with her

24  husband or her children, or anything like that?

25     A.   Yes.

Page 76

```
 1        Q.    What she say?

 2        A.    She -- she was told me that she got some

 3    issues with her husband.

 4        Q.    Did she say what the issue with the husband

 5    was?

 6        A.    Divorce.  Divorce issues.

 7        Q.    She said that -- did she say that she had

 8    filed or she -- they were going to --

 9        A.    No divorce issues only

10        Q.    She said, "We have divorce issues."

11        A.    Yes.

12        Q.    Okay.  Did she explain any further?

13        A.    No.

14        Q.    Okay.  What about her children?

15        A.    No.  Didn't say.

16        Q.    Okay.  And so did you say you'd look into

17    whether you could get her a rental?

18        A.    Yeah.  I told her, I say "That would be hard

19    to find for -- for you here in Chinatown."

20        Q.    And why'd you say that?

21        A.    Because Chinese people, normally, they like

22    to stick together.  Chinese people, there -- normally

23    look for another Chinese people rented.  Why I live in

24    there, when I arrived there in 2007, I bought the

25    property.  Chinatown used to be all Italians before.
```

1  You know?  All there of Chinatown, Bridgeport, there's

2  still some Italians there.  So I landed that time

3  because there were some Italians, and it was -- that's

4  what I -- but now all my neighbors, they're all

5  Chinese.  They're all -- so I told her, I say, "Today's

6  day, it's very hard to find one -- it's -- it's very

7  high cost to rent in Chinatown.  Number two, you're not

8  Chinese.  There would be like an issue.  How you can

9  find somebody not live Chinese.

10      Q.   And so did she say -- did -- did -- was the

11  subject then dead?  Did you say it doesn't make sense,

12  or how -- how -- how --

13      A.   Yeah, that was -- that was dead.  That was

14  it.

15      Q.   Okay.  And did the conversation end?

16      A.   Yep.

17      Q.   Any discussion -- any further discussion

18  about what she had said before, the bribery attempts,

19  anything like that?

20      A.   No.

21      Q.   Okay.  Was that the last communication you

22  had with her, or was there more?

23      A.   Yes.

24      Q.   No -- no more?

25      A.   No.  Until I hear the news, she appeared in

1    the news for the allegation of sexual assault, and that

2    was it.

3         Q.   Okay.

4         A.   I never talked to her again.

5         Q.   Okay.  And then when you heard her public

6    allegations about alleged sexual assault, you were able

7    to kind of put two and two together.

8         A.   Yes.

9         Q.   And understand that the bribery she was

10   offered was you to say things about Eddie Johnson.

11        A.   Sadly?  Yeah.  Sadly and disappointment and

12   broken.

13        Q.   Yeah.  Okay.

14             THE RECORDER:  I'm sorry, repeat that.

15             THE WITNESS:  It was sad, it was very

16   disappointment, and it was very, very broken heart.

17   BY MR. LEONARD:

18        Q.   Okay.  And did she -- do you know -- did she

19   try to make any further contacts with you?

20        A.   Not At all.  That was it.

21        Q.   Okay.  Okay.  I don't any further questions

22   for you at this point.  Other attorneys might have some

23   follow ups.

24             MR. MCLAUGHLIN:  All right, I want to take a

25   quick five minute break, and then I'll ask my

Page 79

```
 1   questions.
 2            THE RECORDER:  Off the record at 11:16 a.m.
 3                    (Off the record)
 4            THE RECORDER:  Back on the record, 11:25 a.m.
 5                    CROSS EXAMINATION
 6   BY MR. MCLAUGHLIN:
 7        Q.   Sir.  Are you related to a Carina Salgado?
 8        A.   No.
 9        Q.   What about a David Salgado?
10        A.   No, sir.  I no have no family here, sir.
11        Q.   Okay.  You have no relatives that are --
12        A.   In United State of America, no.
13        Q.   No relatives that are on the CPD then?
14        A.   No, sir.
15        Q.   Have you ever read the rules and regulations
16   of the Chicago Police Department?
17        A.   Yes, sir.
18        Q.   And you're familiar with those rules and
19   regulations?
20        A.   Yes.  I'm familiar with those.
21        Q.   Have you ever violated any of those rules and
22   regulations?
23        A.   Yes.
24        Q.   Which ones?
25        A.   Lack of procedures.
```

Page 80

1        Q.    What can you tell me about that?

2        A.    I was -- I was a DUI traffic guy for almost

3    two years, and my English grammar is not too very good,

4    so it took him a little bit more -- I -- I did it like

5    -- when I was a DUI traffic guy, I was like doing three

6    or four DUIs a week.  So it took me a long time to

7    finish my DUI arrest report.  And so the person who was

8    in custody, it took too long that they're in custody.

9        Q.    Any other times that you remember violating

10    the rules and regulations of the CPD?

11        A.    No I don't.

12        Q.    What happens if a police officer violates a

13    rule or regulation of the CPD?

14            MR. LEONARD:  Objection.  Hypothetical.

15    Calls for speculation, lacks foundation.

16    BY MR. MCLAUGHLIN:

17        Q.    You can answer.

18        A.    Can I answer?

19        Q.    Yeah.

20        A.    All right.  Sorry, what was the question?

21        Q.    Yeah.  What happens if a police officer

22    violates a rule or regulation of the CPD?

23        A.    Well, depending.  He can get it -- he can be

24    suspended, can you be CPAR'd, can you be fired, or he

25    can be also to counseling.  Counseling letter is the

Page 81

1    basic start.  And then go to upgrade.

2         Q.   Do you agree that if you are found to have

3    violated a rule or regulation of the CPD, that you

4    should be suspended or fired?

5              MR. LEONARD:  Objection.

6              MS. WOYTOWICZT:  Objection.

7              MR. LEONARD:  Lacks foundation, calls for

8    speculation.  Hypothetical that covers, who knows?  Any

9    -- any number of unknown situations.

10   BY MR. MCLAUGHLIN:

11        Q.   You can answer.

12        A.   I'm sorry.  What was the question?

13        Q.   Yeah.  Do you believe that if you yourself

14   violated a rule or regulation of the CPD, that you

15   should be suspended or fired?

16        A.   Yes, sir.

17        Q.   All right.  You described Eddie Johnson as

18   quote, "A very good man, and a -- " quote, "Good guy,"

19   correct?

20        A.   Yes, sir.

21        Q.   Are you aware of what Eddie Johnson does in

22   his free time when he is not on duty?

23        A.   No.

24        Q.   Are you aware of whether or not he's ever

25   laid hands on a woman?

Page 82

```
 1      A.   No.

 2      Q.   Would that surprise you if he did?

 3      A.   Yes.

 4      Q.   Were you aware that he choked his ex-wife on

 5   at least one occasion?

 6           MR. LEONARD:  Objection.  Lacks foundation

 7   calls for speculation.  Mischaracterization.

 8           THE WITNESS:  Yes.  I would be surprised.

 9   BY MR. MCLAUGHLIN:

10      Q.   So in this case, the fact that Eddie

11   Johnson's ex-wife testified under oath, that at least

12   on one occasion, Eddie put both of his hands around her

13   neck, choked her and threw her down to the ground, that

14   would surprise you?

15      A.   Yes, sir.

16           MR. LEONARD:  Objection, lacks foundation,

17   calls for speculation.

18   BY MR. MCLAUGHLIN:

19      Q.   You didn't know about that until just now?

20      A.   Yes, sir.  To -- to the news.

21      Q.   It's news to you right now that I'm telling

22   you that, correct?

23      A.   That correct.  Yes.

24      Q.   Does that change your opinion about Eddie

25   Johnson?
```

Page 83

1            MR. LEONARD:  Objection.  Lacks foundation.

2    Hypothetical.  No basis to answer.

3    BY MR. MCLAUGHLIN:

4        Q.   Go ahead.

5        A.   No, it's not change at all.

6        Q.   Okay.  So you still think he's a, quote,

7    "Very good man, and a good guy," even though on at

8    least one occasion, he choked his ex-wife and threw her

9    to the ground?

10            MR. LEONARD:  Objection.  Lacks foundation

11    calls for speculation.  Object to the hypothetical.

12    Witness has no basis to answer.

13        Q.   Go ahead.

14        A.   It's lack foundation.  Is no evidence or

15    proof.

16        Q.   Oh yeah.  I'm telling you that she testified

17    to that, under oath.

18        A.   I still believe that he's a good guy.

19        Q.   How many times in your opinion, can a man

20    choke out a woman and still be a good guy?

21            MR. LEONARD:  Objection.  Lack foundations,

22    calls for speculation.  Object to hypothetical.

23            THE WITNESS:  How many -- it's -- it's --

24    wrong.  What you statement is wrong.

25    BY MR. MCLAUGHLIN:

Page 84

1       Q.    So is your testimony that you can still be a

2  good guy and a very good man if you choke out women?

3       A.    Yes.

4       Q.    And were you aware that Eddie's current wife,

5  Nakia Fenner reported to the CPD that Eddie battered

6  her at least three times?

7       A.    Yes.

8       Q.    You are aware of that?  Go ahead.

9       A.    Yes.

10      Q.    What do you know about those three batteries?

11      A.    It's in the news.

12      Q.    All you know about it is that it was reported

13  in the news?

14      A.    Yes, sir.

15      Q.    So given that Eddie's ex-wife testified under

16  oath that he choked her, that Eddie's current wife told

17  the CPD that he's battered her at least three times,

18  still, it's your testimony that Eddie is a good guy and

19  a very good man?

20      A.    Yes, sir.

21      Q.    And you said that basically all you are, is a

22  yes man to Eddie Johnson, right?

23      A.    Yes.

24           MS. WOYTOWICZ:  Objection.  Misstates

25  testimony.

Page 85

1    BY MR. MCLAUGHLIN:

2        Q.   Go ahead.  Go ahead.

3        A.   Yes, sir.

4        Q.   And that's basically what you would say to

5    Eddie, is "Yes, sir.  No, sir." Correct?

6        A.   Yes, sir.

7        Q.   In this case, when Eddie Johnson asked you to

8    testify on his behalf, was that your response?  Yes,

9    sir?

10           MS. WOYTOWICZ:  Objection, lacks foundation.

11   This states --

12           MR. LEONARD:  Objection to foundation for

13   Eddie Johnson asked him to testify.

14   BY MR. MCLAUGHLIN:

15       Q.   Go ahead.

16           THE RECORDER:  I'm sorry.  What was that

17   objection?

18           MS. WOYTOWICZ:  Foundation lacks, misstates

19   testimony.

20           THE WITNESS:  Well, I was subpoena, and this

21   is the right thing to do.

22   BY MR. MCLAUGHLIN:

23       Q.   Yeah.  So how many times did you talk to

24   Eddie Johnson about giving testimony in this lawsuit?

25       A.   Only one.

Page 86

1       Q.   And what did you tell him?

2       A.   That I have been subpoenaed for do my -- my

3    statement.

4       Q.   And what did you tell him you were going to

5    testify about?

6       A.   Not at all.

7       Q.   So there's been answers to interrogatories

8    filed in this case with a lot of detail about what you

9    were going to testify about.  Who did you talk to

10   before this deposition, besides the lawyers from City

11   of Chicago, to tell them what you were going to testify

12   about?

13      A.   No one.

14      Q.   Well, there's a interrogatory answers here

15   from Eddie Johnson with all that detail.  How did Eddie

16   Johnson's lawyer get all that detail to put it into a

17   document?

18           MR. LEONARD:  Objection.  Calls for

19   speculation, lacks foundation.

20   BY MR. MCLAUGHLIN:

21      Q.   You can answer.

22      A.   Because I have a meeting with the lawyers.

23      Q.   No.  We're not talking -- these two lawyers

24   are with the city of Chicago.  This is Eddie Johnson's

25   lawyer.

Page 87

1       A.    With his lawyer too, I'm sorry.

2       Q.    Eddie Johnson's lawyer produced this document

3  --

4       A.    Yes.

5             MR. MCLAUGHLIN:  well before your deposition,

6  with a lot of detail about what you were going to

7  testify about.  How did Eddie's lawyer get that

8  information?

9             MR. LEONARD:  Objection.

10            MS. WOYTOWICZ:  Objection.

11            MR. LEONARD:  Lacks foundation, calls for

12 speculation.

13            MS. WOYTOWICZ: Join.

14            THE WITNESS:  I have a meeting with the

15 lawyers.

16 BY MR. MCLAUGHLIN:

17      Q.    With what lawyer?

18      A.    I had called for -- I -- I had called for the

19 lawyers for testify.

20      Q.    Okay.

21      A.    For make my statement.

22      Q.    You had a call with Eddie Johnson's lawyers?

23      A.    Yes, sir.

24      Q.    Was it Mr. Leonard?

25      A.    No, it was -- I forgot his name.  I forgot

1    his name.  It was -- he's born in, I think it was --

2         Q.    Was his name Frank?

3         A.    I don't recollect his name.

4         Q.    Okay.  How many times did you have a

5    conversation with Eddie Johnson's lawyers, any lawyers,

6    for Eddie Johnson, before today?

7         A.    One time.

8         Q.    And what did you tell that lawyer during that

9    conversation?

10        A.    Same statement that I make today.

11        Q.    Which is what?

12        A.    All the details that the incident happen.

13        Q.    I -- I want to hear from you.  What did you

14   tell Eddie Johnson's lawyer or any lawyers for Eddie

15   Johnson, before today about your testimony?

16        A.    The 2019, I was driving my documents from my

17   tuition reimburse programing.  And my student

18   forgiveness loan at the headquarters, January, 2019.

19   When I met Cynthia Donald, who was working at the

20   headquarters.  And we exchanged phone numbers, we talk

21   about the job she's doing.  I talk about the job that

22   I'm doing.  At the time I was working at Saturation

23   Team area central one.  And Cynthia Donald stated that

24   she was a detail at -- at a bodyguard, superintendent's

25   details.  I told her, I said, "Great, that's

Page 89

1    congratulations." I stated that Eddie Johnson is a good

2    guy, is a great mentor, he's a good supervise that she

3    can learning, have a much experience she can.  And she

4    stated that Eddie Johnson have highly good words about

5    me.  That I'm very smart guy, very educated, very

6    polite, very gentleman.  And I told her that I know him

7    when -- when I started this shop, because he was -- he

8    was my commander at sixth district.  And then that was

9    that -- the last conversation.

10       Q.   That's all you remember telling any of Eddie

11   Johnson's lawyers before today about your testimony?

12       A.   And then -- no, and then we went to --

13   regarding about the -- we have a conversation.  The --

14   I have a dinner with my friends in the north side.

15   They come in a Korean restaurant, San Soo Gab San.  We

16   was approximately three -- three other friends.  And

17   Cynthia Donald called me and she asking me what I'm

18   doing.  And I stated that I have a dinner with friends

19   in a Korean restaurant.  So I invite to her to coming

20   up to enjoy.  And she stated that if she can bring a

21   guest.  A surprise guest.  And I say, "Yeah, you're

22   welcome to bring anyone for the dinner." And so Cynthia

23   Donald and former superintendent Johnson arrived to the

24   restaurant, and we have a dinner in the Korean

25   restaurant.

Page 90

1      Q.    You testified today about a meeting that

2   Cynthia Donald told you, she wanted to arrange in the

3   state of Indiana.  Do you remember that?

4      A.    Yes, sir.

5      Q.    Did she say she wanted anybody else to attend

6   that meeting besides Eddie Johnson?

7      A.    Only me and her and Eddie Johnson.

8      Q.    And you've already said that she never told

9   you anything specific about anything she wanted to do

10  on her behalf, related to Eddie Johnson, correct?

11     A.    Correct.

12     Q.    So you'd have to speculate about anything she

13  ever wanted you to do on behalf of Eddie Johnson,

14  correct?

15          MR. LEONARD:  Objection, lacks foundation.

16  Contrary to his prior testimony.

17  BY MR. MCLAUGHLIN:

18     Q.    Go ahead.

19     A.    Correct.

20     Q.    You said also that during the times you saw

21  Eddie Johnson with Cynthia Donald, there was no

22  physical contact, no touching, no kissing, correct?

23     A.    Correct.

24     Q.    When you saw Cynthia Donald with Eddie

25  Johnson, she, quote, "Acted like his bodyguard."

Page 91

1    Correct?

2         A.    That's correct.

3         Q.    And she acted professionally, correct?

4         A.    Correct.

5         Q.    You said in February, 2020, you called Eddie

6    to congratulate him on retiring, correct?

7         A.    2020?

8         Q.    February, 2020?

9         A.    Yes sir.

10        Q.    Do you know why he retired?

11        A.    He got -- I believe so.  He put the documents

12   for his retire, from the papers, for retire.

13        Q.    Do -- do you -- is your understanding he just

14   voluntarily retired --

15        A.    Yes.

16        Q.    Because he was done working for CPD?

17        A.    Yes.

18        Q.    It had nothing to do with him being found

19   asleep behind the wheel, passed out?

20             MR. LEONARD:  Objection.  Lacks foundation

21   calls for speculation.

22             THE WITNESS:  I never asking, and he never

23   stated.

24   BY MR. MCLAUGHLIN:

25        Q.    Well, what do you think?

Page 92

```
1              MR. LEONARD:  Objection.  Lacks foundation

2    calls for speculation.  Witness has already said he has

3    no knowledge.

4              THE WITNESS:  That he retired.  That's it.

5    He got all the time for retired.

6    BY MR. MCLAUGHLIN:

7         Q.  So -- so you think it was a coincidence that

8    he was found passed out behind the wheel, it was all

9    over the news, and then he just suddenly retired

10   because he wanted to?

11             MR. LEONARD:  Objection.  Asked and answered,

12   lacks foundation, calls for speculation.

13   BY MR. MCLAUGHLIN:

14        Q.  Go ahead.

15        A.  I thought that he want to retire.  He was

16   over 20 years on the job, it's time for retire.

17        Q.  Right.  So you never put two and two together

18   and thought, "Oh geez, maybe he's actually --

19        A.  No.

20        Q.  -- being forced out"?

21        A.  Not at all.

22        Q.  Again, that's because you're a yes man for

23   Eddie Johnson, right?

24             MS. WOYTOWICZ:  Objection, foundation.

25             MR. LEONARD:  Objection to the
```

Page 93

1    characterization.

2    BY MR. MCLAUGHLIN:

3         Q.   Go ahead.

4              MR. LEONARD:  And the offensive, harassing

5    nature of the question.

6    BY MR. MCLAUGHLIN:

7         Q.   Go ahead.

8         A.   Yes sir.

9         Q.   In Eddie's -- in your eyes, Eddie can do no

10   wrong.  Right?

11        A.   That's vague question.  No one can do

12   anything wrong --

13        Q.   I'm asking you about --

14        A.   Nobody -- nobody is perfect.

15        Q.   I'm asking you about Eddie Johnson.  In your

16   eyes, Eddie Johnson can do no wrong.  Correct?

17        A.   He can do wrong.  He's a human being.

18        Q.   What has he done wrong, in your opinion?

19        A.   I don't know.  But he -- he's a human being.

20   He's not a perfect man.

21        Q.   You can't think of anything he's done wrong

22   that you can tell us about?

23        A.   Not that I have knowledge at all.

24        Q.   Nothing you've seen on the news or heard

25   about through CPD?  Nothing you can think of?

```
 1              MR. LEONARD:  Objection.  Lacks foundation,
 2   calls for speculation, calls for hearsay reliance.
 3   BY MR. MCLAUGHLIN:
 4        Q.   Go ahead.
 5        A.   Nothing in the job that I have knowledge at
 6   all.
 7        Q.   So as you sit here and say you don't have one
 8   single incident you can tell us about, where Eddie
 9   Johnson did anything wrong?
10        A.   No.  In my career, no.
11        Q.   Okay.  Now you said that Cynthia Donald was
12   talking about, quote, "Six figures," to you, right?
13        A.   Yes, sir.
14        Q.   She wasn't talking about seven figures?
15        A.   No.  Six figures.
16        Q.   Figures.  She wasn't talking about $5
17   million?
18        A.   No.
19        Q.   She wasn't talking about $10 million?
20        A.   No.
21        Q.   She wasn't talking about $15 million?
22        A.   No.
23        Q.   It was six figures.
24        A.   Yes, sir.
25        Q.   That's what you remember?
```

Page 95

1       A.    Yes, sir.

2       Q.    You also said that at one point in time, she

3   told you she destroyed a cellphone, right?

4       A.    Yes, sir.

5       Q.    Can you describe for us what that cellphone

6   looks like?

7       A.    Her personal cellphone?

8       Q.    I'm talking about the phone that you said she

9   told you she destroyed.  Can you describe what that

10  phone looked like?

11      A.    Not at all.  I don't recall, a long time.

12  No.

13      Q.    Do you know for sure what phone number was

14  attached with that particular cellphone that she told

15  you she destroyed?

16      A.    No.

17      Q.    You'd have to guess about that, right?

18      A.    Yes.

19      Q.    You said you have a British and Chinese

20  cellphone carrier, is that right?

21      A.    Yes, sir.

22      Q.    What is the name of that company?

23      A.    Bican, or they call -- let's check it out

24  here, it's --

25      Q.    Can you spell that for the record?

Page 96

```
 1       A.   Yeah.   Let me get -- I don't have my phone.

 2   It's -- can I give it later?  Because I got to get the

 3   spells and all the stats if you don't mind.

 4       Q.   Did you say Viking?

 5       A.   No, it's -- I don't have my phone here, but

 6   --

 7       Q.   Okay.

 8       A.   -- if you give me a minute, I'll give you the

 9   right spell for the all stat.

10       Q.   Okay, but in any event, we can certainly get

11   it from your lawyers.  You'll give it to them?

12       A.   Yes.  I don't want to give you the wrong

13   spell because then we will be all day.

14       Q.   All right.  Now, I want to talk about what

15   you described as a bribe that was offered to you by

16   Cynthia Donald?

17       A.   Yes, sir.

18       Q.   Do you know if bribes are illegal in the

19   State of Illinois

20       A.   In the state --

21            MR. LEONARD:  Objection.  Calls for legal

22   conclusion, lacks foundation, calls for speculation.

23   BY MR. MCLAUGHLIN:

24       Q.   You can answer.

25       A.   I think yes, in the State of Illinois, a
```

Page 97

1    bribe, yeah.

2         Q.   So if whatever Cynthia Donald was offering to

3    you or bribing you with, was that -- was that illegal

4    in your -- in your opinion?

5         A.   Yes, sir.

6              MR. LEONARD:  Objection.  Calls for a legal

7    conclusion.

8    BY MR. MCLAUGHLIN:

9         Q.   Okay.  You can answer.

10        A.   Yes, sir.

11        Q.   Okay.  So since that was an illegal act that

12   Cynthia Donald performed with you, and at that time,

13   she was a CPD officer.  Correct?

14        A.   That's correct.

15        Q.   She still is a CPD officer.  Correct?

16        A.   Correct.

17        Q.   At that time, you were a CPD officer,

18   correct?

19        A.   Correct.

20        Q.   Are you still a CPD officer?

21        A.   Yes, sir.

22        Q.   Okay.  So then what you're telling us is that

23   at that time, an employed CPD officer made a bribe to

24   another CPD officer, and that was an illegal bribe.  Is

25   that your testimony?

Page 98

1          MR. LEONARD:  Objection, calls for legal

2     conclusion.  He can answer it.

3     BY MR. MCLAUGHLIN:

4          Q.  Go ahead.

5          A.  Yes, sir.

6          Q.  Okay.  So who did you report that illegal act

7     to?  And just give me a second because I'm going to

8     write down all the places you reported that illegal

9     act.  Go ahead.

10         A.  Nobody.

11         Q.  Why?

12         A.  Because it was a frank conversation.

13         Q.  It was an illegal act by -- done by a CPD

14    officer to a CPD police officer.  You didn't tell

15    anybody about it?

16         A.  I don't know if it was true or not.

17         Q.  Okay.  So you don't even know if the bribe

18    happened or not.  It was just something made up or not

19    made up or what?  Tell us what happened.

20         A.  The --

21         MR. LEONARD:  Objection to the -- to the form

22    of the question and the hostility towards the

23    BY MR. MCLAUGHLIN: WITNESS.

24         Q.  Go ahead.

25         MR. LEONARD:  I think you should take your

Page 99

1    tone down.

2    BY MR. MCLAUGHLIN:

3        Q.   Go ahead.

4        A.   I don't know if she was serious or not.

5        Q.   Okay.  So it could have been a joke?

6        A.   Yes.

7        Q.   Okay.  So certainly if it was something that

8    was serious, you would've reported that.  Correct?

9        A.   Yes, sir.

10       Q.   Okay, because if you don't report something

11   like that, then you, yourself violate the CPD rules and

12   regulations, correct?

13       A.   That's correct.

14       Q.   And as you said, you should be suspended or

15   fired if you, as a CPD officer violate those rules and

16   regulations.  Correct?

17       A.   Correct.

18       Q.   That's all the questions I have.

19                       REDIRECT EXAMINATION

20   BY MR. LEONARD:

21       Q.   Just a couple thoughts.  Sir, when he asks

22   you about whether someone should be suspended or fired

23   based upon a violation of a policy, there's hundreds of

24   policies someone can violate, right?

25       A.   That's right.

Page 100

1     Q.    You can't say whether someone should be

2  suspended, fired, or verbally counseled, written

3  warning until you know the facts of the situation.

4     A.    That's correct.

5     Q.    Right?  And you would agree with me that, of

6  course, you can't say whether someone should be --

7  which the appropriate discipline until you know the

8  facts.  Right?

9     A.    Exactly.  You're right.

10    Q.    And of course, you can't say that every time

11  someone violates a policy, they should be fired.

12  Right?

13    A.    That's correct.

14    Q.    Because that's not always the appropriate

15  discipline?

16    A.    That's correct.

17    Q.    Okay.  Let's talk a little bit about Cynthia

18  Donald's attempts to bribe you.  Okay?  There was no

19  question in your mind that she was dead serious, right?

20         MR. MCLAUGHLIN:  Objection.  Asked and

21  answered.

22  BY MR. LEONARD:

23    Q.    Correct?

24    A.    Correct.

25    Q.    She wasn't joking around?

Page 101

1        A.    Correct.

2        Q.    She wasn't laughing?

3        A.    Correct.

4        Q.    She never made any suggestion to you ever

5    that she was kidding?

6        A.    Not at all.

7        Q.    And in fact, when you turned her bribery

8    request down, she got mad at you, yelled at you, cursed

9    at you, called you an idiot and stupid, right?

10       A.    That's right.

11       Q.    Which reinforced the idea that she was dead

12   serious about trying to pay you off with money and a

13   promotion to help her in her scheme.  Right?

14       A.    Right.

15       Q.    And you're not stupid.  Are you?

16       A.    Not all.

17       Q.    And like Counsel said, you can put two and

18   two together, right?

19       A.    Yes, sir.

20       Q.    And once you heard that she was making these

21   allegations about superintendent Johnson, you

22   understood exactly what she was trying to bribe you to

23   do.

24       A.    That's right.

25             MR. MCLAUGHLIN:  Objection asked --

Page 102

1    BY MR. LEONARD:

2         Q.   She was trying to make you make --

3    BY MR. LEONARD:

4              THE RECORDER:  I'm sorry.

5              MR. MCLAUGHLIN:  Sorry.  Objection asked an

6    answer.

7         Q.   You put two and two --

8              MR. MCLAUGHLIN:  Calls for speculation.  Go

9    ahead.

10   BY MR. LEONARD:

11        Q.   You put two and two together and figured out

12   she was trying to pay you off to cooperate in this

13   allegedly six figure lawsuit against Eddie Johnson.

14   Right?

15        A.   Right.

16        Q.   And you wouldn't do it, would you?

17        A.   No, I wouldn't do it.

18        Q.   Okay.  You wouldn't take a bribe to assist

19   anybody in a lawsuit, would you, sir?

20        A.   I never would jeopardize -- never would

21   jeopardize the blessing I have to live in this country

22   working and going to school, have an American citizen

23   and have the opportunity to have my dream from my

24   family and people that I love.  Never, never would do

25   that.

Page 103

1      Q.   And when you turned Cynthia Donald's bribery

2   offer down, the person that she yelled at you about

3   being too loyal to was Eddie Johnson, right?

4      A.   That's right.

5      Q.   Not to anybody else in the world?

6      A.   That's right.

7      Q.   Right, and she tried to -- tried to make the

8   bribery request to you twice.  She actually had you

9   follow up call to you to see if you had changed your

10  mind about accepting her bribe to cooperate in her

11  scheme.  Right?

12     A.   That's right.

13     Q.   And you turned her down again?

14     A.   That's right.

15     Q.   Okay.  Now, Counsel asked you about turning

16  her in for her bribery.  If you could do things over

17  again, is it fair to say you would've reported her?

18     A.   Yes, if I have all these facts I have right

19  now.

20     Q.   Yeah.

21     A.   And I'm here for that reason, too.

22     Q.   Understood.  And if you -- if you thought

23  about it some more, you would've reported her?

24     A.   Yes.

25     Q.   Okay.  And the second time she tried to bribe

1   you to see if you had changed your mind, you also

2   believed that based upon her tone and what she said to

3   you that she was again, deadly serious?

4        A.   Very serious.

5        Q.   She wasn't joking around.

6        A.   Not at all.

7        Q.   She wasn't kidding.  Right?

8        A.   Right.

9        Q.   And once you turned her down the second time,

10  she got angry at you again, right?

11       A.   That's right.

12       Q.   And the person that she said you were too

13  loyal to in protecting was Eddie Johnson, right?

14       A.   That's right.

15       Q.   Nobody else in the world?

16       A.   Not at all.

17       Q.   Okay.  Do you understand what Counsel means

18  by being a yes man to Eddie Johnson?  I didn't, but did

19  you understand what he was talking about being a yes

20  man to Eddie Johnson?

21       A.   Well, I assume the -- what I translated is

22  like I'm a kind of man of follow orders or maybe

23  loyalty owner.  I think that's what I interpreted.

24  They just -- sir, no, sir.

25       Q.   Okay.  So you don't -- you -- when he says

1  yes man, you don't just do everything anyone tells you.

2  Do you, sir?

3       A.   Not at all.

4       Q.   You're guided by a code of your own ethics.

5       A.   Exactly.

6       Q.   You're guided by a code of -- code of your

7  own morality?

8       A.   Exactly.

9       Q.   You don't do things that you think are wrong,

10  right?

11       A.   That's right, yeah.

12       Q.   And if someone tells you to do something,

13  you're not what this guy calls a yes man.  You have a

14  lot of backbone, morals and ethics and you say no to

15  things that are wrong.  Right?

16       A.   Exactly.

17       Q.   And one of the things you said was wrong was

18  Cynthia Donald's attempt to bribe you to cooperate in a

19  scheme against Eddie Johnson?

20       A.   That's right.

21       Q.   Okay.  And if you could do it over again, you

22  now understand you probably had a reporting obligation

23  to report her illegal conduct to CPD or maybe the Feds

24  or somebody else?

25       A.   Yes.

Page 106

1        Q.    Okay.  And if you could do it over again,

2    would you have -- would you have reported her illegal

3    bribery scheme to the Feds or to the CPD?

4        A.    Yes.

5        Q.    Okay.  You feel that's a mistake you made?

6        A.    Yes.

7        Q.    Okay, but when you were talking to her, you

8    also had a friendship with her, right?

9        A.    Yes.

10       Q.    And so your friendship and good feelings told

11   -- towards her may have influenced your not reporting

12   her to the Feds or to CPD?

13       A.    Yes, at the time, yes.

14       Q.    Because you thought it was a stupid

15   cockamamie scheme and that she shouldn't be doing it?

16       A.    Yes, sir.

17       Q.    And you didn't felt -- feel good about

18   turning your friend into the Feds.  Did you?

19       A.    That's right.

20       Q.    Because you thought she was misguided?

21       A.    That's the right word you use, sir.

22       Q.    Okay.

23       A.    Misguide.

24       Q.    But because of the legalities of all this, if

25   you could go back in time, you would have reported her

Page 107

1    to the Feds, maybe the FBI or somebody like that,

2    right?

3        A.    Yes, sir.

4        Q.    Okay, because what she was doing was 100

5    percent wrong?

6        A.    Definitely, 100 percent wrong.

7        Q.    Okay.  Thank you, sir.

8                    RECROSS EXAMINATION

9    BY MR. MCLAUGHLIN:

10        Q.    Sir, in the CPD rules and regulations, does

11    it say anywhere that if a fellow CPD officer is your

12    friend, you don't have to report them for a crime?

13            MS. WOYTOWICZ:  Objection, foundation.

14    BY MR. MCLAUGHLIN:

15        Q.    Go ahead.

16        A.    If he -- if he's a criminal, yeah, you got to

17    report it.

18        Q.    Right.  So it doesn't matter if it's your

19    friend or not, you got to report that crime, right?

20        A.    You got to report, yes.

21        Q.    So Cynthia Donald was your friend, you still

22    had to report that crime and that bribe.  Right?

23        A.    But at the time, like I say, I never thought

24    it was seriously and that she was my friend.

25        Q.    Okay.  So at the time, you didn't think

Page 108

1    whatever she was saying to you was that serious and it

2    wasn't a bribe, right?

3         A.   Exactly.

4         Q.   Okay.  And in these rules and regulations --

5    I'm going to read a couple of them to you.  Now, Rule

6    21 says: failure to report promptly to the department

7    any information concerning any crime or other unlawful

8    action.  Were you aware of that rule?

9         A.   Yes, sir.

10        Q.   Okay.  So we're now two and a half years or

11   so after she supposedly had this conversation with you

12   about the money, right?  Right?

13        A.   Yes.

14        Q.   Okay.  So was two and a half years after

15   something happened, prompt to take action?

16        A.   Well, at the time, I don't have all the facts

17   that I have right now.

18        Q.   Yeah.

19        A.   At the time, I never -- she never stated or

20   never say there was things related with this

21   allegations or the media or et cetera.  So at the time,

22   it was only a conversation.

23        Q.   Okay.  So when did you have all the

24   information to realize that what you did was wrong?

25        A.   After all the facts.  After all the news and

Page 109

1  everything.

2        Q.   Yeah, what date?  Give me the exact date.

3        A.   Well, after -- after the news that she make

4  allegation for criminal sexual assault?

5        Q.   What year was that?

6        A.   It -- it was 2020 November, I think it was.

7  October or November.

8        Q.   Okay.  November, 2020.  So now, we're in

9  July, 2022.

10       A.   Yes, sir.

11       Q.   Right?  So from a -- from November, 2020 to

12  July 2022 --

13       A.   Yeah.

14       Q.   -- you had all this information, you still

15  haven't reported it to CPD, right?

16       A.   Well, I'm here for that reason.

17       Q.   I know I'm not CPD.  You've never reported it

18  to CPD, right?

19       A.   No, not at that time.  No.

20       Q.   Okay.  This is a private lawyer for Eddie

21  Johnson who's the Defendant in this lawsuit.

22       A.   Uh-huh.

23       Q.   Okay.  So it doesn't matter if you reported

24  to him.  Right?

25       A.   Well, I reported to the city lawyers and the

Page 110

1    lawyers so --

2        Q.    I know let's start with --

3        A.    And I reported to the FOP.  Monday, they have

4    this statement.

5        Q.    Okay.  Let's start with Eddie's lawyer.  Does

6    it say in the rules and regulations that you've -- you

7    adhere to your duties if you report crimes to private

8    lawyers for defendants and lawsuits?

9        A.    And can you read again, please?

10       Q.    Does it say in the rules and regulations --

11       A.    Yeah.

12       Q.    -- that you adhered to your duty to report

13   when you report a crime to a private attorney for a

14   defendant in a lawsuit?

15       A.    To FOP, yes, he did.

16       Q.    No, to a defendant in a lawsuit?

17       A.    To the defendants in a lawsuit?  No, I'm not

18   sure.

19       Q.    Okay.

20       A.    Because I'm not a lawyer.  I'm not

21   technicality --

22       Q.    I know.  You're a CPD officer, right?

23       A.    Yes.

24       Q.    And you know these rules and regulations,

25   right?

Page 111

```
 1        A.   Yes.
 2        Q.   So what about the city lawyers?  When, for
 3   the first time, did you say to them there was a crime
 4   committed?
 5        A.   I don't remember exactly when we met.  Last
 6   year, I believe so.
 7        Q.   Okay.  What about the FBI or the attorney
 8   general, anybody else?  Did you go to them and say, oh
 9   my God.  A fellow CPD officer committed a crime because
10   she tried to bribe me?
11        A.   Not at all.
12        Q.   Are you going to do that after the deposition
13   today?
14        A.   I don't know if you can do it or not.
15        Q.   I know, but do you want to do that?
16        A.   Huh?
17        Q.   Or do you want to do that?
18        A.   If I have to, yes.
19        Q.   Are you going to?
20        A.   But I don't know the procedures legally.
21        Q.   I want to know if you're going to?
22             MR. LEONARD:  Well, Counsel, this has nothing
23   to do with it.  If you're trying to get -- if you're
24   trying to stop him, if you're trying to obstruct -- if
25   you're trying to obstruct --
```

Page 112

1          MR. MCLAUGHLIN:  Objection.  I'm saying

2    objection.  Form and foundation, form, and foundation.

3    Federal deposition, form, and foundation.

4          MR. LEONARD:  You'll let me speak.  If you're

5    trying --

6          MR. MCLAUGHLIN:  Go ahead.

7          MR. LEONARD:  to obstruct justice by --

8          MR. MCLAUGHLIN:  I want enforce justice.  I'm

9    asking if he's going to report it.

10          MR. LEONARD:  It sounds like you're not.

11          THE RECORDER:  One person at a time.

12          MR. MCLAUGHLIN:  I mean, this is -- I mean,

13    this outrageous.  We've got crimes being committed.  I

14    hope they're going to get reported.  Are you going to

15    report this crime?

16          MR. LEONARD:  Counsel, I wasn't done

17    speaking.  If you're trying to dissuade the witness and

18    trying to get him to obstruct justice, if you're trying

19    to dissuade him from reporting, I object to that.

20    BY MR. MCLAUGHLIN:

21       Q.   What I said was, are you going report it?  I

22    hope you are going to report it.  If this is real, if

23    your testimony is real, you're going to report this

24    right?

25       A.   If it's real, yes.

Page 113

1        Q.   Is it real?  I'm asking you.

2        A.   Yes.

3        Q.   Okay.  When are you going to report it?

4        A.   Well, I don't know the instructions what are

5   the next procedure.  I'm not a lawyer.

6        Q.   Okay.  So --

7        A.   I got to follow the legal procedures now.

8        Q.   Right.  You're a CPD officer, right?

9        A.   Yes.

10       Q.   Okay.  And you have a duty to report crimes,

11  right?  So I'm asking you, when are you going to report

12  this crime officially?

13            MS. WOYTOWICZ:  Objection.  Asked and

14  answered.

15  BY MR. MCLAUGHLIN:

16       Q.   Go ahead.

17       A.   When I can do.  Now, that you told me that I

18  got to do it.

19       Q.   Okay.  So you're going to --

20       A.   You line me.  You told me you got to do it so

21  I got to do it because I'm --

22       Q.   I'm not telling you anything.  I'm asking you

23  a question.

24       A.   You did because you --

25       Q.   I'm asking a question.  Let me talk.

Page 114

```
 1              THE RECORDER:  One person at a time, please.
 2              MR. LEONARD:  He's already answered your
 3    question.  Right?  Stop you can --
 4    BY MR. MCLAUGHLIN:
 5         Q.   Question is when -- when you report this
 6    crime --
 7         A.   Yes, sir.
 8         Q.   Okay?  Please be sure to tell the lawyers for
 9    the City of Chicago so we can find out about it and we
10    can read that report.  Okay?
11         A.   If I report it today?
12         Q.   Yes, or whenever you report it.
13         A.   Okay.
14         Q.   Okay.  The other rule that you violated is
15    Rule 22, which is failure to report to the department
16    any violation of rules and regulations or any other
17    improper conduct, which is contrary to the policy,
18    orders, or directives of the department.  Correct?
19              MS. WOYTOWICZ:  Objection, foundation.
20    Argumentative.
21    BY MR. MCLAUGHLIN:
22         Q.   Go ahead.
23         A.   I didn't violate anybody -- the statement
24    there, I didn't violate anything.  So my -- from my
25    point of view.
```

Page 115

1      Q.   Well, you said you put the whole puzzle

2    together in November 2020, and now, we're in July, 2022

3    --

4      A.   Yes.

5      Q.   -- and you still haven't reported it.  So

6    under Rule 22, you violated that.  Right?

7      A.   Is the limit the statute for that?

8      Q.   Sorry?

9      A.   It's a limit statute for that?

10     Q.   Is there a statute for it?

11     A.   A limited, a limited statute --

12     Q.   I have no idea.  I'm asking about Rule 22.

13     A.   And is it right there --

14     Q.   Do you want me to read it again?

15     A.   Limited Statute?

16          THE RECORDER:  Did you say unlimited or

17   limited?

18          THE WITNESS:  Limited statute?

19   BY MR. MCLAUGHLIN:

20     Q.   Do you want me to read it again?

21     A.   No, but it's -- I asking you is any time --

22   timeline.

23     Q.   Okay.

24     A.   It's a timeline?

25     Q.   I'm asking you, okay?  I'm asking the

Page 116

1    questions here.  Rule 22 --

2         A.   Yes, sir.

3         Q.   -- which I just read to you.

4         A.   Yes, sir.

5         Q.   You violated Rule 22 because still to this

6    date, after you put the puzzle together, November 2020,

7    you never reported this alleged crime, this bribe,

8    right?

9              MR. LEONARD:  Objection.

10             MS. WOYTOWICZ:  Objection.

11             MR. LEONARD:  This has been asked and

12   answered like 40 times.

13             MR. MCLAUGHLIN:  No we're on diff- -- this is

14   --

15             MR. LEONARD:  No.  No.  It has been asked and

16   answered multiple times and it calls for a legal

17   conclusion.

18   BY MR. MCLAUGHLIN:

19        Q.   Sorry, we're on Rule 22.  He's already said

20   he violated rule 21.  We're onto a different rule so

21   it's a different line of questioning.  Go ahead.  You

22   can answer.

23        A.   My question is to --

24        Q.   No, no, no, no.  You don't ask questions in a

25   deposition.  I'm asking you questions.

Page 117

1            MR. LEONARD:  No, he is allowed to ask you a
2     question --
3            MR. MCLAUGHLIN: He's not allowed to ask
4     question.
5            MR. LEONARD:  Yes, he is.  If he -- if he
6     wants clarification, Robert, you can't talk about --
7     BY MR. MCLAUGHLIN:
8        Q.   Go ahead, go ahead.
9            MR. LEONARD:  If he wants to ask you for
10    clarification, he's allowed to.  Don't tell him he
11    can't do it because he wants --
12           THE WITNESS:  Can you read to me for me
13    again?  The --
14    BY MR. MCLAUGHLIN:
15       Q.   Rule 22?
16       A.   Yes sir.
17       Q.   Sure.  Rule 22 says failure to report to the
18    department any violation of rules and regulations or
19    any other improper conduct, which is contrary to the
20    policy, orders, or directives of the department.
21       A.   Okay.  It's a timeline?
22       Q.   That's what the rule says, period.
23       A.   It's a timeline.  It's a timeline.
24       Q.   I'm asking you about that sentence and not
25    about timeline.  This is my question.

Page 118

1       A.    It's a timeline.

2       Q.    I don't know what you're saying.

3       A.    If I do the -- if I do the report today, it's

4   a timeline?

5       Q.    I have no idea.  I'm asking you a simple

6   question.

7       A.    It's a violation if I do the -- my report

8   today now.

9       Q.    Do you want to answer my question.

10            MR. LEONARD:  He is answering your question.

11            THE WITNESS:  I answer your question.

12  BY MR. MCLAUGHLIN:

13      Q.    You didn't.  My question is, do you admit

14  that you violated Rule 22 --

15      A.    No.

16      Q.    -- because to -- let me get my question out.

17      A.    No.

18      Q.    Okay.  Do you admit that you violated Rule 22

19  because to this date, okay, after November, 2020

20  through July, 2022, you've never formally reported this

21  alleged bribe?

22      A.    No.

23      Q.    Okay.  Why is that?

24      A.    It's not -- it is not timeline.

25      Q.    Okay.  So if I understand you correctly, you

Page 119

1   have under the rules and regulations of the CPD until

2   infinity to report a violation of these rules?

3          MR. LEONARD:  Objection.  That's not the

4   witness testimony, and he also has asked you a question

5   multiple times, but this has been asked and answered

6   multiple times, and it also calls for legal conclusion.

7   BY MR. MCLAUGHLIN:

8      Q.  Go ahead.  I'm trying to learn about his

9   statute of limitations.  When do you think you have

10  until to report a crime by a fellow CPD officer?

11     A.  Did they say there in this statement?

12     Q.  No.  I'm asking you, when do you think?

13     A.  I'm asking a question.

14     Q.  I don't know.  I'm reading Rule 22.  It has a

15  period.

16     A.  You're a lawyer.  You am not.

17     Q.  Yeah.  It has a period at the end.

18     A.  It's not their timeline.

19     Q.  Yeah, I'm asking you this question.

20     A.  Yes, sir.

21     Q.  When do you think you have until to report a

22  crime by a fellow CPD officer?

23     A.  Until you're a formative police officer in

24  working a -- in the capacity of the Chicago police

25  officer.

Page 120

1      Q.    Can you say that one more time?

2      A.    If you're still on the job, you're still

3   under work, you still have the time for -- to do it.

4      Q.    Okay.  So if I understand you correctly, you

5   have until as long as you're employed as a CPD officer

6   to report a crime by a fellow CPD officer.  There's no

7   date by which you have to do it?

8      A.    Depending on the crime, too.

9      Q.    Okay.  And you have never, to this date made

10  a formal report, a written report, anything like that,

11  about this alleged crime to the CPD.  Correct?

12     A.    No.

13     Q.    Meaning, correct?

14     A.    Yes, correct, yeah.

15     Q.    No more questions.

16                    REDIRECT EXAMINATION

17  BY MR. LEONARD:

18     Q.    Sir, do you have any objection to us filing

19  this transcript with the judge in this case to let the

20  Court know that Ms. Donald attempt to bribe you to gain

21  your cooperation?  You have any objection to us doing

22  that?

23     A.    No, I don't.  I mean, I have no objection,

24  no.

25     Q.    Okay.  And I just want to go through --

Page 121

1   because Counsel keeps asking you the same questions and

2   yelling at you.  I just want to make sure we're all on

3   the same page.  Okay?  So I want to go back to the

4   first call where Ms. Donald asked you about, you know,

5   the two elements of the bribery.  So the first call, as

6   you said, was in approximately April or so of 2020,

7   right?

8       A.   That's right.

9       Q.   And the two things she wanted to bribe you

10  with was one, she indicated that first, she could take

11  care of you with money, right?

12      A.   That's right.

13      Q.   And then she -- she got more specific.  She

14  indicated that she could actually pay for your father's

15  healthcare --

16      A.   That's right.

17      Q.   -- if you cooperated with her?

18      A.   That's right.

19      Q.   She would give you the money for you to pay

20  for your father's healthcare if you cooperated with her

21  in her plot against Eddie Johnson?

22      A.   That's right.

23      Q.   Okay.  And the second part of the bribery was

24  that, not only would she give you money to pay for your

25  father's healthcare, but that she somehow would get you

Page 122

1    a promotion within Chicago Police Department, right?

2         A.   That's right.

3         Q.   Okay.  Now, at that time, during that phone

4    call, you thought she was dead serious about both of

5    those propositions, right?

6         A.   Yes.

7         Q.   There was no doubt in your mind that she was

8    not kidding around or joking?

9         A.   Not at all.

10        Q.   And in fact, when you turned her down, she

11   got very angry at you?

12        A.   That's right.

13        Q.   And she claimed that you essentially had a

14   misguided loyalty to the superintendent?

15        A.   That's right.

16        Q.   And that you were stupid and an idiot, right?

17        A.   That's right.

18        Q.   Which just reinforced the idea that she was

19   extremely serious about the two bribery elements,

20   right?

21        A.   That's right.

22        Q.   And now, the second phone call, her follow up

23   call to you on one of these various numbers she was

24   using was her attempt to call you to see if you had

25   changed your mind about the bribery scheme she had

Page 123

1    offered you, right?

2        A.    That's right.

3        Q.    And again, you didn't think she was kidding

4    or joking around?

5        A.    That's right.

6        Q.    You thought she was deadly serious, right?

7        A.    That's right.

8        Q.    And you turned her down?

9        A.    That's right.

10       Q.    And then when you turned her down, she got

11   very angry with you?

12       A.    That's right.

13       Q.    Swore at you, right?

14       A.    That's right.

15       Q.    Called you names?

16       A.    That's true.

17       Q.    And again, claimed that you were too loyal to

18   Eddie Johnson and that you were stupid for being so

19   loyal to him?

20       A.    That's right.

21       Q.    So on both calls, she's -- she's connecting

22   the bribery to Eddie Johnson and things that you would

23   need to do with regard Eddie Johnson?

24       A.    That's correct.

25       Q.    Right, and then when you got the final piece

Page 124

1    of the puzzle so to speak was when all of a sudden you

2    heard she was claiming that Eddie Johnson had engaged

3    in some improper conduct to her?

4         A.   That's correct.

5         Q.   And you're able to tie the elements of the

6    bribery to her lawsuit?

7         A.   That's true.

8         Q.   And in fact, one of the reasons why you were

9    able to do that is because she told you that she

10   deserved six figure compensation for what had happened

11   to her?

12        A.   That's right.

13        Q.   Okay.  And again, if you could do things, if

14   you could go back in the past and do things over, do

15   you think the appropriate thing would've been to turn

16   that information over to the FBI or federal authorities

17   so they could investigate?

18        A.   That's correct.

19        Q.   And if you could do it over, you would do

20   that?

21        A.   Yes.

22        Q.   And do you have any objection to us turning

23   over this transcript to federal prosecutors and FBI so

24   that they can determine whether she committed a

25   violation of federal law?

Page 125

1        A.   Not at all.

2        Q.   Okay.  Do you have any objection to us giving

3    a copy of this to the Cook County state's Attorney's

4    Office so they can investigate her for bribery?

5        A.   Not at all.

6        Q.   Okay.  And do you have any objection to us

7    bringing this attention to the federal district court

8    Judge by way of a motion seeking dismissal of her case

9    because of her attempt to bribe you as a witness in

10   this matter?

11       A.   Not at all.

12       Q.   Okay.  Thank you for your time.

13            MS. WOYTOWICZ:  Okay.

14            MR. MCLAUGHLIN:  I have a question.  Go

15   ahead.

16            MS. WOYTOWICZ:  I have a couple follow-up

17   questions.

18            MR. MCLAUGHLIN:  No, go ahead.

19                    CROSS EXAMINATION

20   BY MS. WOYTOWICZ:

21       Q.   Just a couple quick ones.  The calls in

22   April, 2020 that you said were from four or five

23   different phone numbers, do you remember that?

24       A.   Yes.

25       Q.   Did she tell you where the other numbers came

Page 126

1    from?

2         A.    Not at all.

3         Q.    Okay.  And then the call prior to that with

4    the compensation discussion, did Ms. Donald tell you

5    whether she'd attempted to contact Eddie herself?

6         A.    I'm sorry.  Can you repeat?

7         Q.    When you were discussing the compensation

8    conversation with Ms. Donald, did she tell you whether

9    she'd tried to contact Mr. Johnson herself?

10        A.    Yes.

11        Q.    And what did she say about contacting him?

12        A.    That she frustrated because she cannot get in

13   contact with him.

14        Q.    Okay.  And did Eddie Johnson do you any

15   favors in your career?

16        A.    Not at all.

17        Q.    Did you ever ask him to do you any favors in

18   your career?

19        A.    Never.

20        Q.    That's all.

21             MR. LEONARD:  Do you want to review the

22   transcript for accuracy or do you want to, what's

23   called waive signature where Christina's transcript

24   would stand as your testimony?

25             THE WITNESS:  I trust her.

Page 127

1           MR. LEONARD:  What's that?

2           THE WITNESS:  I trust that it...

3           MR. LEONARD:  You trust the transcript?

4           THE WITNESS:  Yes.

5           MR. LEONARD:  Okay.  Thanks for your time.

6    We appreciate it.

7           THE RECORDER:  Off the record, 12:01 p.m.

8                    (Off the record)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 128

1                          CERTIFICATION

2              I, Christina Kollintzas, do hereby certify

3      that the foregoing transcript of said deposition is a

4      true, complete and correct report of the entire

5      testimony so given by said witness, together with such

6      other matters and things as counsel for the parties

7      present at the taking of said deposition desire to have

8      appear of record.

9              I further certify that on July 14, 2022 said

10     witness, CLAUDIO EDWARDO SALGADO YANEZ was first duly

11     sworn to testify to the truth, the whole truth and

12     nothing but the truth in the cause aforesaid; that the

13     testimony then was recorded by audio/visual recording

14     device, by me in the presence of said witness and

15     thereafter transcribed into typewriting under my

16     direction and control.

17             I further certify that I am not counsel for,

18     nor attorney for any of the parties to the aforesaid

19     cause, nor am I related to any of the parties to the

20     aforesaid cause, nor am I interested in any manner in

21     the said cause or in its outcome.

22

23

24

25

Page 129

1           I further certify that the signature to the

2    foregoing deposition was waived by the witness.

3           IN TESTIMONY WHEREOF:  I have hereunto set

4    my hand and affixed my notarial seal:

5

6

7                    Christina Kollintzas

8                      July 29, 2022

9

10

11

**A**

**a.m** 4:3 79:2,4
**able** 39:4 63:22
78:6 124:5,9
**Absolutely**
60:15
**academy** 12:24
**accepting**
103:10
**accommodate**
6:22
**account** 69:1,2,3
69:6
**accuracy** 126:22
**Acquaintance**
13:24
**act** 97:11 98:6,9
98:13
**acted** 90:25 91:3
**action** 108:8,15
**address** 68:22
68:25
**adhere** 110:7
**adhered** 110:12
**admit** 118:13,18
**advantage** 57:16
**affection** 34:3
**affixed** 129:4
**aforesaid**
128:12,18,20
**afternoon** 13:12
20:11,13,14
**ago** 25:21
**agree** 49:1 81:2
100:5
**Ah** 35:13
**ahead** 38:16
83:4,13 84:8
85:2,2,15
90:18 92:14
93:3,7 94:4
98:4,9,24 99:3
102:9 107:15
112:6 113:16
114:22 116:21
117:8,8 119:8
125:15,18

**ahold** 49:19
**Aielo** 32:4
**al** 1:11 4:7
**alcohol** 23:6
26:14,25 32:24
**allegation** 72:23
78:1 109:4
**allegations** 78:6
101:21 108:21
**alleged** 78:6
116:7 118:21
120:11
**allegedly** 66:5
102:13
**allowed** 117:1,3
117:10
**Alzheimer**
58:13 59:18
**America** 8:19
79:12
**American**
102:22
**Anasticia** 32:5
**anger** 54:1
**angry** 54:2,7
61:15 64:1
104:10 122:11
123:11
**announced** 44:4
44:5
**answer** 6:18,19
18:12 65:18
69:23 70:14
72:3,16 74:23
80:17,18 81:11
83:2,12 86:21
96:24 97:9
98:2 102:6
116:22 118:9
118:11
**answered** 45:25
65:21 92:11
100:21 113:14
114:2 116:12
116:16 119:5
**answering**
118:10

**answers** 86:7,14
**anybody** 90:5
98:15 102:19
103:5 111:8
114:23
**anymore** 28:12
**apologize** 54:23
**apologizing** 51:3
54:22
**appear** 24:1
128:8
**appearances** 2:1
4:22
**appeared** 77:25
**appreciate**
127:6
**appropriate**
33:20 100:7,14
124:15
**approximately**
5:19 7:10 8:3
10:12,22 11:19
11:22,23 12:7
12:19,22 13:18
15:3 16:21
19:15 30:12
31:9 37:2
44:21 48:5,20
89:16 121:6
**April** 48:7,7
50:13 53:22,23
65:5,6,7,9,14
71:1 74:10
121:6 125:22
**area** 8:15 11:20
11:22 12:2
29:7,16 75:15
88:23
**Argentina** 8:18
**Argumentative**
114:20
**arrange** 90:2
**arrest** 80:7
**arrived** 20:24
21:19 22:15
30:9,9,11,13
76:24 89:23

**asked** 6:13 8:4,5
16:6,7 35:3
45:17 46:6,12
48:19 66:3
70:22 71:22
72:5 85:7,13
92:11 100:20
101:25 102:5
103:15 113:13
116:11,15
119:4,5 121:4
**asking** 10:25
47:4,6,10 48:8
51:12,15 70:10
71:18 75:7,20
89:17 91:22
93:13,15 112:9
113:1,11,22,25
115:12,21,25
115:25 116:25
117:24 118:5
119:12,13,19
121:1
**asks** 75:9 99:21
**asleep** 91:19
**assault** 78:1,6
109:4
**assign** 16:8
**assigned** 12:24
13:1 15:7
**assist** 102:18
**assume** 6:12
64:12 74:25
104:21
**assumption**
30:18
**at-** 1:20
**AT&T** 69:15
**attached** 95:14
**attempt** 66:20
67:9 105:18
120:20 122:24
125:9
**attempted** 126:5
**attempts** 77:18
100:18
**attend** 90:5

**attended** 38:8
**attending** 34:15
**attention** 125:7
**attorney** 6:17
110:13 111:7
128:18
**Attorney's**
125:3
**attorneys** 4:22
6:15 7:6 78:22
**audio/visual**
128:13
**August** 41:2
42:5
**authorities**
124:16
**Avenue** 19:24
**aware** 12:25
81:21,24 82:4
84:4,8 108:8

**B**

**baby** 46:6
**babysitter** 46:5
46:15 47:12,15
47:23
**Bachelor's** 9:12
9:13
**back** 23:2,3,5,8
24:4 34:1
43:16,19,22
47:9 49:18,19
52:16,21 53:7
53:12 67:18
79:4 106:25
121:3 124:14
**backbone**
105:14
**background**
7:17,21
**banquet** 27:19
28:2 29:10
30:22 35:8
**barbecue** 20:4
29:18
**barbecued**
21:17

based 31:10
99:23 104:2
basic 81:1
basically 12:5
21:3 60:20
61:8 84:21
85:4
basis 83:2,12
battered 84:5,17
batteries 84:10
beginning 15:12
43:21
behalf 4:12,24
85:8 90:10,13
believe 5:25 6:2
58:10 68:23
81:13 83:18
91:11 111:6
believed 104:2
benefit 60:13
best 22:14
Bican 95:23
big 29:10 31:8
bill 69:5
bills 69:9
birthday 27:17
27:18 29:24
34:16 35:1,9
35:20 36:25
37:6,16 38:8
38:13,18,19
39:1 40:14,18
41:1 42:14
74:11,14,15
75:2
birthday's 30:1
bit 20:3 63:3
80:4 100:17
blessing 18:4
102:21
bodyguard 16:9
25:17 88:24
90:25
boilermakers
9:14
Borgia 51:18
born 88:1

boss 36:7
bottom 61:24
bought 76:24
break 6:21
58:15 59:24
66:18 69:16
78:25
bribe 60:20
61:10 62:15,18
62:24 65:3,11
65:12 66:20,24
67:2 69:18
70:7 71:19
72:24 96:15
97:1,23,24
98:17 100:18
101:22 102:18
103:10,25
105:18 107:22
108:2 111:10
116:7 118:21
120:20 121:9
125:9
bribery 67:9
72:6 77:18
78:9 101:7
103:1,8,16
106:3 121:5,23
122:19,25
123:22 124:6
125:4
bribes 96:18
bribing 97:3
Bridgeport 77:1
brief 12:11
bring 20:20,23
21:3 25:11
89:20,22
bringing 125:7
British 68:13
69:3 95:19
broken 62:19,21
62:23 78:12,16
building 11:18
11:21 12:13
14:17 15:10
16:5 28:12

35:20,23
bureau 12:12
business 35:4
bye 12:14

————————
C
————————
Café 51:18
Calabria 28:17
28:25 29:2
calendar 44:18
call 41:12,13
44:12,25 45:17
45:19 48:11,12
49:18 50:3,15
52:21 53:21
54:15,15 57:3
61:16 63:25
64:2,25 65:22
66:9,23 67:9
68:8,9 69:7,17
70:6 71:14,18
72:14 74:4,9
74:21,21,22
87:22 95:23
103:9 121:4,5
122:4,22,23,24
126:3
called 10:22,24
19:14,14 20:4
28:10 45:13,14
45:16,20,20
46:11 48:7,19
50:14 53:11
64:4 65:14
68:20 72:2,14
73:24 87:18,18
89:17 91:5
101:9 123:15
126:23
calling 57:17
67:11,14,15
69:19,24 70:13
72:1 74:19
calls 36:22,24
37:2,17 40:16
41:4,9,11
42:18 43:1

49:9,10,11,22
50:13 65:21
66:22,25 68:7
68:20 73:10
74:5,16 80:15
81:7 82:7,17
83:11,22 86:18
87:11 91:21
92:2,12 94:2,2
96:21,22 97:6
98:1 102:8
105:13 116:16
119:6 123:21
125:21
capacity 119:24
care 57:15 58:14
59:15,16,25
60:4,13,17,23
61:5 62:15
121:11
career 61:25
94:10 126:15
126:18
Carina 79:7
carrier 68:11
95:20
case 1:9 4:7 6:5
82:10 85:7
86:8 120:19
125:8
cases 5:20
catching 17:10
cause 128:12,19
128:20,21
cautious 26:25
celebrate 28:13
28:14,17 34:25
45:1
celebrated
28:16
celebrating 29:3
celebration
28:16
cellphone 67:17
68:3 74:16
95:3,5,7,14,20
cellular 50:3,17

central 11:20,22
12:2 88:23
certainly 6:22
14:13 96:10
99:7
CERTIFICA...
128:1
certify 128:2,9
128:17 129:1
cetera 17:9
108:21
challenged
65:23
change 62:1
72:10 82:24
83:5
changed 35:19
67:5 71:20,22
72:6 73:7
103:9 104:1
122:25
changes 62:2,8
characterizati...
93:1
check 95:23
checking 65:25
66:1,13 70:2
Chicago 1:11,25
2:8,10,14,16
2:23 4:5,7,12
5:4,6 8:15 10:1
51:11 79:16
86:11,24 114:9
119:24 122:1
children 17:15
37:11 75:24
76:14
Chile 8:18
China 43:17
69:3
Chinatown
50:22 75:8,10
75:13,14,16,22
76:19,25 77:1
77:7
Chinese 68:13
75:16 76:21,22

76:23 77:5,8,9
95:19
**choke** 83:20
84:2
**choked** 82:4,13
83:8 84:16
**Christina** 4:15
8:4 128:2
129:7
**Christina's**
126:23
**CiCi** 31:20
**citizen** 102:22
**city** 1:11 2:10,14
4:6 5:3,6 7:6
63:10,11,14
86:10,24
109:25 111:2
114:9
**civil** 6:3
**civilian** 24:14
30:15
**claim** 63:21
**claimed** 122:13
123:17
**claiming** 38:4
72:18 124:2
**clarification**
6:10 117:6,10
**Claudio** 1:16
4:14 8:7 68:22
128:10
**clear** 36:11
64:20
**clearly** 60:9
**clinical** 7:23,25
8:12
**close** 22:8 74:11
74:15
**closed** 30:25
**clothes** 24:14
26:5 30:15
**co-honor** 64:15
64:16
**cockamamie**
106:15
**code** 105:4,6,6

**coincidence**
92:7
**cold** 21:17,17
**colder** 21:16
**college** 9:7
**come** 20:7,8
21:2,22 43:22
45:11,22 46:3
46:14,18,19,23
47:9,14,20
89:15
**coming** 41:19
47:10 89:19
**commander**
10:16,19 12:12
16:17 89:8
**committed**
111:4,9 112:13
124:24
**common** 69:15
**communication**
44:20 77:21
**communicatio...**
44:18 48:1
**community**
32:13
**company** 95:22
**company's**
68:16
**compensated**
55:11,12,14,20
55:23,24 56:22
56:25
**compensation**
55:10,25 56:10
56:14 57:4
58:17 124:10
126:4,7
**complaints**
42:22
**complete** 128:4
**completely**
41:21
**completes** 5:7
**concerning**
108:7
**conclusion**

96:22 97:7
98:2 116:17
119:6
**conduct** 105:23
114:17 117:19
124:3
**conference**
63:20
**congratulate**
91:6
**congratulations**
16:10 89:1
**connecting**
123:21
**consumption**
23:6
**contact** 12:10,11
12:11 14:13
24:8 34:24
40:15,25 41:21
42:13 43:23
44:3 49:4
51:23 90:22
126:5,9,13
**contacting**
126:11
**contacts** 78:19
**continue** 14:9
40:14,24 47:25
**continued** 42:19
43:3 60:21
**continuing** 12:9
15:13
**contrary** 90:16
114:17 117:19
**control** 128:16
**conversation**
11:9 17:4
36:23 37:18
60:21 63:6,7
63:19 69:22
73:22 77:15
88:5,9 89:9,13
98:12 108:11
108:22 126:8
**conversations**
36:21 37:5

**Cook** 125:3
**cooperate**
102:12 103:10
105:18
**cooperated**
121:17,20
**cooperation**
120:21
**copy** 125:3
**Cordial** 33:22
**corporation**
68:13
**correct** 38:5
81:19 82:22,23
85:5 90:10,11
90:14,19,22,23
91:1,2,3,4,6
93:16 97:13,14
97:15,16,18,19
99:8,12,13,16
99:17 100:4,13
100:16,23,24
101:3 114:18
120:11,13,14
123:24 124:4
124:18 128:4
**correctly** 118:25
120:4
**cost** 75:22 77:7
**counsel** 101:17
103:15 104:17
111:22 112:16
121:1 128:6,17
**counseled** 100:2
**counseling**
80:25,25
**countries** 8:20
**country** 102:21
**County** 125:3
**couple** 99:21
108:5 125:16
125:21
**course** 73:5
100:6,10
**court** 1:1 4:8,11
120:20 125:7
**cover** 63:12

**covered** 40:13
46:21
**covers** 81:8
**CPAR'd** 80:24
**CPD** 10:2 62:25
68:5 79:13
80:10,13,22
81:3,14 84:5
84:17 91:16
93:25 97:13,15
97:17,20,23,24
98:13,14 99:11
99:15 105:23
106:3,12
107:10,11
109:15,17,18
110:22 111:9
113:8 119:1,10
119:22 120:5,6
120:11
**crazy** 59:10 63:3
**crime** 11:5 15:7
107:12,19,22
108:7 110:13
111:3,9 112:15
113:12 114:6
116:7 119:10
119:22 120:6,8
120:11
**crimes** 110:7
112:13 113:10
**criminal** 8:1,10
9:13 107:16
109:4
**CROSS** 3:3 79:5
125:19
**current** 84:4,16
**curse** 51:4 54:23
73:14
**cursed** 101:8
**custody** 80:8,8
**CV** 1:9 4:7
**Cynthia** 1:5 4:6
7:12 12:17
16:5 20:4
21:23 22:6,9
22:11 23:3

24:5 27:13,14
28:8 29:17
31:5,10 32:21
32:24 34:20
36:25 37:5
39:5,7,20,25
40:2,15 43:24
44:2,13,19
45:6,9,12,14
45:16,17,20
46:11,14 48:1
49:19 50:14,17
52:21 53:12
55:13 56:9
58:7 65:21
73:14 88:19,23
89:17,22 90:2
90:21,24 94:11
96:16 97:2,12
100:17 103:1
105:18 107:21

**D**

**dark** 22:21,21
**date** 42:5,8 48:6
109:2,2 116:6
118:19 120:7,9
**David** 79:9
**day** 13:12 19:11
21:11 26:9
49:4 65:21
77:6 96:13
**days** 23:3,6,9,13
43:10,16 65:4
65:11
**DCFS** 9:24
**dead** 61:19
77:11,13
100:19 101:11
122:4
**deadly** 104:3
123:6
**decided** 45:19
45:19
**decision** 52:12
**defendant** 2:10
2:18 4:13,13

4:25 109:21
110:14,16
**defendants** 1:13
110:8,17
**definitely** 17:19
22:7 26:9 30:2
39:15 62:17
64:24 107:6
**degree** 7:25,25
8:9,11,12 9:13
**Degrees** 9:12
**Demand** 4:11
**demoted** 44:6
**department**
2:14 79:16
108:6 114:15
114:18 117:18
117:20 122:1
**departments**
11:1
**depending**
80:23 120:8
**deposed** 5:16
**deposition** 1:15
4:6,10,17 5:15
67:23 86:10
87:5 111:12
112:3 116:25
128:3,7 129:2
**describe** 95:5,9
**described** 81:17
96:15
**deserved** 124:10
**desire** 128:7
**destroy** 66:15,17
**destroyed** 70:11
70:12,12,20,21
70:24 71:5
72:16 95:3,9
95:15
**detail** 66:19 86:8
86:15,16 87:6
88:24
**details** 16:9 57:8
88:12,25
**detective** 11:3
**determine**

124:24
**device** 4:17
128:14
**diff-** 116:13
**different** 11:1
12:6 65:15,22
66:10,22 67:1
67:12 69:20,24
70:14 72:15
73:24 74:22
116:20,21
125:23
**dinner** 14:2
19:17 20:2,6
21:12 22:6
24:4 25:25
27:19 28:15
38:11 40:19
44:23 45:1,13
50:25 89:14,18
89:22,24
**DIRECT** 3:3 5:9
**direction** 128:16
**directives**
114:18 117:20
**disappointed**
66:9
**disappointment**
78:11,16
**discipline** 100:7
100:15
**discuss** 55:5
**discussed** 72:16
**discussing** 126:7
**discussion** 77:17
77:17 126:4
**dismissal** 125:8
**dissuade** 112:17
112:19
**district** 1:1,2 4:8
4:8 10:7,10,13
11:10,12,13,17
11:18,19,21
12:5,17,24
13:2 14:10,23
89:8 125:7
**Division** 1:3 4:9

**divorce** 76:6,6,9
76:10
**doctoral** 7:22
**document** 86:17
87:2
**documents** 7:11
16:4 88:16
91:11
**doing** 16:7,8
20:5 43:1 58:7
61:23 73:13
80:5 88:21,22
89:18 106:15
107:4 120:21
**Donald** 1:5 4:6
7:12 12:17
16:5 17:1
21:20 39:22
44:19 88:19,23
89:17,23 90:2
90:21,24 94:11
96:16 97:2,12
107:21 120:20
121:4 126:4,8
**Donald's** 39:25
100:18 103:1
105:18
**Donald/Johns...**
7:18
**doubt** 122:7
**drama** 54:10,12
**drank** 23:5,8,15
23:22 26:14
27:3 32:24
33:5
**dream** 102:23
**dress** 16:14
**dressed** 24:14
30:14
**drink** 14:1 23:6
27:5 33:4
**drinking** 26:17
26:19 27:1
33:1,9
**driving** 88:16
**drop** 16:2,4
**dropped** 16:24

**drunk** 24:1
**DUI** 80:2,5,7
**DUIs** 80:6
**duly** 128:10
**duties** 110:7
**duty** 30:18
81:22 110:12
113:10

**E**

**early** 43:13 75:2
**east** 28:1
**Eastern** 1:3 4:9
**eat** 35:15,16,16
35:17,17
**Eddie** 2:18 4:25
5:14 10:14
11:13 12:10
15:14 16:11
17:18 19:8
20:25 21:6,23
22:5,9,11 24:6
25:11 26:20
27:1,13,14
28:4,8 29:17
31:5 32:6,15
32:21 34:16,25
35:8,25 36:17
37:25 39:5,14
39:20 42:23
43:4,24 44:6
44:13,20,25
45:15,15,23
46:2,6,8,8,19
47:9,17 48:9
49:4 50:15
51:7,24 52:5,9
52:22 53:4,12
53:24 55:2
56:19 64:12,21
72:18 78:10
81:17,21 82:10
82:12,24 84:5
84:18,22 85:5
85:7,13,24
86:15,15,24
87:2,22 88:5,6

88:14,14 89:1
89:4,10 90:6,7
90:10,13,21,24
91:5 92:23
93:9,15,16
94:8 102:13
103:3 104:13
104:18,20
105:19 109:20
121:21 123:18
123:22,23
124:2 126:5,14
**Eddie's** 36:6,25
46:23 84:4,15
84:16 87:7
93:9 110:5
**educated** 89:5
**education** 57:19
62:5
**educational**
7:20
**Edwardo** 1:16
4:14 8:7
128:10
**eight** 8:3
**either** 19:14
21:13 27:13
63:18
**Eldridge** 1:22
2:6 4:4
**electronic** 69:6
**elements** 121:5
122:19 124:5
**employed** 97:23
120:5
**employment** 9:2
9:22
**enacting** 25:17
**encounter** 14:9
**endeavor** 60:11
**enforce** 112:8
**engaged** 124:2
**English** 80:3
**enjoy** 20:7 28:8
46:4 89:20
**enjoyed** 19:2
**enjoying** 17:18

**enrolled** 9:7
**entailed** 73:20
**entire** 128:4
**essentially** 61:10
122:13
**estimate** 22:14
22:22
**et** 1:11 4:7 17:8
108:21
**ethics** 105:4,14
**Europe** 69:4
**evening** 22:17
22:18
**event** 15:25
28:10 29:19,22
30:2,5,8,12
34:11 36:20
38:11 39:12
40:12 96:10
**eventually** 49:1
70:14
**evidence** 83:14
**ex-wife** 82:4,11
83:8 84:15
**exact** 109:2
**exactly** 17:11
25:10,13 38:12
44:11 46:16
48:6 58:11
59:13 63:17,24
64:15 100:9
101:22 105:5,8
105:16 108:3
111:5
**EXAMINATI...**
3:1 5:9 79:5
99:19 107:8
120:16 125:19
**exchange** 12:14
16:6 62:16
**exchanged**
16:11 19:11
28:6 88:20
**excited** 21:9
**excuse** 5:22 46:9
**EXHIBIT** 3:7,9
**expensive** 35:13

**experience** 18:3
23:19 62:7
89:3
**explain** 36:4
51:10 76:12
**extremely** 39:7
42:19 43:6
122:19
**eyes** 93:9,16

**F**

**fact** 25:14 47:19
82:10 101:7
122:10 124:8
**facts** 100:3,8
103:18 108:16
108:25
**failure** 108:6
114:15 117:17
**fair** 24:18 33:10
42:18 62:14
68:8 103:17
**familiar** 79:18
79:20
**families** 31:7
**family** 17:8,8
40:4 57:17
79:10 102:24
**fan** 9:14
**Fantucci** 32:4
**far** 58:5 59:5
**father** 58:12,13
59:16,18 60:3
60:14,17 61:5
61:11 62:16
66:20
**father's** 60:4
121:14,20,25
**favor** 48:8
**favors** 126:15,17
**FBI** 107:1 111:7
124:16,23
**February** 21:13
24:5 44:21,21
65:5 91:5,8
**February/Ma...**
19:16 21:16

**federal** 112:3
124:16,23,25
125:7
**Feds** 105:23
106:3,12,18
107:1
**feel** 106:5,17
**feelings** 106:10
**fellow** 23:17
107:11 111:9
119:10,22
120:6
**fellows** 31:6
**felt** 106:17
**Fenner** 84:5
**figure** 52:11
56:1,7,10,14
57:4 58:17
74:8 102:13
124:10
**figured** 102:11
**figures** 94:12,14
94:15,16,23
**filed** 76:8 86:8
**filing** 120:18
**final** 123:25
**finally** 65:20
72:2,15
**find** 46:5,16
47:14 49:22
75:7,9,16,18
76:19 77:6,9
114:9
**finish** 7:24 54:9
54:12 80:7
**finished** 7:23
12:21
**fired** 80:24 81:4
81:15 99:15,22
100:2,11
**first** 7:16,20 9:1
9:7 10:4 11:12
11:13,16,18,19
11:21 12:5,17
12:20,24,25
13:1 14:10,23
30:5,9 31:22

32:1 45:15
55:17 58:16
60:23 63:25
111:3 121:4,5
121:10 128:10
**five** 30:12 32:22
65:15 66:9,10
67:1 69:20
78:25 125:22
**folks** 34:10
**follow** 65:25
70:1 75:19
78:23 103:9
104:22 113:7
122:22
**follow-up**
125:16
**following** 66:1,5
66:12 70:15
**food** 26:5,12
37:18 41:16
**football** 9:17
**FOP** 110:3,15
**forced** 38:5
92:20
**foregoing** 128:3
129:2
**forget** 11:7
**forgiveness** 16:3
16:25 88:18
**forgot** 35:23
87:25,25
**form** 16:2,3,24
98:21 112:2,2
112:3
**formal** 120:10
**formally** 118:20
**formative**
119:23
**former** 89:23
**forth** 34:1
**forward** 40:13
47:25
**found** 65:17
75:21 81:2
91:18 92:8
**foundation**

80:15 81:7
82:6,16 83:1
83:10,14 85:10
85:12,18 86:19
87:11 90:15
91:20 92:1,12
92:24 94:1
96:22 107:13
112:2,2,3
114:19
**foundations**
83:21
**four** 11:19 32:22
37:2 38:23
41:7 65:15
66:9,10,25
69:19 80:6
125:22
**fourth** 27:16
**Franco** 31:20
**frank** 88:2 98:12
**free** 81:22
**French** 11:2
35:11,12,12,13
**friend** 36:9,10
106:18 107:12
107:19,21,24
**friends** 13:23
19:18 20:2,3
22:3 35:12
44:24 45:16
51:19 89:14,16
89:18
**friendship** 12:9
106:8,10
**frustrated** 53:20
54:4 61:14
126:12
**fuck** 58:9
**fucking** 51:4
54:20,21,24
61:17,23,25
62:4 64:5 73:8
73:10 74:23
**full** 8:6 28:2
41:20
**fun** 31:11

**furlough** 41:19
41:19,20 42:1
42:6,15 43:9
**further** 76:12
77:17 78:19,21
128:9,17 129:1
**future** 50:11

——————
**G**
**Gab** 19:18,22
89:15
**gain** 120:20
**geez** 92:18
**general** 26:12
111:8
**gentleman**
16:19 31:21
32:2 89:6
**getting** 34:24
54:11 55:25
56:10 61:15
**Gino** 31:20 32:4
**give** 6:8,25
32:13 49:22
52:6 57:18,19
60:7,17 61:4
62:5,6 63:4
71:25 96:2,8,8
96:11,12 98:7
109:2 121:19
121:24
**given** 84:15
128:5
**giving** 62:15
85:24 125:2
**go** 16:3 24:4
30:7 34:10,11
38:16,24 39:1
45:1 49:18
50:25 52:6,16
52:21 55:11
57:8 59:23
60:24 81:1
83:4,13 84:8
85:2,2,15
90:18 92:14
93:3,7 94:4

98:4,9,24 99:3
102:8 106:25
107:15 111:8
112:6 113:16
114:22 116:21
117:8,8 119:8
120:25 121:3
124:14 125:14
125:18
**God** 111:9
**goes** 60:12
**going** 7:16 9:3
12:23 21:2,3
25:15 40:13
42:21 47:25
50:18 52:9
54:18,20,24
55:24 56:2,10
57:4 58:5,10
59:15,22,25
60:3,12 61:2,9
62:9 63:12,21
64:19 66:18,21
73:12 76:8
86:4,9,11 87:6
98:7 102:22
108:5 111:12
111:19,21
112:9,14,14,21
112:22,23
113:3,11,19
**good** 4:1,20 5:11
5:12 16:12,18
18:1,2,6,14,14
18:24 19:6
21:12 24:20
26:13 27:10,11
31:12,12 35:18
36:6,10 37:18
42:4,4 43:3
51:2 57:15
80:3 81:18,18
83:7,7,18,20
84:2,2,18,19
89:1,2,4
106:10,17
**graduated** 7:24

**grammar** 80:3
**great** 18:4,14
21:10 88:25
89:2
**ground** 82:13
83:9
**group** 32:16
**grow** 8:15,16,16
**grown** 8:18
**guess** 71:13
95:17
**guest** 20:20 21:3
32:7,8 89:21
89:21
**guided** 105:4,6
**guy** 11:8 16:13
18:6,14,14
35:5 36:6
57:16 61:18
69:15 80:2,5
81:18 83:7,18
83:20 84:2,18
89:2,5 105:13
**guys** 14:5 19:11
45:8 52:1

——————
**H**
**half** 17:6,7
108:10,14
**hall** 29:10
**halls** 28:2
**hand** 4:18 129:4
**hands** 24:12
81:25 82:12
**handshake** 34:5
**hang** 62:13
**hanging** 64:2,4
**happen** 63:15,16
88:12
**happened** 15:23
50:12 52:7
55:3 63:15
66:14 70:16
75:23 98:18,19
108:15 124:10
**happens** 80:12
80:21

**happier** 39:16
**happy** 17:17,20
19:4 21:9,11
21:23,23 24:16
25:9 33:11,13
33:15 37:21,25
39:7,12,14,14
39:18 42:19,21
42:23 43:7
**harassing** 93:4
**hard** 25:21 55:1
76:18 77:6
**Harlem** 29:9
**Hart** 1:22 2:6
4:3
**headquarters**
16:4 88:18,20
**health** 26:23
**healthcare**
121:15,20,25
**healthy** 26:23
**hear** 77:25
88:13
**heard** 19:13
23:14 78:5
93:24 101:20
124:2
**hearsay** 94:2
**heart** 62:23
78:16
**held** 29:22
**help** 56:25 57:15
59:15,20,25
60:10,20
101:13
**helping** 60:24
62:16
**hereunto** 129:3
**Hey** 10:25 21:1
**hi** 12:14 14:19
16:6
**high** 35:13 75:22
77:7
**higher** 62:25
**highly** 16:12,12
16:18 89:4
**hold** 24:12 56:5

61:2 66:18 70:13 74:8
**holding** 34:6
**Homan** 15:10
**honor** 32:14 61:19,19,21 64:5,15
**honored** 64:17
**hope** 112:14,22
**horrible** 69:18
**hostility** 98:22
**hour** 7:10,10 17:6,7
**hours** 22:10,17 22:18,20,23,24 25:2,25 30:20 32:22 38:20,22 38:23
**How'd** 64:2
**huge** 27:20 29:11
**Huh** 111:16
**human** 93:17,19
**hundred** 36:2
**hundreds** 99:23
**husband** 75:24 76:3,4
**hypothetical** 80:14 81:8 83:2,11,22

**I**

**idea** 18:20 25:11 25:12 36:11,12 51:25 52:1 54:17,20,24 58:9 63:8 65:23 101:11 115:12 118:5 122:18
**idiot** 51:4 61:18 61:24,25 64:5 73:8,10 74:3,4 74:7,21,22 101:9 122:16
**illegal** 96:18 97:3,11,24

98:6,8,13 105:23 106:2
**Illinois** 1:2,25 2:8,16,23 4:5,9 4:12 51:11 96:19,25
**immigrant** 57:18 62:4
**important** 65:14
**impression** 43:6 45:24
**improper** 114:17 117:19 124:3
**in-between** 74:10
**inappropriate** 24:11
**incident** 88:12 94:8
**including** 39:21
**INDEX** 3:1,7
**Indiana** 50:19 50:20,21 51:1 51:2,2,5,8,14 51:17,18,18,20 51:21,21,25,25 52:6,23 53:5 53:25 90:3
**indicate** 17:17 20:15
**indicated** 121:10,14
**infinity** 119:2
**influenced** 106:11
**information** 5:8 87:8 108:7,24 109:14 124:16
**instance** 14:1 37:6 41:2
**instructions** 113:4
**intelligent** 16:14
**intentionally** 71:6
**interacting** 39:5

**interactions** 33:17,19
**interested** 128:20
**interpreted** 104:23
**interrogatories** 86:7
**interrogatory** 86:14
**intoxicated** 27:8
**investigate** 124:17 125:4
**investigator** 9:24
**invitation** 32:14
**invite** 20:6,6,9 28:4,8 44:25 45:14,25,25 89:19
**invited** 29:18 32:8
**involved** 54:11 54:16 61:16 75:17
**Irving** 29:9
**issue** 76:4 77:8
**issues** 7:18 76:3 76:6,9,10
**Italian** 11:3 29:19,22 30:4 30:8 31:6,7 32:12 35:7,8 35:11,15 38:10 40:12 44:23 45:14,15 50:25 51:1
**Italians** 27:18 27:19,25 28:9 31:20 32:5 51:19 76:25 77:2,3
**Italy** 28:17 29:3

**J**

**January** 16:1,1 16:22,23,24

88:18
**Japan** 43:18
**jeopardize** 102:20,21
**job** 9:25 17:18 17:23 18:8 37:23 38:2 88:21,21 92:16 94:5 120:2
**John** 2:5 22:2
**Johnson** 2:18 4:25 5:14 10:14 11:13 12:10 15:15,24 16:12 17:18,23 19:9 20:25 21:20 28:4 31:15 32:15 33:15 37:25 39:22 44:6 48:9 51:7 56:19 64:21 72:18 78:10 81:17,21 82:25 84:22 85:7,13 85:24 86:15 88:6,15 89:1,4 89:23 90:6,7 90:10,13,21,25 92:23 93:15,16 94:9 101:21 102:13 103:3 104:13,18,20 105:19 109:21 121:21 123:18 123:22,23 124:2 126:9,14
**Johnson's** 34:16 35:1 82:11 86:16,24 87:2 87:22 88:5,14 89:11
**join** 21:2 87:13
**joke** 99:5
**joking** 57:11 100:25 104:5 122:8 123:4

**Joseph** 28:15
**judge** 120:19 125:8
**July** 1:18 4:2 30:1,2 34:17 34:18 42:14 109:9,12 115:2 118:20 128:9 129:8
**justice** 8:1,10 9:13 112:7,8 112:18

**K**

**keeps** 121:1
**kidding** 101:5 104:7 122:8 123:3
**kind** 17:10 26:3 41:25 43:1,10 46:21 52:18 78:7 104:22
**kiss** 24:12 34:6
**kissing** 90:22
**knew** 23:3
**know** 6:10 10:14 10:18 11:1,2,6 12:9,15,17 16:12,15,16 18:5 23:5,8 25:14,20 26:5 26:5,11 28:12 28:16 30:17 31:1 35:3,4,6,9 35:18 36:7 46:21 47:11,12 48:15 50:17 51:14,16,16 52:15,18,18,19 52:19 53:2 54:9 57:13,14 57:20 58:12,13 59:23 60:11,25 61:9 62:13 64:6,18 65:13 66:11,19,25 72:22,25 74:18

74:18 75:14,15
77:1 78:18
82:19 84:10,12
89:6 91:10
93:19 95:13
96:18 98:16,17
99:4 100:3,7
109:17 110:2
110:22,24
111:14,15,20
111:21 113:4
118:2 119:14
120:20 121:4
**knowledge**
16:15 72:18
92:3 93:23
94:5
**knows** 81:8
**Kollintzas** 4:16
128:2 129:7
**Korea** 43:18
**Korean** 19:16
19:18,18 20:3
20:3 28:5
29:18 89:15,19
89:24
**Kristen** 2:13 5:5

**L**

**lack** 7:1 79:25
83:14,21
**lacks** 80:15 81:7
82:6,16 83:1
83:10 85:10,18
86:19 87:11
90:15 91:20
92:1,12 94:1
96:22
**Lafayette** 9:8
**laid** 81:25
**Lake** 44:24
**landed** 77:2
**language** 10:23
11:6 57:20
**languages** 10:24
26:4
**languages.'** 11:8

**LaSalle** 2:15,22
**late** 20:11,13,14
42:14 43:13
**laughing** 101:2
**law** 2:14 124:25
**lawsuit** 5:14
7:12,14 85:24
102:13,19
109:21 110:14
110:16,17
124:6
**lawsuits** 5:24
6:3 110:8
**lawyer** 86:16,25
87:1,2,7,17
88:8,14 109:20
110:5,20 113:5
119:16
**lawyers** 2:21
86:10,22,23
87:15,19,22
88:5,5,14
89:11 96:11
109:25 110:1,8
111:2 114:8
**leading** 36:20,25
42:5
**learn** 18:3 119:8
**learning** 89:3
**leave** 30:25
40:11 49:8,11
49:13,15 52:11
65:19
**left** 22:9,11 49:7
**legal** 96:21 97:6
98:1 113:7
116:16 119:6
**legalities** 106:24
**legally** 111:20
**Leonard** 2:20,21
4:24,24 5:10
5:13 12:1,4
18:10,16 28:21
29:1 38:15
78:17 80:14
81:5,7 82:6,16
83:1,10,21

85:12 86:18
87:9,11,24
90:15 91:20
92:1,11,25
93:4 94:1
96:21 97:6
98:1,21,25
99:20 100:22
102:1,3,10
111:22 112:4,7
112:10,16
114:2 116:9,11
116:15 117:1,5
117:9 118:10
119:3 120:17
126:21 127:1,3
127:5
**let's** 24:4 30:4
45:1 58:15
67:8 69:16
95:23 100:17
110:2,5
**letter** 80:25
**level** 7:22
**lieutenant** 58:6
58:23 59:5
60:22
**life** 42:21 62:2,8
**Lightfoot** 44:8
**liked** 17:23,23
**likewise** 63:1
**limit** 115:7,9
**limitations**
119:9
**limited** 115:11
115:11,15,17
115:18
**line** 113:20
116:21
**lines** 62:12,13
**list** 8:20
**listed** 68:25
**Listen** 74:3,3,7
74:21
**little** 20:3 28:22
63:3 80:4
100:17

**live** 50:22 75:13
75:13 76:23
77:9 102:21
**lives** 37:7
**LLC** 2:21
**loan** 16:3,25
88:18
**located** 4:3,11
11:21 15:9
19:23
**location** 27:15
**log** 69:6
**long** 7:9 10:9
11:16 13:10
16:16 18:7,17
18:20 19:13
22:5 25:20
32:18 69:12
80:6,8 95:11
120:5
**longer** 14:22
44:10
**look** 47:12 67:8
76:16,23
**looked** 95:10
**looking** 11:4,5
70:2,3 75:19
**looks** 95:6
**lose** 59:11
**losing** 57:10
58:7
**lost** 31:23 41:21
**lot** 12:14 14:18
19:8 23:15
33:4 34:1 71:2
71:8 73:14
86:8 87:6
105:14
**Loud** 53:17
**love** 102:24
**loyal** 61:18,19
103:3 104:13
123:17,19
**loyalty** 61:20
64:5,6,14,15
64:16,17
104:23 122:14

**Loyola** 8:1,9,10
8:12
**Luigi** 31:20 32:5
**lying** 72:11

**M**

**Macello's** 44:24
**mad** 53:17 101:8
**main** 26:6
**making** 60:9
66:25 101:20
**man** 18:2,24
25:6 81:18
83:7,19 84:2
84:19,22 92:22
93:20 104:18
104:20,22
105:1,13
**manner** 128:20
**map** 41:25 43:10
**March** 19:15
21:14,16 24:5
48:7,7,20,22
50:13 53:22
65:5
**marital** 17:12
**marriage** 37:11
**master's** 7:24,25
8:11
**matter** 4:6
107:18 109:23
125:10
**matters** 25:25
128:6
**Matthew** 2:12
5:3
**mayor** 39:21
**McLaughlin**
1:22 2:5,6 4:3
5:1,1 78:24
79:6 80:16
81:10 82:9,18
83:3,25 85:1
85:14,22 86:20
87:5,16 90:17
91:24 92:6,13
93:2,6 94:3

96:23 97:8
98:3,23 99:2
100:20 101:25
102:5,8 107:9
107:14 112:1,6
112:8,12,20
113:15 114:4
114:21 115:19
116:13,18
117:3,7,14
118:12 119:7
125:14,18
**mean** 21:8 35:6
39:18 52:20
54:19 60:25
64:1 67:10
112:12,12
120:23
**meaning** 23:13
64:20 69:5
71:11 120:13
**means** 104:17
**meat** 35:16
**media** 108:21
**medications** 7:1
**meet** 7:6,7 30:8
40:17 46:15
52:22 53:5
55:2
**meeting** 28:1
48:8,11,16,17
49:2,16 50:7
50:16,19 51:7
51:20 52:3
53:25 86:22
87:14 90:1,6
**member** 14:12
**members** 40:4
**mention** 64:8
**mentioned** 56:4
56:6
**mentor** 18:15
89:2
**meritorious**
57:21 58:5,6
58:25 59:2
60:22 63:9,14

**message** 49:8,11
49:14,15 65:19
**met** 12:20 88:19
111:5
**Michael** 2:20
**midnight** 13:13
30:23
**Mike** 4:24 5:13
**million** 94:17,19
94:21
**mind** 35:19
57:10 58:7
59:11 60:9
71:20,22 72:6
72:10 73:7
96:3 100:19
103:10 104:1
122:7,25
**minute** 23:2
78:25 96:8
**minutes** 17:5
32:20 46:9
**Mischaracteri...**
82:7
**Misguide**
106:23
**misguided**
106:20 122:14
**misstates** 84:24
85:18
**mistake** 106:5
**mixed** 72:23
**Monday** 110:3
**money** 56:4,6
58:11,14 59:21
60:3,6,12,13
61:5,11 62:15
66:20 75:22
101:12 108:12
121:11,19,24
**month** 16:21
29:21 48:18
74:9
**months** 13:17
42:5
**mood** 24:20
**morality** 105:7

**morals** 105:14
**morning** 4:1,20
5:11,12 7:8
22:8
**mother** 40:1,2
**motion** 125:8
**move** 8:23 11:11
**multiple** 116:16
119:5,6
**mumbled** 28:23
**Munster** 51:18
**music** 26:4
**mutual** 34:1
**mystery** 21:3

## N

**Nakia** 84:5
**name** 4:15 5:13
8:6 19:20
28:10 29:4
31:22 35:23
64:8 68:16,16
68:17,17,21
69:8,8 87:25
88:1,2,3 95:22
**named** 6:5
**names** 32:1
123:15
**narcotics** 5:25
6:1,2 11:4 15:7
15:8,13
**nature** 93:5
**Navy** 35:20
**near** 29:8
**neck** 82:13
**need** 6:9,21 46:5
47:12 48:14
50:16 51:13
60:25 123:23
**needed** 64:21
**negative** 47:16
**neighborhoods**
75:15
**neighbors** 77:4
**never** 8:4,5 11:7
38:4 52:12
65:18 66:8

78:4 90:8
91:22,22 92:17
101:4 102:20
102:20,24,24
107:23 108:19
108:19,20
109:17 116:7
118:20 120:9
126:19
**news** 44:5 77:25
78:1 82:20,21
84:11,13 92:9
93:24 108:25
109:3
**nexus** 28:13
**nice** 8:22 16:10
16:14 17:25
**night** 20:10
21:12 22:6
25:20,24 26:1
26:15 27:7,10
30:22 31:22
32:3,6 33:2,5
34:8 39:4,8,17
39:23 40:11
45:6,9,22
46:11
**nine** 13:18
**Nope** 52:4 70:22
**normally** 65:17
76:21,22
**north** 2:15,22
19:17,25 27:19
27:25,25 28:9
28:18,18,21
29:2,9,16
89:14
**Northern** 1:2
4:8
**notarial** 129:4
**notary** 4:16
**notice** 33:8
**noticed** 48:15
**noticing** 33:6
**November**
43:13,14,15,21
44:4 72:21

109:6,7,8,11
115:2 116:6
118:19
**number** 1:9 3:9
4:7 17:1 35:24
38:20 65:20
66:11 67:5,14
67:15,20,24
68:9,15 70:10
73:25 77:7
81:9 95:13
**numbers** 16:11
19:11 28:6
56:1 65:15,23
66:10,23 67:1
67:12 68:10
69:20,25 70:14
72:15 88:20
122:23 125:23
125:25
**numerous** 72:2

## O

**o'clock** 22:10
30:13
**oath** 4:18 82:11
83:17 84:16
**object** 83:11,22
112:19
**objection** 80:14
81:5,6 82:6,16
83:1,10,21
84:24 85:10,12
85:17 86:18
87:9,10 90:15
91:20 92:1,11
92:24,25 94:1
96:21 97:6
98:1,21 100:20
101:25 102:5
107:13 112:1,2
113:13 114:19
116:9,10 119:3
120:18,21,23
124:22 125:2,6
**objections** 6:16
**obligation**

105:22
observations
  31:11
observe 39:5,5
observed 25:1
obstruct 111:24
  111:25 112:7
  112:18
obtain 9:12
obviously 21:22
  64:23
occasion 65:4
  82:5,12 83:8
occasionally
  14:18
occur 66:23
occurred 40:12
October 43:13
  43:19 72:20
  109:7
offended 62:16
  63:1 73:4
offensive 93:4
offer 60:10
  66:24 103:2
offered 62:14,18
  62:24 67:1
  78:10 96:15
  123:1
offering 97:2
office 10:1,25
  125:4
officer 10:5,6,9
  13:5 80:12,21
  97:13,15,17,20
  97:23,24 98:14
  98:14 99:15
  107:11 110:22
  111:9 113:8
  119:10,22,23
  119:25 120:5,6
officers 23:17
officially 113:12
oh 16:10,15
  18:13 20:6,11
  24:21 29:11
  32:4 36:22

46:22 48:13
  49:13 62:17
  65:23 68:13
  83:16 92:18
  111:8
okay 4:1 6:3,5,7
  6:10,13,14,19
  6:23 7:4,7,9,16
  7:18 8:2 9:11
  9:16,18 10:4
  10:20 11:10,24
  13:3,6,14,25
  14:4,18,19
  15:11,17,21
  16:20,23 17:1
  17:7,15 18:23
  20:1,14,18,22
  21:1,2,6,22
  22:5,11,22,25
  23:13,24 24:4
  24:10,24 25:9
  25:19 26:7,10
  26:14 27:1,5,7
  27:10,24 28:7
  29:10,15,25
  30:4,14,20,24
  31:10,24 32:6
  32:9,11,18,21
  33:4 34:3,7,15
  34:22 35:2,22
  36:8,11,19,24
  37:3 38:7,10
  38:19 39:4
  40:2,7,9,19,22
  41:8,10,17,23
  42:4,11,17
  43:3,20 44:1,7
  44:12,15,22
  45:4,8,11,17
  45:21,24 46:1
  46:11,14,17
  47:13,22,25
  48:16,21,23
  49:1,6,13,13
  49:18 50:1,7
  50:10 51:6,20
  51:23 52:5,25

53:9,11,15,19
  53:24 54:3,8
  55:6,16,19,22
  56:3,5,16,21
  56:24 57:2,2
  58:1,3,15,22
  59:12,14,17
  60:6,9,16,19
  61:2,3,8,13
  62:14 63:18,25
  64:18,23 65:3
  65:6,13,16,17
  66:7,16,18
  67:4,6,14 68:7
  68:18,25 69:5
  69:9,14,14,16
  69:16 70:6,13
  70:21,25 71:5
  71:14,17,24
  72:1,5,9,13,22
  73:2,6,10,15
  73:19,22 74:1
  74:5,12,24
  75:1,9 76:12
  76:14,16 77:15
  77:21 78:3,5
  78:13,18,21,21
  79:11 83:6
  87:20 88:4
  94:11 96:7,10
  97:9,11,22
  98:6,17 99:5,7
  99:10 100:17
  100:18 102:18
  103:15,25
  104:17,25
  105:21 106:1,5
  106:7,22 107:4
  107:7,25 108:4
  108:10,14,23
  109:8,20,23
  110:5,19 111:7
  113:3,6,10,19
  114:8,10,13,14
  115:23,25
  117:21 118:18
  118:19,23,25

120:4,9,25
  121:3,23 122:3
  124:13 125:2,6
  125:12,13
  126:3,14 127:5
old 23:3,6,9,13
  61:18 64:5,16
  69:9 70:16
once 13:13
  101:20 104:9
ones 79:24
  125:21
open-ended
  46:1
operator 4:17
opinion 82:24
  83:19 93:18
  97:4
opportunity
  18:4 19:6 62:1
  62:8 102:23
opposite 47:2,3
  47:19
ordered 69:3
orders 104:22
  114:18 117:20
organized 11:5
  15:7
original 66:14
  70:11
outcome 128:21
outing 29:18
outrageous
  112:13
outside 14:1,4
overseas 42:2
owner 104:23
——————
          P
p.m 22:12 127:7
P.O 52:19
page 3:9 44:17
  121:3
pandemic 22:8
papers 91:12
parents 39:25
Park 29:9

parking 12:14
  14:18
part 73:2 121:23
particular 44:1
  95:14
parties 128:6,18
  128:19
partner 13:16
  14:13,22
partnered 13:20
  23:14
partners 13:6,9
party 6:5 27:18
  34:13,16 35:5
  35:9,20,25
  36:3,5 37:1,4,6
  37:16 38:8,13
  38:19 39:1,1
  40:14,18 41:1
  42:14 45:5
pass 46:8
passed 91:19
  92:8
pasta 35:16,17
patrol 10:5,6,9
  12:12 13:2,4,5
pay 56:14,19
  60:4 101:12
  102:12 121:14
  121:19,24
PBO 10:11
pending 6:22
people 21:25
  22:2 27:20
  28:2 29:2 31:9
  35:4 36:2
  51:17 63:4,11
  65:19 70:15
  75:17 76:21,22
  76:23 102:24
percent 107:5,6
perfect 93:14,20
performed
  97:12
period 9:2 10:20
  12:8,16 13:8
  13:10,15,16

37:3,9,20
40:24 41:6,24
42:9,17 117:22
119:15,17
**person** 17:25
18:1 26:3
55:17 60:23
80:7 103:2
104:12 112:11
114:1
**personal** 15:14
37:7 68:3 95:7
**Peterson** 19:24
**phone** 16:11
19:11 28:6
36:22,23,24
37:17 40:15,25
41:2,5 42:13
42:18 46:8
48:14 49:8,9
57:3 65:15,20
65:22 66:10,14
66:15 67:5,12
68:2,8,15,20
68:23 69:9
70:10,10,11,11
70:17 71:2,5,9
72:17 73:25
74:23 88:20
95:8,10,13
96:1,5 122:3
122:22 125:23
**phones** 65:18
72:2 74:22
**physical** 24:8
90:22
**pick** 75:4
**piece** 123:25
**Pier** 35:14
**place** 22:7,8
29:10 35:11,11
75:7,16,18,21
**places** 98:8
**Plaintiff** 1:7 2:3
5:2
**plan** 34:25,25
35:25

**planning** 36:1
55:8 57:20
**please** 4:18,22
6:10 110:9
114:1,8
**plot** 121:21
**plus** 22:3
**pocket** 60:13
**point** 11:14 15:5
72:13 78:22
95:2 114:25
**police** 10:1
79:16 80:12,21
98:14 119:23
119:24 122:1
**policies** 99:24
**policy** 99:23
100:11 114:17
117:20
**polite** 16:14
25:18 89:6
**political** 9:12
**position** 10:4
12:25 13:3
15:6 18:18
62:25
**positions** 12:6
59:7 63:22
**positive** 36:16
43:4
**preparation** 7:1
**prepare** 7:4
**preparing** 35:9
**presence** 128:14
**present** 128:7
**Princeton** 75:14
**prior** 90:16
126:3
**privacy** 75:19
**private** 75:17
109:20 110:7
110:13
**probably** 6:7
42:10 52:17
105:22
**probation** 12:21
**problem** 20:23

26:21,23 46:8
55:5 56:21
**problems** 26:24
**procedure** 113:5
**procedures**
79:25 111:20
113:7
**proceed** 5:8 6:18
16:3
**produced** 87:2
**professional** 9:2
9:21 15:14
25:8,18 33:24
**professionally**
14:10 91:3
**program** 7:23
**programing**
88:17
**promote** 63:21
63:23
**promoted** 57:21
57:24 58:4
59:2,7 60:24
61:6 63:9,11
**promotion**
57:21 58:6
61:10 62:25
63:13 66:21
101:13 122:1
**promotions** 61:4
63:4
**prompt** 108:15
**promptly** 108:6
**proof** 83:15
**property** 76:25
**propositions**
122:5
**prosecutors**
124:23
**protected** 67:23
**protecting**
104:13
**protective** 68:18
**psychology** 7:23
7:25 8:12,13
**public** 4:16 34:3
72:17 78:5

**Purdue** 9:7,19
9:20
**purpose** 61:9
71:17
**put** 39:12 67:22
68:18 78:7
82:12 86:16
91:11 92:17
101:17 102:7
102:11 115:1
116:6
**puzzle** 115:1
116:6 124:1

**Q**
**question** 6:9,13
6:18,19 52:12
66:4 80:20
81:12 93:5,11
98:22 100:19
113:23,25
114:3,5 116:23
117:2,4,25
118:6,9,10,11
118:13,16
119:4,13,19
125:14
**question's** 6:22
**questioning**
116:21
**questions** 6:8,16
7:17 46:1
51:15 78:21
79:1 99:18
116:1,24,25
120:15 121:1
125:17
**quick** 78:25
125:21
**quote** 71:1 81:18
81:18 83:6
90:25 94:12

**R**
**Racine** 44:25
**raise** 4:18
**re-brought**
15:24

**reached** 45:12
**read** 7:14 79:15
108:5 110:9
114:10 115:14
115:20 116:3
117:12
**reading** 119:14
**real** 112:22,23
112:25 113:1
**realize** 108:24
**really** 22:21,21
26:6 36:13
57:10
**reason** 6:25 7:2
44:1 52:6,8
103:21 109:16
**reasons** 124:8
**recall** 6:1 29:6
40:10 48:6
67:16 95:11
**recalling** 5:21
5:23 21:21,21
22:16
**recognize** 65:18
65:20 66:11
**recollect** 88:3
**recollection**
21:19 27:3
30:11
**record** 4:2,23
5:8 6:17 8:5,6
79:2,3,4 95:25
127:7,8 128:8
**recorded** 1:15
4:5 38:17
128:13
**RECORDER**
4:1,21 5:7
11:25 18:9,11
28:20,22,25
38:14 78:14
79:2,4 85:16
102:4 112:11
114:1 115:16
127:7
**recording** 4:16
128:13

**RECROSS** 3:3
107:8
**REDIRECT** 3:3
99:19 120:16
**regard** 123:23
**regarding** 25:23
89:13
**regular** 40:14
69:15
**regulation** 80:13
80:22 81:3,14
**regulations**
79:15,19,22
80:10 99:12,16
107:10 108:4
110:6,10,24
114:16 117:18
119:1
**reimburse** 16:2
88:17
**reimbursement**
16:25
**reinforced**
101:11 122:18
**related** 79:7
90:10 108:20
128:19
**relationship**
12:9 15:14,24
45:9
**relatives** 79:11
79:13
**reliance** 94:2
**remarked** 50:2
51:21
**remember**
12:19 16:20
18:1,24 20:10
25:19,21 26:1
26:17 27:15
28:19 29:4,7
29:11,16,21,23
30:14 31:17,21
32:1 33:1
34:15 38:12
40:7 41:15
42:6,8 48:4,18

48:18 63:5
71:16 74:13
80:9 89:10
90:3 94:25
111:5 125:23
**rent** 75:7,10,22
77:7
**rental** 76:17
**rented** 76:23
**repeat** 78:14
126:6
**report** 80:7 98:6
99:10 105:23
107:12,17,19
107:20,22
108:6 110:7,12
110:13 112:9
112:15,21,22
112:23 113:3
113:10,11
114:5,10,11,12
114:15 117:17
118:3,7 119:2
119:10,21
120:6,10,10
128:4
**reported** 4:10
84:5,12 98:8
99:8 103:17,23
106:2,25
109:15,17,23
109:25 110:3
112:14 115:5
116:7 118:20
**reporting** 4:11
105:22 106:11
112:19
**represent** 5:14
**reputation**
23:21
**request** 101:8
103:8
**requesting** 11:1
**residency** 7:24
**respect** 19:8
25:5,8 34:1
52:12 62:3

**respectful** 25:18
**respectfully**
25:6
**respond** 49:5,7
52:24
**responded**
51:24 53:24
**response** 44:12
85:8
**responses** 6:9
**rest** 43:23 61:24
**restaurant**
19:17,19,21
28:5 29:5
44:23,24 45:14
51:1 89:15,19
89:24,25
**restaurants** 35:4
35:7 51:2,17
**retire** 91:12,12
92:15,16
**retired** 45:2,2
52:12 91:10,14
92:4,5,9
**retiring** 91:6
**review** 126:21
**reviewed** 7:11
**right** 4:18 13:19
14:8,14 15:1
17:20 21:4
24:22,23,24
33:17 34:10
38:7 43:9,22
44:17 46:5,25
53:5 54:18
55:17 58:17
59:25 60:20
61:11,12,22,22
62:10,11 67:4
70:16 71:6
78:24 80:20
81:17 82:21
84:22 85:21
92:17,23 93:10
94:12 95:3,17
95:20 96:9,14
99:24,25 100:5

100:8,9,12,19
101:9,10,13,14
101:18,24
102:14,15
103:3,4,6,7,11
103:12,14,18
104:7,8,10,11
104:13,14
105:10,11,15
105:20 106:8
106:19,21
107:2,18,19,22
108:2,12,12,17
109:11,15,18
109:24 110:22
110:25 112:24
113:8,8,11
114:3 115:6,13
116:8 121:7,8
121:11,12,16
121:18,22
122:1,2,5,12
122:15,16,17
122:20,21
123:1,2,5,6,7,9
123:12,13,14
123:20,25
124:12
**Robert** 2:5 5:1
117:6
**Rocco** 28:14
**Rome** 28:18
29:3
**rule** 80:13,22
81:3,14 108:5
108:8 114:14
114:15 115:6
115:12 116:1,5
116:19,20,20
117:15,17,22
118:14,18
119:14
**rules** 6:7 79:15
79:18,21 80:10
99:11,15
107:10 108:4
110:6,10,24

114:16 117:18
119:1,2
**rumors** 23:10,11
23:14
**Russian** 11:2

―――――
**S**
**sad** 78:15
**Sadly** 78:11,11
**Saint** 28:14,15
28:15,16
**saints** 28:14
**sake** 26:18,19
27:4
**sakes** 27:3
**salad** 35:17
**Salgado** 1:16
4:14,15 8:7
68:22 79:7,9
128:10
**San** 19:18,18,22
19:22 89:15,15
**satisfied** 37:23
38:2
**saturation** 11:20
11:22 12:1,2
14:12,22 15:1
15:2,12 88:22
**saw** 16:5 17:13
24:24 29:17
44:7 90:20,24
**saying** 36:16
46:20 56:18
59:1,6,10,14
59:19,24 64:20
73:12 108:1
112:1 118:2
**says** 21:2 55:19
56:9 60:2,3
67:10 69:18
71:1 74:5
104:25 108:6
117:17,22
**scheme** 73:13,13
73:20 101:13
103:11 105:19
106:3,15

122:25
**school** 8:12 9:3
  61:18 64:5,16
  102:22
**science** 9:13
**seal** 129:4
**seat** 34:7
**seated** 31:4,15
  31:17
**second** 65:4
  71:25 98:7
  103:25 104:9
  121:23 122:22
**see** 12:13 14:1,9
  14:16 21:9,11
  21:23,23 48:16
  49:1 60:12
  69:7 71:11
  103:9 104:1
  122:24
**seeking** 59:2
  125:8
**seen** 17:1 21:6
  39:16 93:24
**send** 65:19
**sense** 77:11
**sentence** 117:24
**separately** 30:10
**September** 41:2
  41:20 42:7,8,9
**sergeant** 57:22
  58:5,23 59:3
**serious** 50:6
  51:13 55:3
  99:4,8 100:19
  101:12 104:3,4
  108:1 122:4,19
  123:6
**seriously** 48:10
  57:11 107:24
**set** 48:8,11,16,17
  49:2,16 50:16
  50:19 51:6,20
  129:3
**settle** 63:11,13
  63:20
**seven** 10:3 30:13

94:14
**sexual** 78:1,6
  109:4
**she'd** 18:17,20
  68:7 126:5,9
**she'll** 61:5 63:20
  63:22
**shift** 13:20
**shit** 54:18 55:11
  55:23 57:18,19
  62:3,5,6 71:2,8
**shit's** 63:12
**shop** 89:7
**show** 45:6 68:20
**sic** 52:19
**sick** 26:21,22
  58:12
**side** 19:17,25
  27:19 28:9,18
  28:18,21 29:9
  29:13,14 31:18
  31:18 89:14
**signature**
  126:23 129:1
**simple** 118:5
**single** 94:8
**sir** 5:11,12,17
  6:4,20,24 7:3
  9:20 12:7 30:6
  52:15,15 79:7
  79:10,10,14,17
  81:16,20 82:15
  82:20 84:14,20
  85:3,5,5,6,9
  87:23 90:4
  91:9 93:8
  94:13,24 95:1
  95:4,21 96:17
  97:5,10,21
  98:5 99:9,21
  101:19 102:19
  104:24,24
  105:2 106:16
  106:21 107:3,7
  107:10 108:9
  109:10 114:7
  116:2,4 117:16

119:20 120:18
**sister** 40:6,7
**sit** 24:5 31:2
  39:22 55:4
  94:7
**sitting** 31:8 40:5
**situation** 54:25
  54:25 55:6
  100:3
**situations** 81:9
**six** 10:8 11:23
  12:22 16:17
  30:13 56:1,7
  56:10,14 57:4
  58:16 94:12,15
  94:23 102:13
  124:10
**sixth** 10:10,13
  11:10 89:8
**skills** 10:23 11:6
**smart** 16:13
  89:5
**Smiley** 39:10
**soccer** 9:17
**social** 9:24
**socialize** 10:21
  14:21,24
**somebodies**
  28:17
**somebody** 77:9
  105:24 107:1
**Someday** 8:21
**Soo** 19:18,22
  89:15
**soon** 12:21
**sooner** 63:12
**sorry** 8:8 11:25
  18:9,10 19:20
  20:12 28:20,24
  31:23,25 38:14
  41:18 47:11
  54:22 78:14
  80:20 81:12
  85:16 87:1
  102:4,5 115:8
  116:19 126:6
**sort** 9:1 15:23

22:14 60:19,19
**sounds** 112:10
**south** 4:11 8:18
  27:25 28:17
  75:14
**speak** 10:24
  11:8 20:2 32:9
  32:12,16,19
  35:12 57:20
  112:4 124:1
**speaker** 32:6
**speaking** 112:17
**special** 36:7,14
**specific** 17:22
  31:21 90:9
  121:13
**speculate** 90:12
**speculation**
  80:15 81:8
  82:7,17 83:11
  83:22 86:19
  87:12 91:21
  92:2,12 94:2
  96:22 102:8
**speech** 32:13
**spell** 8:5 95:25
  96:9,13
**spells** 96:3
**spoken** 16:18
**Sprint** 68:11
**Square** 15:10
**St** 28:14
**stand** 126:24
**start** 9:21 55:3
  81:1 110:2,5
**started** 10:2
  13:4 30:12
  61:17 89:7
**starting** 34:23
  34:24
**starts** 59:19,24
  67:11 69:19
**stat** 96:9
**state** 4:22 8:5
  9:4 51:5,7,14
  51:21,21 52:22
  53:5,25 79:12

90:3 96:19,20
  96:25
**state's** 125:3
**stated** 5:13
  16:11 17:24
  18:2,13 20:19
  45:25 51:3,12
  54:17,19 55:9
  55:24 57:13
  63:5,7,9,10
  66:8,12 70:1
  88:23 89:1,4
  89:18,20 91:23
  108:19
**statement** 83:24
  86:3 87:21
  88:10 110:4
  114:23 119:11
**statements**
  47:16
**states** 1:1 4:8
  8:24,25 9:6
  85:11
**stats** 96:3
**status** 17:12
  37:10 67:23
  68:19
**statute** 115:7,9
  115:10,11,15
  115:18 119:9
**stay** 11:16 30:21
**stayed** 11:18
  22:9 30:22
**stepping** 23:2
**stick** 76:22
**stop** 6:10 16:20
  61:2 111:24
  114:3
**stopped** 14:14
**street** 1:23 2:7
  2:15,22 4:4,12
  29:7,13,14
  35:20 44:25
  50:22,23 51:3
**student** 16:2,25
  88:17
**stuff** 14:19

stupid 61:17
  73:9,12 101:9
  101:15 106:14
  122:16 123:18
subject 25:23,25
  26:4,12 77:11
subjects 25:19
  25:21
subordinary
  52:19
subpoena 68:19
  85:20
subpoenaed
  86:2
subsequent
  63:19
sudden 35:10
  124:1
suddenly 92:9
suffer 59:18
suggest 35:10,11
suggested 72:6
suggestion
  101:4
Suhl 2:12 5:3,3
Suite 1:24 2:7
  2:15,22 4:4
summer 37:9
superintendent
  16:9 17:25
  18:5 20:24
  44:10 52:10
  89:23 101:21
  122:14
superintenden...
  88:24
supervise 36:7
  52:9 89:2
supervisor
  10:19 52:11
supposed 53:7
supposedly
  108:11
sure 6:11 7:19
  8:14 38:10
  41:21 42:3
  51:16 57:14,21

58:4 75:21
  95:13 110:18
  114:8 117:17
  121:2
surprise 82:2,14
  89:21
surprised 21:8
  82:8
suspended
  80:24 81:4,15
  99:14,22 100:2
Swore 123:13
sworn 4:19
  128:11

T
table 31:2,4,8,9
  31:22 32:2,22
  39:24,25 40:5
take 5:15 41:20
  43:12 57:15
  58:14 59:15,16
  59:25 60:23
  78:24 98:25
  102:18 108:15
  121:10
taken 4:13
takes 43:12
talk 7:17 14:5
  17:8,12,15
  23:24 26:3,8
  30:4 37:5,17
  41:1,5,15,21
  42:25 45:8
  46:7,19 47:6,8
  48:9,14 51:13
  55:4 85:23
  86:9 88:20,21
  96:14 100:17
  113:25 117:6
talkative 24:18
  24:22 31:13
talked 25:20
  38:11 46:10
  78:4
talking 16:12
  25:22 26:1

37:15 44:2,15
  51:5 54:25
  55:4,17 58:8
  60:23 61:1
  62:10 63:19
  86:23 94:12,14
  94:16,19,21
  95:8 104:19
  106:7
team 11:20,22
  12:2 14:13,22
  15:2,2,12
  88:23
technicality
  110:21
telephone 63:20
tell 18:7,17 21:1
  37:10 48:13,13
  48:24 50:5,6
  50:18,18 52:5
  53:25 55:6
  56:21 60:6,16
  70:5,21,23
  73:19 80:1
  86:1,4,11 88:8
  88:14 93:22
  94:8 98:14,19
  114:8 117:10
  125:25 126:4,8
telling 55:18
  56:13 58:16,19
  58:22 72:11
  82:21 83:16
  89:10 97:22
  113:22
tells 6:17 51:6
  57:3 61:3
  63:20 70:15
  105:1,12
ten 13:18
terms 23:6
testament 38:25
testified 82:11
  83:16 84:15
  90:1
testify 7:5 85:8
  85:13 86:5,9

86:11 87:7,19
  128:11
testimony 6:25
  84:1,18,25
  85:19,24 88:15
  89:11 90:16
  97:25 112:23
  119:4 126:24
  128:5,13 129:3
text 14:6 34:23
  49:8 65:19
  68:8
texts 35:24
  36:19,21
thank 4:21 5:7
  21:10 32:14
  107:7 125:12
Thanks 6:24
  127:5
thing 14:17
  20:19 26:2
  41:16 43:1
  44:7 69:2,11
  70:8 73:8
  85:21 124:15
things 16:13
  18:23 27:5
  36:16 37:5,7
  37:16 43:4
  60:2 64:1
  67:10 69:18
  78:10 103:16
  105:9,15,17
  108:20 121:9
  123:22 124:13
  124:14 128:6
think 8:11,13,14
  21:13 26:2,21
  27:17 28:13
  30:22,23 36:20
  36:24 43:17
  45:2 48:20
  69:10 71:15
  72:20 83:6
  88:1 91:25
  92:7 93:21,25
  96:25 98:25

104:23 105:9
  107:25 109:6
  119:9,12,21
  123:3 124:15
thinking 63:4
third 13:11
  27:16
thought 19:6
  25:16 50:21
  56:13 63:3
  71:25 92:15,18
  103:22 106:14
  106:20 107:23
  122:4 123:6
thoughts 99:21
three 10:22
  13:18,19,22,25
  14:5,8 22:2,2,3
  22:3,4,8,9,19
  22:23 25:25
  30:7 32:20
  37:2 46:9
  50:13,13 80:5
  84:6,10,17
  89:16,16
threw 34:20
  37:1 82:13
  83:8
throw 36:4
Thursday 1:17
  4:2
tie 124:5
time 4:2,17 6:15
  6:15,21 9:2
  10:20,25 11:9
  11:14 12:8,12
  12:12,16 13:1
  13:8,10,15
  15:11 16:5,16
  16:16 17:24
  20:4,10 21:15
  21:17,18,19
  22:7,15 24:2
  25:16,21 26:13
  26:20,24,25
  27:10,12,16,16
  27:21 28:5

30:11 31:1,11
34:22 36:18
37:3,9,19,20
40:24 41:3,3,6
41:18,24 42:15
42:17 45:2,3
45:11 49:17
50:9 55:2
69:12 70:8,9,9
72:13,14,17
74:25 77:2
80:6 81:22
88:7,22 92:5
92:16 95:2,11
97:12,17,23
100:10 103:25
104:9 106:13
106:25 107:23
107:25 108:16
108:19,21
109:19 111:3
112:11 114:1
115:21 120:1,3
122:3 125:12
127:5
**timeline** 115:22
115:24 117:21
117:23,23,25
118:1,4,24
119:18
**times** 5:18,19
10:23 12:14
41:7 65:15
68:20 80:9
83:19 84:6,17
85:23 88:4
90:20 116:12
116:16 119:5,6
**timing** 67:8
**tiredness** 7:1
**today** 4:14 5:14
7:5,8 63:15
88:6,10,15
89:11 90:1
111:13 114:11
118:3,8
**Today's** 77:5

**told** 16:8 21:10
35:5 45:1 46:3
48:10,15 50:2
51:16 53:1,4
53:11 54:10
55:7 57:9
61:14,15,21
62:5,8,12 63:7
66:2,8,13,19
72:11 76:2,18
77:5 84:16
88:25 89:6
90:2,8 95:3,9
95:14 106:10
113:17,20
124:9
**tomorrow** 63:16
**tone** 54:1 99:1
104:2
**Tony** 32:4
**touch** 24:12
**touching** 90:22
**town** 29:12,16
**traffic** 80:2,5
**training** 10:11
10:12 12:21
62:6
**transcribed**
128:15
**transcript**
120:19 124:23
126:22,23
127:3 128:3
**translate** 11:2
**translated** 32:10
32:12,15
104:21
**travel** 17:8 26:3
26:4,12 37:18
41:16 42:2
69:11
**treat** 25:7 52:18
73:18
**treated** 24:24
25:1,4,6
**treating** 62:2,3,4
**Trial** 2:21

**tried** 38:12 44:3
51:23 55:2
68:19 103:7,7
103:25 111:10
126:9
**tries** 69:17
**true** 98:16
123:16 124:7
128:4
**trust** 126:25
127:2,3
**truth** 61:21
72:12 73:16
128:11,11,12
**truthful** 6:25
**try** 49:22,24
51:20 64:25
65:1,3 70:7
78:19
**trying** 61:10
71:19 72:24
101:12,22
102:2,12
111:23,24,24
111:25 112:5
112:17,18,18
119:8
**tuition** 16:2,25
88:17
**turn** 67:10
124:15
**turned** 44:17
64:23 65:10,12
101:7 103:1,13
104:9 122:10
123:8,10
**turning** 103:15
106:18 124:22
**twice** 13:21
103:8
**two** 5:19 8:20
9:23 10:12,22
12:6 22:19,23
22:24,24 25:24
28:1 32:20
34:3 77:7 78:7
78:7 80:3

86:23 92:17,17
101:17,18
102:7,7,11,11
108:10,14
121:5,9 122:19
**type** 5:24 14:17
29:10
**types** 5:20 37:16
**typewriting**
128:15

——————
**U**
**Uh-huh** 109:22
**ultimately** 69:22
**undergraduate**
9:18
**understand** 6:9
38:24 54:19
62:11 78:9
104:17,19
105:22 118:25
120:4
**understanding**
91:13
**understood** 6:13
101:22 103:22
**United** 1:1 4:8
8:23,25 9:4,6
79:12
**units** 11:4
**University** 8:1
8:10,13 9:8,20
**unknown** 81:9
**unlawful** 108:7
**unlimited**
115:16
**upcoming** 29:19
29:21
**upgrade** 81:1
**ups** 78:23
**upset** 53:14,16
53:18,21 54:6
54:7,16 55:10
66:9 73:14
**use** 106:21

——————
**V**
**vague** 93:11

**various** 66:22
122:23
**verbal** 6:8,8
**verbally** 100:2
**versus** 4:6
**video** 1:15 4:5
4:16
**view** 114:25
**viewer** 11:3
**Viking** 96:4
**Vino** 33:3
**violate** 99:11,15
99:24 114:23
114:24
**violated** 79:21
81:3,14 114:14
115:6 116:5,20
118:14,18
**violates** 80:12
80:22 100:11
**violating** 80:9
**violation** 99:23
114:16 117:18
118:7 119:2
124:25
**visit** 8:21
**voice** 54:1
**voluntarily**
91:14
**vs** 1:9

——————
**W**
**Wait** 53:4 55:13
**waive** 126:23
**waived** 129:2
**want** 35:6,8,8,14
35:17 42:2
45:21 46:3,4
46:17,22 48:10
51:10 52:5,22
54:15 55:4,4,6
55:9,19 57:14
58:2 60:7
61:16 62:1
70:5 71:11
73:2 74:8
75:18 78:24

88:13 92:15
96:12,14
111:15,17,21
112:8 115:14
115:20 118:9
120:25 121:2,3
126:21,22
**wanted** 32:13
35:14 36:4,13
46:14,19 47:20
53:5 55:14
74:20 90:2,5,9
90:13 92:10
121:9
**wanting** 35:25
**wants** 49:24
51:6 57:23,24
72:25 117:6,9
117:11
**warned** 74:2
**warning** 100:3
**Washington**
1:23 2:7 4:4,11
**wasn't** 27:1
94:14,16,19,21
100:25 101:2
104:5,7 108:2
112:16
**watch** 10:16
13:11
**watched** 33:17
44:5
**watching** 44:5
65:24 66:1,5
70:15
**way** 26:11 33:6
54:22 66:11
125:8
**we'll** 6:12,22
7:17 16:20
58:4
**we're** 5:15 59:22
63:19 65:6
86:23 108:10
109:8 115:2
116:13,19,20
121:2

**we've** 46:21
112:13
**week** 13:21 80:6
**weeks** 65:11
**weird** 48:15
**welcome** 20:24
89:22
**well-known**
10:23
**went** 7:22 9:7,23
11:20 28:5
41:25 43:17,18
58:9 65:4
89:12
**Wentworth**
50:22
**weren't** 22:1
33:6 37:15
44:1
**west** 1:23 2:7
4:4 29:13,14
**Western** 19:24
19:24
**what'd** 49:10,21
50:4 66:4 70:4
70:19 72:9
75:6
**whatsoever** 7:2
**wheel** 91:19
92:8
**WHEREOF**
129:3
**why'd** 76:20
**wife** 84:4,16
**willing** 47:14
48:17
**wine** 33:3,4,5,9
**winter** 21:15
**witness** 4:13,19
4:20 12:2
18:13 28:24
78:15 82:8
83:12,23 85:20
87:14 91:22
92:2,4 98:23
112:17 115:18
117:12 118:11

119:4 125:9
126:25 127:2,4
128:5,10,14
129:2
**Witnesses** 6:6
**woman** 25:7
81:25 83:20
**women** 84:2
**word** 36:9 55:10
56:6 63:9,10
64:15 66:17
70:12 106:21
**words** 16:6
71:21 89:4
**work** 13:15 14:1
14:4 15:2 24:1
26:6,8 42:25
48:12 120:3
**worked** 9:23
13:13 14:23
**worker** 9:24
**working** 17:18
18:5 19:2,4
20:16 37:25
42:23 43:7
88:19,22 91:16
102:22 119:24
**world** 26:5
69:12 103:5
104:15
**would've** 14:14
42:13 71:14
99:8 103:17,23
124:15
**wouldn't** 48:24
73:19 102:16
102:17,18
**Woytowicz** 2:13
5:5,5 84:24
85:10,18 87:10
87:13 92:24
107:13 113:13
114:19 116:10
125:13,16,20
**WOYTOWIC...**
81:6
**write** 98:8

**written** 100:2
120:10
**wrong** 83:24,24
93:10,12,16,17
93:18,21 94:9
96:12 105:9,15
105:17 107:5,6
108:24

**X**

**Y**

**Yanez** 1:16 4:14
4:15 8:7
128:10
**yeah** 8:17 9:5
16:15,17 17:3
17:11 20:9,13
21:5 23:12
26:10,13 28:18
29:14 31:12
33:8 37:2,8,24
39:15,19 41:4
42:12,16,16,20
43:21 46:7,20
47:16 48:22
49:12,12,25
50:4,24 51:18
51:22,22 52:14
52:16 53:10,10
54:8,13,14,23
55:21,25 57:12
58:25 59:4,6
59:12,17,22
60:15 62:20,22
63:2 64:7,9,11
64:13,24,25
65:2,7,9 67:7
68:1,17,23,24
69:8,8 70:1
71:13,16,23
72:4 73:4,5,11
73:11,18 74:7
74:13 76:18
77:13 78:11,13
80:19,21 81:13
83:16 85:23
89:21 96:1

97:1 103:20
105:11 107:16
108:18 109:2
109:13 110:11
119:17,19
120:14
**year** 8:2,8,23 9:9
12:19 15:2,18
16:1 19:15,16
42:10 43:17,23
44:18 48:22
72:21 109:5
111:6
**years** 9:9,24
10:12 11:19,23
12:6 13:16,18
13:19,22,25
14:5,8 17:2
80:3 92:16
108:10,14
**yelled** 101:8
103:2
**yelling** 73:17,18
121:2
**Yep** 14:20 77:16
**you-all** 27:10

**Z**

**0**

**06815** 1:9 4:7

**1**

**10** 8:14 10:24
11:8 12:6 17:4
42:9 94:19
**10-year** 12:16
**10:15** 4:3
**100** 107:4,6
**107** 3:4
**11** 22:10
**11:00** 22:12
**11:16** 79:2
**11:25** 79:4
**12** 31:9 42:9
**12:01** 127:7
**120** 2:22
**14** 1:18 128:9

**14th** 4:2
**15** 42:9 94:21
**1600** 1:24 2:7
  4:4

---

**2**

**2** 2:15
**20** 92:16
**2000** 2:22 8:13
**2001** 8:25 9:10
**2004** 8:11
**2005** 8:11 10:2
**2007** 10:4 76:24
**2008** 12:22
**2009** 12:22 13:4
**2010** 8:3
**2012** 8:14
**2019** 15:4,13,16
  15:18,19,23
  16:1,21 21:14
  24:5 28:3
  34:18 37:10
  43:23 88:16,18
**2020** 1:9 4:7
  44:18,21 45:11
  48:1 53:22
  65:8 71:15
  75:2 91:5,7,8
  109:6,8,11
  115:2 116:6
  118:19 121:6
  125:22
**2022** 1:18 4:2
  109:9,12 115:2
  118:20 128:9
  129:8
**21** 108:6 116:20
**216** 4:11
**22** 1:23 2:7 4:4
  114:15 115:6
  115:12 116:1,5
  116:19 117:15
  117:17 118:14
  118:18 119:14
**23:00** 22:10
**2414** 75:13
**28** 30:1

**29** 129:8

---

**3**

**312-388-4777**
  68:2

---

**4**

**40** 116:12
**45** 43:10,16
**45-day** 41:20

---

**5**

**5** 3:4 94:16
**500** 27:20,22

---

**6**

**60602** 1:25 2:8
  2:16,23 4:5
**60661** 4:12
**640** 2:15

---

**7**

**79,125** 3:4
**7th** 74:11

---

**8**

---

**9**

**99,120** 3:4