# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cynthia Donald

                          Plaintiff,

v.                                                   Case No.: 1:20−cv−06815
                                                              Honorable Elaine E. Bucklo

City Of Chicago, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2023:

      MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's motion for leave to file under seal certain exhibits [229] and unopposed motion for leave to file a brief exceeding the 15 page limit [231] up to 35 pages are granted. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.